UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW ADKISSON, an individual,<br><br>                              Plaintiff(s),<br>Vs.<br><br>EPIK HOLDINGS, INC.; et al.,<br><br>                              Defendant(s). | NO. 2:23-cv-00495-MJP<br><br>DECLARATION OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT WITH JURY DEMAND; CIVIL COVER SHEET. |

STATE OF WASHINGTON
COUNTY OF KING

   That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

   That at 8:05 P.M. on April 4th, 2023, at 3832 234th Avenue Southeast, Sammamish, Washington, I duly served the above-described documents in the above-described matter upon Robert W. Monster, by then and there personally delivering a true and correct copy thereof by leaving the same with Robert W. Monster, personally.

   I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington, on  4-10-23

| | |
|---|---|
| Process Fee: | 12.00 |
| Prep: | 10.00 |
| Travel: | 70.00 |
| Bad Address: | |
| SSA: | 90.00 |
| Wait: | |
| Special Fee: | 90.00 |
| Declaration Fee: | 12.00 |

TOTAL  $ 284.00

GARRET ANDREW CROXON    SNOHOMISH CO. # 2015-50

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

Matthew Adkisson, an individual

Plaintiff(s)

v.   Civil Action No. 2:23-cv-00495-MJP

Epik Holdings, Inc., a Washington Corporation; Epik Inc., a Washington Corporation; Masterbucks LLC, a Wyoming company; Robert W. Monster, an individual; and Brian Royce, an individual,

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robert W. Monster, an individual
3832 234th Ave SE
Sammamish, WA 98075

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Perez
Christian W. Marcelo
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/03/2023

*Signature of Clerk or Deputy Clerk*