HONORABLE MARCIA J. PECHMAN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW ADKISSON, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>EPIK HOLDINGS, INC., a Washington Corporation; EPIK INC., a Washington Corporation; MASTERBUCKS LLC, a Wyoming company; ROBERT W. MONSTER, an individual; and BRIAN ROYCE, an individual,<br><br>        Defendants. | Case No. 23-cv-495 MJP<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS EPIK HOLDINGS, INC., EPIK INC., AND MASTERBUCKS LLC |

EPIK DEFENDANTS' CORPORATE DISCLOSURE STATEMENT
[CAUSE NO. 23-CV-495 MJP] - 1

Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

94303510v.1

Defendants Epik Holdings, Inc., Epik Inc., and Masterbucks LLC hereby provide the following corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1:

- <u>Epik Holdings, Inc.</u>, is a Washington corporation that has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

- <u>Epik, Inc.</u>, is a Washington corporation that is wholly owned by Epik Holdings, Inc.

- <u>Masterbucks LLC</u> is a Wyoming limited liability company, the sole member of which is Epik Holdings, Inc.

Respectfully submitted this 24th day of April, 2023.

SEYFARTH SHAW LLP

By:  *s/ Andrew R. Escobar*
Andrew R. Escobar, WSBA No. 42793

By:  *s/ Meryl A. Hulteng*
Meryl A. Hulteng, WSBA No. 58806

999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
Phone:  (206) 946-4910
Email:   aescobar@seyfarth.com
Email:   mhulteng@seyfarth.com

*Counsel for Defendants Epik Holdings, Inc., Epik Inc., Masterbucks LLC and Brian Royce*

EPIK DEFENDANTS' CORPORATE DISCLOSURE STATEMENT
[CAUSE NO. 23-CV-495 MJP] - 2

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

94303510v.1

# CERTIFICATE OF SERVICE

I hereby declare that on this 24th day of April, 2023, I caused a copy of the ***Corporate Disclosure Statement of Defendants Epik Holdings, Inc., Epik Inc., and Masterbucks LLC*** to be electronically filed with the Court using ECF Filing system which will send notification of such filing to the following:

David A. Perez
Christian W. Marcelo
Perkins Coie LLP
1201 3rd Avenue, Ste. 4900
Seattle, WA 98101-3099
dperez@perkinscoie.com
cmarcelo@perkinscoie.com

*s/ Valerie Macan*
Valerie Macan, Assistant

EPIK DEFENDANTS' CORPORATE DISCLOSURE STATEMENT
[CAUSE NO. 23-CV-495 MJP] - 3

Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

94303510v.1