HONORABLE MARCIA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW ADKISSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EPIK HOLDINGS, INC., a Washington Corporation; EPIK INC., a Washington Corporation; MASTERBUCKS LLC, a Wyoming company; ROBERT W. MONSTER, an individual; and BRIAN ROYCE, an individual,<br><br>Defendants. | No. 23-cv-495 MJP<br><br>NOTICE TO WITHDRAW DEFENDANT BRIAN ROYCE'S MOTION TO DISMISS |

NOTICE TO WITHDRAW DEFENDANT
BRIAN ROYCE'S MOTION TO DISMISS
[CAUSE NO. 23-CV-495 MJP]

Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

95051353v.1

1  PLEASE TAKE NOTICE THAT Defendant Brian Royce ("Royce") hereby withdraws his Motion to Dismiss [Dkt. 10] that was filed on April 24, 2023 and noted for consideration on May 19, 2023. Plaintiff has filed an Amended Complaint, thus rendering moot Mr. Royce's Motion to Dismiss the original Complaint.

Respectfully submitted this 16th day of May, 2023.

SEYFARTH SHAW LLP

By: *s/ Andrew R. Escobar*
Andrew R. Escobar, WSBA No. 42793

By: *s/ Meryl A. Hulteng*
Meryl A. Hulteng, WSBA No. 58806

999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
Phone: (206) 946-4910
Email: aescobar@seyfarth.com
Email: mhulteng@seyfarth.com

*Attorneys for Defendants Epik Holdings, Inc., Epik Inc., Masterbucks LLC, and Brian Royce*

NOTICE TO WITHDRAW DEFENDANT
BRIAN ROYCE'S MOTION TO DISMISS
[CAUSE NO. 23-CV-495 MJP] - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

95051353v.1

# CERTIFICATE OF SERVICE

I hereby declare that on May 16, 2023, I caused a copy of the ***Notice to Withdraw Defendant Brian Royce's Motion to Dismiss*** to be electronically filed with the Court using ECF-Filing system which will send notification of such filing to the following:

David A. Perez
Christian W. Marcelo
Perkins Coie LLP
1201 3rd Avenue, Ste. 4900
Seattle, WA 98101-3099
dperez@perkinscoie.com
cmarcelo@perkinscoie.com

*s/ Mendy Graves*
Legal Secretary

NOTICE TO WITHDRAW DEFENDANT
BRIAN ROYCE'S MOTION TO DISMISS
[CAUSE NO. 23-CV-495 MJP] - 2

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

95051353v.1