





DOMAIN ESCROW IN JUST

# THREE EASY STEPS

### STEP 1


**Submit**

Buyer, Seller or Broker initiates a new transaction. An Epik Escrow Manager is assigned to guide the parties.

### STEP 2

**Transfer**

The buyer sends the payment to Epik & The seller transfers the domain to Epik.

### STEP 3

**Swap**

Epik pushes the domain to the buyer & releases the funds to the seller.

We are here 24/7 to help you complete the process quickly and securely.

File Name
https://web.archive.org/web/20220522075500/https://www.epik.com/services/escrow/*/1.jpg

Hash (SHA256)
6a2449b4e77c54c8d2ec8eded4b6c0f2ce37a63c5a17fb723f5a4a4a24

Signature (PKCS#1v1.5)

URL
https://web.archive.org/web/20220522075500/https://www.epik.com/services/escrow/

Timestamp
Mon Mar 13 2023 14:35:41 GMT-0700 (Pacific Daylight Time)

 

INTERNET ARCHIVE
WaybackMachine

https://www.epik.com/services/escrow/    Go

245 captures
13 Sep 2013 – 8 Mar 2023

APR  **MAY**  JUL
◄  **22**  ►
2021  **2022**  2023

# The Procedure

In a nutshell, Epik will receive and hold funds from the Buyer, then receive and hold domain(s) from the Seller. Upon consent of both parties, Epik will deliver domain(s) to the Buyer and distribute the funds to the Seller's account.

## You may want to use Epik Domain Name Escrow if your transaction:



✓ Requires personal broker attention

✓ Involves trading domains

✓ Has custom terms not covered by the Epik Marketplace

Epik Domain Escrow can handle both domains residing at Epik as well as domains registered elsewhere. All external domains must be transferred over to Epik's control as part of the escrow process.

File Name
https://web.archive.org/web/20220522070300/https://www.epik.com/services/escrow/_Mon-15-23-41-35-41-GMT-0700-(PDT)_2.jpg

Hash (SHA256)
a6ac89dcb25b4e76cef24ba49787f5d488bb82720cbcca9e572f6cf0588dc443bc

Signature (PKCS#1v1.5)
6d708bafeb77b453238730c4444c6470f2e58009915c4abe5cbadadae25e83730f22e2630ea30fa97b1f4285c92af1f6
52b2eae2ec09be39fa2fb69b2eea0d279fe2534f4efe4e3e5df0f9ef8db2148066b9b37c54f86b1b8935e20abaf6eb6c9cd
3bc22f4b2e09eecf26a27667554de1cc3e66496a6f00265d4b0d03a05e4f4d7754c7dc9e5642fb2dee4b2da350aaa36e2bf
70cfd2a437e28ea9c33150d6d6796dde7c66e80a0ad9e5fd8fd0f26797fc7ab8c7c8d73b5e1646e36f84a9ab9fceef8239a
4ad578e5ef70be9b4fef4c9b733dd24054a8be0c7acb1eaeabdcfa9464ebefe7bf3fbc5e0a8900007a8c31433976b5e
34e21586ad731

URL
https://web.archive.org/web/20220522070300/https://www.epik.com/services/escrow/

Timestamp
Mon Mar 15 2023 41:35:41 GMT-0700 (Pacific Daylight Time)





INTERNET ARCHIVE | https://www.epik.com/services/escrow/ | Go

**waybackmachine**

245 captures
13 Sep 2013 - 8 Mar 2023

APR | MAY **22** | JUL
2021 | 2022 | 2023

# SIMPLE
# PRINCIPLES

In most cases, you may achieve the same result of Epik Escrow using the **Epik Marketplace** Simply transfer the domain into Epik, list it for sale and give the offer link to your Buyer. This will save you the Epik Escrow fees.


## Fee Schedule

The standard escrow fee is 1.5% of the transaction amount with wire transfer payment, 2.5% of the transaction amount with major crypto payment, and 5% of the transaction amount with credit card payment.


## Domain Trades

A service in which Epik Escrow shines is Domain Trades. In any type of transaction where domains change hands in both directions, a trade is enacted. Example: Alice gives domain foo.com plus $5,000 to Bob in exchange for bar.com.

In the event that the transaction includes a Domain Trade, Epik will objectively appraise the domains involved in order to calculate the transaction total and escrow fees.


## Cancellation Policy

Both parties have the right to cancel the transaction without penalties until the escrow is concluded. If the Buyer has already submitted payment, Epik will reimburse.

*In any case of cancellation that requires a reimbursement, Epik reserves the right to deduct escrow fees in addition to any other applicable penalties and fees, regardless of who requested the cancellation.

## Ready To Get Started?

We are here 24/7 to help you complete the process quickly and securely.
To get started, just enter a few details about your transaction.

**Start Escrow Transaction**

File Name
https://web.archive.org/web/20220522075300/https://www.epik.com/servies/Aisle-15-23-th-35-41-GMT-0700-(PDT)_3.jpg

Hash (SHA256)
63d1033be7c4bce2636a86ce023794da04b4a131d4c485ea454476556db94fe71

Signature (PKCS#1v1.5)
49ee7b57e71ba353ce5f1536a6791520d3432c2c2c8056f84bce7e2f2ce372cd72ade37032c56de2c2ee2736e34ae0b6
a55b1c6be394f1e642c2137c402f076d026576a2e36ae32a53f2e0b2db2ae09c76c563680053943cccef4a2dec4d0e7b2c3
8d2f7440c5d3ac7d076e64d30f4ac2f31e2bf30c54bdb4bce47fe24e4062225f840da972ac80e9ee48ee76eec5d94e49f7b
a52c05f3056d

URL
https://web.archive.org/web/20220522075300/https://www.epik.com/servies/escrow/

Timestamp
Sun Mar 13 2022 14:35:41 GMT-0700 (Pacific Daylight Time)



https://www.epik.com/services/escrow/

INTERNET ARCHIVE
WaybackMachine

245 captures
13 Sep 2013 - 8 Mar 2023

## What currencies do you handle?

We support most major national and leading cryptocurrencies including bitcoin for both sides of a transaction.

## What is your wire info?

Contact our support department for detailed wire information.

## Do you charge anything for funding my account?

No. All funding methods are free of charge. Epik actually "eats" the fees associated with payment methods in order to provide a simple and smooth experience for the Buyer.

## I am the Seller. May I cover the domain transfer fees?

In Epik Escrow, the Buyer pays the transfer fees for all external domains. This is only logical, as domain transfers will generally add one year to the domain's expiration date, which will benefit the Buyer. If you are the Seller and want to cover such fees for your Buyer, simply transfer all domains into your Epik account before initiating the escrow process.

## Restrictions

*This service is not available to residents of Idaho, Texas and Washington.

## What payment methods do you handle?

We accept all major credit cards, wire transfer, bank deposit, AliPay, UnionPay, Bitcoin / Cryptocurrency, Transferwise, PayPal and Western Union. For special arrangements, or split funding sources, simply contact us. contact us.

## I am the Buyer, may I deposit funds using more than one method?

Yes. As long as you fund your account with the necessary amount, you may use as many methods as you wish.

## Will you publicize my transaction?

We will never publicize domain sales amounts. At Epik, your transaction is private.

## What is the minimum and maximum transaction amount?

Epik's escrow service is intended for larger transactions. For transactions that are smaller than $500.00, there is a $25 escrow fee by default. A cost efficient alternative for small transactions is to use the Epik marketplace.

## Ready To Get Started?

File Name
https-web.archive.org-web-20220522070500-https-www.epik.com-servic-Mon-15-23-41-35-41-GMT-0700-(PDT)_4.jpg

Hash (SHA256)
4fafa74aa70a5aeb2c26a3712d898fdf29a5a5e5f263c6a8ca5ea5f94deea5a7b

Signature (P6C5z1z1z1.5)
5cebGit8HBzr3o24r7fedd2710260a57f969025a44325264a9fd01a84dfe2513a5c037b60560554db5 db2e70c0e69460a45dad0b33d2eaa64945968a5e7af715fa72945094ddc352fb3edba35500ed9e2280e88b27039af08
4a2a2bf47544e3cba4f4f3f20f655a010301a2b42ab40a27f3de96bf0516a38ba6e00edc4aa3e8e7f6af
ccbdddaf8c3d8d4edd77da5a756bfae6bb4f16a5a2aa7790a70f79f4ba1c08944629a94d40e4eaef96aed16e28bf94a5
fa39261c7a2fadbfa4eeac5cda1a2574e6bc79597ec0876ca229440529fa5b444e5a8e01642c8a95035b77faf512f42
fa25126ec6f90

URL
https://web.archive.org/web/20220522070500/https://www.epik.com/services/escrow/

Timestamp
Mon Mar 15 2023 16:35:41 GMT-0700 (Pacific Daylight Time)



https://www.epik.com/services/escrow/   Go

**245 captures**
13 Sep 2013 – 8 Mar 2023

APR **MAY** JUL
**22**
2021 **2022** 2023



Start Escrow Transaction

Legendary Customer Support     (800) 410-0728     (206) 826-2345

| MY DOMAINS | HOSTING | TRANSFERS | DOMAIN MARKETPLACE | SERVICES | ABOUT US |
|---|---|---|---|---|---|
| Manage My Domains | Web Hosting | Transfer Into Portfolio | Marketplace Home | Resilient Domains | Company |
| Domain Registration | Dedicated Servers | Transfer To Another Registrar | Bargain Domains | Web Design | News & PR |
| Domain Name Prices | Email Hosting | Get Transfer Status | Daily Diamonds | Logo Design | Blog |
| Pre-Order gTLDs | Site Builder | | Premium Domains | Domain Marketplace | FAQ |
| Add Domain(s) | SSL Certificate | **PUSHES** | Premium gTLD | Affiliate Program | Our Network |
| Domain Profiles | | Outgoing Pushes | Registrar Pending-Delete | Domain Escrow | Epik Labs |
| Expired domains | **BACKORDERS** | Incoming Pushes | | Domain Appraisal | Contact Info |
| WHOIS | Backorders | **INTEGRATION** | Domain Financing | | |
| | Watchlist | API Documentation | | | |
| | | Reseller Program | | | |
| | | WHMCS Plugin | | | |

Universal TOS     Refund Policy     Registrant Rights     Registration Agreement     Privacy Policy     Forever Domains     Abuse Policy







File Name
https-web.archive.org-web-20220922075500-https-www.epik.com-services-Mon-15-22-01-35-41-GMT-0700-(PDT)_5.jpg

Hash (SHA256)
28d7d67ec62cd194d1bfef428048b8e5e1b68bface9ab44a6d02505c27e60

Signature (PKCS#1v15)
5c7be3bc6e9adadd6bc5bbeeff06e6de65b31be8859fe0e3cbc5e6a0d8c860ea56a60a24a5c6203bcd5cc9a0c92591ef48e954aa4a
74eb22ee02477bc393598d5524bcae6cbceec29665beb493926a2ba53c2904a26b420fa17368efe5b17f6cc10eb4c08604f9
52de2b542227e4cf263bf3c948ec7488aceaf8d31c7feffa9e3bdaf649dbe5be73ba9ffaf96b4c6c9182a0a16a0cf3d
62de2c9b6dfa3c6f5a85c4d9b8ac3ad13ad948fae858df17c7d8021f8e0fa9b6c51b6fc7e66bf1e9f38cd63a
a3f75174a29f0e669e5b1e91685f08102d0cadffcafa4de82e438117c7d86071722b6265fd56274ef
205426bb21f3

URL
https://web.archive.org/web/20220922075500/https://www.epik.com/services/escrow/

Timestamp
Mon Mar 13 2022 01:35:41 GMT-0700 (Pacific Daylight Time)

Epik ® is a registered trademark of Epik Inc. Copyright © 2022 by Epik Inc. All rights reserved.

WHOIS Privacy services provided by Anonymize.com

**File Name**

https://web.archive.org/web/20220522070931/https://www.epik.com/serv-Mar-15-23-16-35-41-GMT-0700-(PDT)_0.jpg

**Hash (SHA256)**

593e8e8b50b114527740127e7c91ee7fccd318994981bfe49b6e73c8022238

**Signature (PKCS#1v1.5)**

2cb2548d8beaebe6bd6a2968ab9f52ec38e0a25ca9f83a1e63351bdd5b099be6533b59c628b1e531b9a36c2a7ca1c5a9b5e5a61e544b49b5c6a2e15a54f774c
8d42b7266d1706f45b632747689fcb9b19c765ba459980c7451240b6a54655b19cf5c92de91515732885a53816cf2a41
4aca967ba54218aea5ae5cd2ce3e9c90f2f9b32125710c3669558df5e612a96a8e39af5ffa6c9baabdcd364e7197cdbaf4f6c49
146852377538c63ea33ca66cea12bdce672e103f574d9e1d68c4e44c1c5f17945fa91e749e4cfdac8ad45ac4
e252b11901a99a9a9a4498644c6b4b8ba72fe9daca4c51f5e9e68d08d2cfec4bac0cd24f1de4e9c15eac4a7ba2a2f8c0d0fac73c73f37dd1d5a5fcaf6b6a
96e236c4fd41e

**URL**

https://web.archive.org/web/20220522070931/https://www.epik.com/serv/services-mar/

**Timestamp**

Mon, Mar 15 2023 16:35:41 GMT-0700 (Pacific Daylight Time)



Exhibit B



EXEMPLAR

January 11, 2023

David A. Perez
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Email: DPerez@perkinscoie.com.

Re:    Matthew Adkisson

Dear Mr. Perez:

On behalf of Epik Holdings, Inc., Epik shall pay the debt owed to Mr. Adkisson in two installments, one on January 12, 2023, in the amount of $20,000, and the other no later than January 31, 2023, in the amount of $307,000. If this is acceptable to Mr. Adkisson, please let me know as soon as possible so the wire transfer of the first installment can be finalized and sent tomorrow.

Sincerely,

**Exemplar Law, LLC**

Eric J. Geppert
Managing Director
Corporate & Transactions

cc:    Brian Royce
       Rob Monster
       Jonathan Stevens, Esq.

Exhibit C

**Marcelo, Christian W. (SEA)**

| | |
|---|---|
| **From:** | Perez, David A. (SEA) |
| **Sent:** | Monday, January 30, 2023 5:30 PM |
| **To:** | Eric Geppert |
| **Cc:** | Rob Monster - MVP; JONATHAN STEVENS; Samuel Whitley |
| **Subject:** | RE: Epik/Adkisson |
| **Attachments:** | Epik Adkisson Proposal 2023-01-11.pdf |

Eric,

Not so fast. The proposal we accepted—which *you sent on behalf of the company*—made clear that the company would be paying my client on or before tomorrow. Your letter proposal is attached.

We expect the company to honor the agreement it proposed or we will proceed.

David

**David A. Perez | Perkins Coie LLP**
**Partner**
**Firmwide Chair of Business Litigation**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/

**From:** Eric Geppert <egeppert@exemplarlaw.com>
**Sent:** Monday, January 30, 2023 5:26 PM
**To:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Cc:** Rob Monster - MVP <rob@monsterventurepartners.com>; JONATHAN STEVENS <jstevensesquire@gmail.com>; Samuel Whitley <swhitley@whitley-llp.com>
**Subject:** RE: Epik/Adkisson

Jonathan will speak to you directly.

Best,
Eric

Eric J. Geppert
Managing Director
Corporate & Transactions
Exemplar Law, LLC
E: egeppert@exemplarlaw.com
C: 1.202.251.9769

1

**From:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Sent:** Monday, January 30, 2023 8:25 PM
**To:** Eric Geppert <egeppert@exemplarlaw.com>
**Cc:** Rob Monster - MVP <rob@monsterventurepartners.com>; JONATHAN STEVENS <jstevensesquire@gmail.com>;
Samuel Whitley <swhitley@whitley-llp.com>
**Subject:** RE: Epik/Adkisson

What plan? We agreed to a plan already: the final payment would be made on or before January
31. That was the plan.

David

**David A. Perez | Perkins Coie LLP**
**Partner**
**Firmwide Chair of Business Litigation**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/

**From:** Eric Geppert <egeppert@exemplarlaw.com>
**Sent:** Monday, January 30, 2023 5:22 PM
**To:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Cc:** Rob Monster - MVP <rob@monsterventurepartners.com>; JONATHAN STEVENS <jstevensesquire@gmail.com>;
Samuel Whitley <swhitley@whitley-llp.com>
**Subject:** RE: Epik/Adkisson

David,

Rob Monster's counsel, Jonathan Stevens, will be contacting you with Rob's plan for satisfying the claim.

Best,
Eric

Eric J. Geppert
Managing Director
Corporate & Transactions
Exemplar Law, LLC
E: egeppert@exemplarlaw.com
C: 1.202.251.9769

**From:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Sent:** Saturday, January 28, 2023 12:57 PM
**To:** Eric Geppert <egeppert@exemplarlaw.com>
**Cc:** Rob Monster - MVP <rob@monsterventurepartners.com>; JONATHAN STEVENS <jstevensesquire@gmail.com>;
Samuel Whitley <swhitley@whitley-llp.com>
**Subject:** RE: Epik/Adkisson

2

Counsel,

We are now approaching month's end. What is the status of the final $307,000 payment? Can you confirm that we will receive it on or before Tuesday?

David

**David A. Perez | Perkins Coie LLP**
Partner
**Firmwide Chair of Business Litigation**
**Co-Chair Real Estate Litigation**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/

**From:** Perez, David A. (SEA)
**Sent:** Thursday, January 12, 2023 3:09 PM
**To:** Eric Geppert <egeppert@exemplarlaw.com>
**Cc:** Rob Monster - MVP <rob@monsterventurepartners.com>; JONATHAN STEVENS <jstevensesquire@gmail.com>; Samuel Whitley <swhitley@whitley-llp.com>
**Subject:** RE: Epik/Adkisson

Counsel,

Thank you for the response. The money can be sent directly to Perkins Coie's client trust account. Be sure to reference this client/matter:

- Name on Account:
  Perkins Coie LLP
  Seattle WA IOLTA Acct
  IOLTA Trust Account

- Account Number: 9301276532
- ABA (Routing) Number (Wires): 121000248
- ACH (Routing) Number (Transfers) 125008547
- SWIFT Code: WFBI US 6S (For International Wires Only)
- Bank Name: Wells Fargo Bank
- Bank Address:

  420 Montgomery Street, 8th Floor
  San Francisco, CA 94104

- Beneficiary Address:
  1201 Third Ave, Suite 4800
  Seattle, WA 98101

- Additional Info (Required): regarding Matt Adkisson, c/m # 113602.0008

We will await the first payment, and the remainder of the balance by or before Tuesday, January 31.

David

**David A. Perez | Perkins Coie LLP**
**Partner**
**Firmwide Chair of Business Litigation**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/

**From:** Eric Geppert <egeppert@exemplarlaw.com>
**Sent:** Wednesday, January 11, 2023 4:23 PM
**To:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Cc:** Rob Monster - MVP <rob@monsterventurepartners.com>; JONATHAN STEVENS <jstevensesquire@gmail.com>;
Samuel Whitley <swhitley@whitley-llp.com>
**Subject:** RE: Epik/Adkisson

David,

Attached is a written proposal.

Best,
*Eric*

Learn more about Exemplar:
- About Exemplar
- Here's to the Crazy Ones(Our WHY)

**Eric J. Geppert**
Managing Director
Corporate & Transactions
Exemplar Law, LLC

Washington DC

C: 1.202.251.9769

egeppert@exemplarlaw.com

**EXEMPLAR**
LAW STRATEGY TAX CAPITAL
*"The ends exemplify the means."*
www.exemplarcompanies.com

Offices:
Boston - NYC - Chicago - Tampa
Detroit - Denver - Delray Beach
Silicon Valley - Los Angeles - Phoenix

Exemplar is driven by our Quad Bottom Line

4

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. Exemplar Law, LLC is a limited liability company.

**From:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Sent:** Monday, January 9, 2023 2:36 PM
**To:** Eric Geppert <egeppert@exemplarlaw.com>
**Cc:** Byrne, Preston <PByrne@brownrudnick.com>; Samuel Whitley <swhitley@whitley-llp.com>
**Subject:** RE: Eplik/Adkisson

Counsel,

We appreciate the communication but this offer is not acceptable. We have said, over and over, that we need a concrete proposal to make Mr. Adkisson whole right away. This proposal doesn't even get us halfway there, and the timing is indeterminate. We have been more than flexible, but enough is enough.

We are going to proceed next week if, by Wednesday at 5 p.m. PT, we do not receive written confirmation of a proposal that will make Mr. Adkisson completely whole by month's end.

It has been communicated to us that large sums of capital (in the millions of dollars) have been transferred out of Eplik since Mr. Adkisson's escrow funds were received. That the return of these funds is taking so long suggests to us that the money was misappropriated to JJE Capital and/or other parties. We will be contacting JJE Capital later today.

**David A. Perez | Perkins Coie LLP**
**Partner**
**Firmwide Chair of Business Litigation**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/

**From:** Eric Geppert <egeppert@exemplarlaw.com>
**Sent:** Friday, January 06, 2023 12:05 PM
**To:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Cc:** Byrne, Preston <PByrne@brownrudnick.com>; Samuel Whitley <swhitley@whitley-llp.com>
**Subject:** Eplik/Adkisson

David,

On behalf of the Eplik management and the lawyers retained by Messrs. Monster and Royce (both cc'd), the following is offered as a structure for settling the debt owed to Mr. Adkisson.

Mr. Monster is prepared unconditionally to fund Epik with $20,000 on Monday and $100,000 before end of month for use in repaying a portion of the outstanding Adkisson debt. He is also prepared to fund Epik with the remainder as soon as possible thereafter.

Please feel free to call Preston Byrne for confirmation of Mr. Monster's commitments:

**Preston J. Byrne**
Partner
Brown Rudnick LLP
601 Thirteenth St NW, Suite 600
Washington, D.C. 20005
T: 202.536.1742
F: 617.289.0442
pbyrne@brownrudnick.com
www.brownrudnick.com

Please let us know if this is an acceptable framework for a settlement in lieu of civil litigation.

We all look forward to hearing from you.

Best,
*Eric*

Learn more about Exemplar:

- About Exemplar
- Here's to the Crazy Ones(Our WHY)

**Eric J. Geppert**
Managing Director
Corporate & Transactions
Exemplar Law, LLC

Washington DC

C: 1.202.251.9769

egeppert@exemplarlaw.com

Exemplar is driven by our Quad Bottom Line

EXEMPLAR
LAW STRATEGY TAX CAPITAL

*"The ends exemplify the means."*
www.exemplarcompanies.com

Offices:
Boston - NYC - Chicago - Tampa
Detroit - Denver - Delray Beach
Silicon Valley - Los Angeles - Phoenix

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. Exemplar Law, LLC is a limited liability company.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

7

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Exhibit D

**Marcelo, Christian W. (SEA)**

| From: | Rob Monster - MVP <rob@monsterventurepartners.com> |
| Sent: | Tuesday, January 31, 2023 8:27 PM |
| To: | Perez, David A. (SEA); Matt Adkisson |
| Subject: | Followup on balance owed from Epik Holdings Inc |

Hello David and Matt,

I am following up on the matter of the balanced owed to Matt Adkisson from Epik Holdings Inc.

As you know, I advanced $20K on January 14, 2023 from personal funds. This was a stop-gap payment done in good faith from limited funds in order to assure that (1) the total amount owed of $327K is not in dispute and (2) the balance would be settled.

In the meantime, during a series of formal board meetings completed yesterday, January 30, 2023, I learned that the Company is apparently unable to cover the balance of the amounts owed to Mr Adkisson.

In parallel to the Company's efforts to raise liquidity, I have actively endeavored to raise funds through asset sales. Beyond a primary residence, most of my remaining assets are illiquid private equity interests.

As of this evening on January 31, 2023, I have not completed asset sales in an amount sufficient to step in for the full balanced. I also have insufficient personal borrowing capacity to make up for the shortfall.

On a related note, you should be aware that I am presently in an ongoing dispute with Epik Holdings Inc as the terms of my original move to non-executive Chairman on September 2, 2022 were promptly breached by the Company and this breach has remain uncured.

The purpose of appointing Mr Royce was in part due to his claims of being able to work with current and potential funding partners and, as well as, to secure forbearance from a prior/existing relationship with the company's largest lenders.

Since the change of CEO, I do believe the company has had ample opportunity to fund a refund to Mr Adkisson. In particular, I can confirm that the following major funds were brought into the company, and/or kept by the Company:

- On September 14, 2022, I signed off on a personal guarantee for $1 million of new borrowing from a commercial lender.

- On October 13, 2022, I waived rights to proceeds from a $1.36 million divestiture of a software asset, of which $1 million was received by the company in mid-October.

- Divestiture of domain assets in an amount of more than $600,000 in cash.

In addition, so that you know that any pain to Mr Adkisson with regards to non-receipt of funds has been shared:

- As of end-September, I received no further payouts from the company, including a lump sum payment in the amount of $350K that was due to me from the company on October 1, 2022.

- I have not pursued payout of deferred salary accrual in the amount of $1.996 million in addition to ongoing cash compensation of $20K per month.

During the Epik board meetings yesterday, I did attempt to resolve my outstanding disputes with the Company based on the Chairman agreement of September 2, 2023. I was unable to do so despite ample accommodations made by me, both past and present.

For reasons that remain obscure, the Company disabled my Epik email address as of December 8, 2022, which has impaired my ability to work with potential investors, albeit in a non-executive capacity. This issue has also gone uncured.

1

The Company has raised questions about my share ownership. While my status as "majority owner" is not in dispute, the exact number of shares owed is unknown. Claims and counter-claims for moneys owed to and from the company are also in dispute.

As of January 4, 2023, at the direction of the primary lender, the company has been actively seeking my permanent removal from the Board, despite being the founder and majority shareholder. I have not complied with this request.

A primary concern about going off the Board would be the risk of a bankruptcy filing that would very possibly wipe out persons who placed trust in me during my tenure as Executive or Director. As you know, Mr Adkisson is one of those people.

In the absence of resolution with the Company, I have been unable to pursue other interim funding arrangements from friends/family, sufficient to cover the full amount of $307,000, in part because I currently have no ability to assure them of future repayment.

As for how to get Mr. Adkisson paid off, in the event that the Company does not, or will not settle the balance due of $307,000, I am committed to covering this personally, and doing so asap.

If a direct arrangement of settlement is acceptable, I will work with you on the required documentation, and related security interest in personal real assets for the remaining shortfall owed from Epik Holdings Inc.

In closing, I wish to convey my most sincere apology for the present situation. When I agreed to become a non-executive Chairman in September 2022, I had not the foggiest idea that we would find ourselves in a crisis of this magnitude just a few months later!

I am happy to discuss live as needed.

Regards,
Rob Monster

2

Exhibit E

**From:** Francisco Pretus
**To:** Marcelo, Christian W. (SEA)
**Cc:** Manuel Casals
**Subject:** Epik / Masterbucks
**Date:** Friday, May 5, 2023 4:39:12 AM
**Attachments:** image001.png
image002.png

Mr. Marcelo,

I am a lawyer in Barcelona.

I am contacting you on behalf of a client, Manuel Casals (MC hereinafter), of
Spanish nationality and resident in Barcelona. He is copied in this mail.

I have identified that you are acting as a lawyer in the lawsuit against Epik and
Masterbucks company filed by Mr. Matthew Adkisson. I am writing to you
because my client is also a victim of the scam.

The facts are as follows:

-MC sold a domain for 50.000$, and Epik was an intermediary in the
transaction.
-The buyer paid in Bitcoins, I think he was a Russian national or a country
of the former USSR.
-The buyer is using the domain.
-MC was allowed to make outlets for 12.000€ from Epik.
-Since July 2022, of the remaining 38.000€, they don't let MC withdraw
more and leave the requests as "pending".
-MC has been in contact with the customer service department and the
abuse department and they have not solved the case.

I thought it might be in the interest of your case, your client, and mine, that we
collaborate, as we have very well documented the fraudulent activities of Elik.
MC has exchanged a lot e emails with one of the defendants, Rob Monster,
which might be significant for the case.

Kind regards,

Francisco Pretus

Bufete G.Pretus

Mallorca 272-276 5º 8ª

08037 Barcelona

M: +34 639117363

T: +34 932022055

www.gpretus.com

Abogados / Assesories Fiscales

B U F E T E   G.   P R E T U S

Attorneys at Law / Tax Consultants

Esta comunicación contiene información que es confidencial y también puede contener información privilegiada. Es para uso exclusivo del destinatario/s. Si usted no es el destinatario/s tenga en cuenta que cualquier distribución, copia o uso de esta comunicación o la información que contiene está estrictamente prohibida. Si usted ha recibido esta comunicación por error por favor notifíquelo por correo electrónico o por teléfono.

**Antes de imprimir este correo, piense si es realmente necesario. El medio ambiente se lo agradecerá.**

Exhibit F

**From:** Perez, David A. (SEA)
**To:** Neil Bostick
**Cc:** Marceb, Christian W. (SEA)
**Subject:** RE: Addition to Epik Fraud Case
**Date:** Wednesday, April 5, 2023 1:05:22 PM

Dear Neil,

Thanks for your message. I'm removing our client, Matt, and adding my colleague Christian, who can set up a time to interview you.

David

**David A. Perez | Perkins Coie LLP**
Partner
**Firmwide Chair of Business Litigation**
**Co-Chair Real Estate Litigation**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/

**From:** Neil Bostick <neil@qeip.com>
**Sent:** Wednesday, April 05, 2023 12:16 PM
**To:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Cc:** madkisso@gmail.com
**Subject:** Addition to Epik Fraud Case

Hey David,

Good to connect. Matt referred me to you (to tell you about my interaction with Epik) after I reached out to him (having heard that you guys sued Epik).

Here's the simple story: I used Epik's escrow service in late October to sell two 3 letter .COM domains for $25,000 of net proceeds - one of which I owned (IXV.com) and another which I was brokering for a client (BVI.com). Through the sale (and traditional escrow procedures), the buyer paid via the platform and I transferred the domain from Godaddy to Epik and then had the domain released to the buyer while they send me my proceeds in their Masterbucks currency (which I didn't consent to - I had asked for USD as my payment option). I was suppose to get paid out $25,000 in the first few days of November but it has now been exactly 5 months and there has been no progress (despite their claims that they are actively sending out funds to masterbucks holders, albeit delayed).

I have used their service a number of times before without issue and have gotten payout immediately but this obviously didn't happen this time. They are obviously doing criminal fraudulent behavior (while trying to operate a seemingly legitimate business) and I was encouraged to hear that you guys were taking the initiative to bring them to justice.

Please let me know if there is anything I can do to help. I would appreciate if you keep me updated with how things go.

Thank you,

Neil P. Bostick
Founder | QEIP LLC
neil@qeip.com | +1 (646) 797-3158 | NPB.com

Connect with me on LinkedIn™

QEIP.com | Manhattan's Digital Branding Agency
30 Cornelia Street (Suite 10) New York, NY 10014

The information contained in this email message is privileged and confidential and intended for the recipient to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this message is strictly prohibited. If you have received this email in error, please immediately notify QEIP.com at sales@qeip.com and delete this message.

Exhibit G



# CRITICAL|HIT TECHNOLOGY

Games | Entertainment | Tech | Comics | Lifestyle | Reviews | The Podcast

Home » Technology » Epik Exploitation – Brian Royce Makes Offer to "Steal $50,000 of Kathleen Kalaf's $100,000"

## Epik Exploitation – Brian Royce Makes Offer to "Steal $50,000 of Kathleen Kalaf's $100,000"

By James Porter    Posted on January 25, 2023    2 min read    0

Share on Facebook | Share on Twitter

The chaos at Epik shows no sign of abating today, as Epik CEO Brian Royce offered to settle Kathleen Kalaf's $100,000 debt by sending her just $50,000. This is despite Epik acting as the trusted Escrow agent to facilitate the $100k sale of Candida.com for Kathleen Kalaf and the buyer.

The offer Brian Royce made to Kathleen Kalaf was ridiculed on Namepros, with Brad Mugford saying "Do you mind if we only steal half your money?", with another poster not mincing his words by saying "Brian Royce has stepped over the mark on this one, and surely proves he is as much as a criminal as Rob Monster, with his offer to steal $50,000 of Kathleen Kalaf's $100,000".

Brian Royce originally sent a letter to Kathleen Kalaf acknowledging the substantial debt due to her in December, and Royce promised to pay the outstanding amount by the end of January.

SOCIAL

LATEST REVIEWS

Xbox Series X Restock Update Today: Track on Twitter,

COLE HAAN® | Grow Your Style
Cole Haan

File Name
https://www.criticalhit.net/technology/epik-exploitation-brian-royce...6May-25.23.14.55.23.GMT-0700.(PDT)_0.jpg

Hash (SHA256)
058845fdc168cf501c7880ee21e2a2389b3e2bfe39b6009ec18ee4ec6aed380f

Signature (PKCS#1v1.5)

URL
https://www.criticalhit.net/technology/epik-exploitation-brian-royce-makes-offer-to-steal-50000-of-k...

Timestamp
Wed May 31 2023 14:13:23 GMT-0700 (Pacific Daylight Time)





Spectrum

$49

Special based on wired connection. Wireless speeds may vary.

This ad will end in 6

Spectrum.com/no



CriticalHit Gets a Sneak Preview of Top Gear Series 31...



Twelve Minutes Review – Stuck in a Mystery Time Loop



Cris Tales Reviews – Present, Past, and Future Collide



F9: The Fast Saga Review



ADVERT

LATEST POSTS



Tips on Photo Shooting with Animals

We've been talking about the different life advice for some time already. With this ...

Kathleen,

Epik Holdings Inc acknowledges the debt of 91,000 USD. This debt is for the sale of your domain Candida.com for $100,000, less the 9% commission on Epik Marketplace. We have confirmed that the money for the domain was sent, and Epik Holdings Inc received it. I can also ensure that we will make our best to return the funds you are owed before the end of January 2023. We are in the process of doing an asset sale and it is my strong belief that we will be able to produce and send you these funds sooner.

Thank you for your patience and understanding.

Brian Royce
CEO
Epik Holdings Inc.



File Name
https://www.criticalhit.net/technology-posts/explosion-dinner-royce-m May-31-23-16-31-23-GMT-0700-JPG?i_1.jpg

Hash (SHA256)
5cf64e86b32527264f6a8f8b7822f4ea4fe3c563bb42730bec4dae603cefacd

Signature (PKCS#1v1.5)

URL
https://www.criticalhit.net/technology-posts/explosion-dinner-royce-mansac-offer-do-send-30000-of-a-phleon-scack-000000

Timestamp
Wed May 31 2023 16:13:23 GMT-0700 (Pacific Daylight Time)



Kathleen Kalaf said "He also sent me numerous texts in December, leading me to believe I may be paid by the end of December. It didn't happen. Over the past 2 weeks, he has led me to believe he will get me paid, and last week asked me if I would settle for $50K, or take a payment plan. I declined on settling. I am not interested in settling for $50K. He then said that he would wire funds to me $50K by Friday 1-20-23, or today, Monday, 1-23-23, and pay the balance to me by the end of February 2023."

Kalaf then followed up the lack of payment by sending the following email to the Epik CEO.




Shinunoga E-Wa Meaning by Fuji Kaze : English Lyrics & Meaning


How to Put Together the Right Playlist for Your Next Party


The 3 Best Beachfront Properties in Dubai


Linear vs Tactile vs Clicky Mechanical Keyboard Switches – There's One Clear Winner...



COMPETITIONS



Win a spooky Resident Evil Village hamper!

May 7, 2021

A spooky European village. Properly scary castle mania. Vampires. Werewolves! The only thing more frightening, is a glimpse at your empty bank account when it comes to deciding whether or not you can grab Resident Evil Village this month. Capcom's successor to its long-







I have been following up and chasing you for payment for the sale of Candida.com since September 27th, 2022. You sent me a letter (attached), on December 5th, indicating that you intended to pay me in full for Candida.com by the end of January 2023. We have talked and texted many times since then, and you have made many promises that have not been kept. In December, you indicated that you might pay me sooner, but this failed to occur. Last week, you indicated that you would see the funds by Friday or Monday [today] at the latest. As of this morning, you are promising to pay me this week.

For nearly 4 months, I have been chasing you. For the past 8 weeks, you have been making promises, stalling me, and leading me on, and this is taking way too long. I am very concerned that this is going to continue.

I think that someone at Epik bought Candida.com, to either re-sell it, or to use it as part of a business valuation or collateral for a loan. The domain is still parked at Epik, waiting to be adopted. If this was done, this is not legal, and it was done while you were CEO on September 27th.

I am demanding that you provide some proof that this domain was sold to a third party, and not to someone at Epik, and payment in full immediately.

Kathleen Kalaf

In the letter, Kalaf made reference to Brian Royce's failure to keep any promises made by saying "For the past 8 weeks, you have been making promises, stalling me, and leading me on" and speculated that in fact "someone at Epik bought Candida.com, to either re-sell it, or to us it as part of a business valuation or collateral for a loan. The domain is still parked at Epik, waiting to be adopted. If this was done, this is not legal, and it was done while you were CEO on September 27th". She continued by saying "I am demanding that you provide some proof that this domain was sold to a third party".



What more could you want from your internet?
SHOP INTERNET
ziply fiber

The possibility that Epik "bought" the domain for $100,000, and placed the unwithdrawable funds in Kalaf's account may mean that Epik stole the domain, with the hope of reselling it, whilst Brian Royce was in charge.

running survival-horror franchise is finally out, and if you've read our review then you know the game is a winner on multiple levels.



**Win a copy of Doom 3 VR Edition on PlayStation!**

March 31, 2021



**Win an Epic Blizzard 30th Anniversary celebration collection pack!**

February 9, 2021



**And the winner of our Lego Star Wars set is...**

December 18, 2020



**■ FEATURES**





**PlayStation Showcase – A Recap of All the Announcements**

**New on Netflix: July 2021**





**Guilty Gear Strive Review – Better call Sol**

**DC Super Hero Girls: Teen Power Review – The Just-Us League**

‹  ›

**■ MOST RECENT**

File Name
https://www.criticalhit.net/technology/epik-exploitation-brian-royce-in-May-31-23-14-31-23-GMT-0700.JPG_1.jpg

Hash (SHA256)
5ce05c792e04cac0c2b95bce1e3a89e6aecebf434f1d5d8e96620b06006eel

Signature (PKCS#1v1.5)
[illegible signature block]

URL
https://www.criticalhit.net/technology/epik-exploitation-brian-royce-messy-offer-its-stool-100000-of-a-johann-sands 100000

Timestamp
Wed May 31 2023 14:13:23 GMT-0700 (Pacific Daylight Time)











Tips on Photo Shooting with Animals

James Porter    8 mins ago



Shinunoga E-Wa Meaning by Fuji Kaze : English Lyrics & Meaning

Damian Richards    44 mins ago



How to Put Together the Right Playlist for Your Next Party

James Porter    3 hours ago

Load more





**File Name**
https://www.tmz.com/trump-mark-explanation-brian-reyes-in-May-31-23-14-32-23-GMT-0700-JPG%_9.jpg

**Hash (SHA256)**
aebe4a4200acafad00cc98ec4a3c50ba4dc7afa8f2fae0e2c80dddb4f48f31e48e

**Signature (PKCS#1v1.5)**
6c1a45bea40db57daf444cdf44c39eeb1bcf2394295bff9f4e3f0e8e2f60bbe4d7f46a85bf0e31d452bd2e7f72
977f8a98a7c17582843206844fed1cf9c0dcea60e27ad407046b7947edce202e7764766dba9e20462fa24e17
a0c65bba6cb87423ecd4f2e7d6f52b0a3b2f1a16e90a7c9a5a8de25e7a8947a77aaecc8944376b8a
069fa7057fbf0e4e2e0dbb92e148706841c8fd5e66bc91911941ecfec849885aedc47faec33ddef3368d1bff99b50
33a54 e33e23

**URL**
https://www.criticalhit.net/technology/mark-explanation-brian-reyes-money-offer-br-steal-90000-of-s-almost-costs-90000/

**Timestamp**
Wed May 31 2023 14:32:23 GMT-0700 (Pacific Daylight Time)







Brian Royce failed to comment when a copy of the article above was sent to him prior to publication. The FBI investigation into Epik continues.

Last Updated: March 6, 2023



■ **LEAVE A REPLY**

Your email address will not be published. Required fields are marked *

Comment *

File Name
https://www.cnbcafrica.technology/epik-exploitation-brian-royce-in May-31-23-16-51-23-GMT-0700-(PDT)_3.jpg

Hash (SHA256)
8fadf7beecc95ea5a3a12e727a94aca7c2de472a6accd367449817131

Signature (PKCS#1v1.5)

URL
https://www.cnbcafrica.technology/epik-exploitation-brian-royce-money-offshore-island-300000-of-a-vietnam-scam-500000/

Timestamp
Wed May 31 2023 14:13:23 GMT-0700 (Pacific Daylight Time)



Name *

Email *

Website

Post Comment

### READ THIS

**Top Things You Should Never Do in Your Rental Apartment: Responsible Renting**
James Porter    5 days ago

**Shinunoga E-Wa Meaning by Fujii Kaze : English Lyrics & Meaning**
Damian Richards    44 mins ago

**Don't Let Plumbing Emergencies Drain You: Call an Emergency Plumber Today**
James Porter    6 days ago

**Linear vs Tactile vs Clicky Mechanical Keyboard Switches – There's One Clear Winner...**
Damian Richards    5 days ago

### TIMELINE

8 mins ago
**Tips on Photo Shooting with Animals**

44 mins ago
**Shinunoga E-Wa Meaning by Fujii Kaze : English Lyrics & Meaning**

3 hours ago
**How to Put Together the Right Playlist for Your Next Party**

3 days ago
**The 3 Best Beachfront Properties in Dubai**

5 days ago
**Linear vs Tactile vs Clicky Mechanical Keyboard Switches – There's One Clear Winner...**

Critical Hit is built on the idea that we are more than one thing. Are you a hardcore gamer who also enjoys a night out at the movies? Perhaps you're a professional cosplayer who is searching for the perfect burger, or maybe you're just interested in high-end tech and Netflix binging. Covering gaming, entertainment, tech and geek, Critical Hit offers information and critique from a staff of diverse, knowledgeable and fiercely opinionated writers.

### FOLLOW US

Critical Hit    Contact    Advertise    Terms    Privacy Policy    Disclaimer

File Name
https://www.criticalhit.net/technology/apek-exploitation-timer-rayze-in-May-31-23-14-31-23-GMT-0700-JPG1_6.jpg

Hash (SHA256)
860f2a2ed17 bcdb6fca5248fccbadf66ab22bea729b6f2f3e5f63c6f534efc1bd6e

Signature (PKCS#1v1.5)
hrb47c0f42072bd4a92bff4ac701be5f53e692c66e60b304f23cee9f61e68deec8eeffe40dc41e2944
4d454dce6e5c1252440e22083cfaa b42e8f57021f71ec db6e51e24189604170c550d154a0f68f9f9c4c5e
9ddd8a1754fe9b61cf2d9fc80062b3db2c708d8e6f33b43ce1a49f9eb8af5e2ae95a35a8a8e20f4e0ee5
e76b06890491949b4e8b91c587be9e989c45331559bc73ecf9fc6a6cc46b9fa19cee468840532079cb51ec5
80a84e4d3154

URL
https://www.criticalhit.net/technology/apek-exploitation-timer-rayze-money-offer-in-deed-30000-of/a
sthmen-cocb-500000/

Timestamp
Wed May 31 2021 14:31:23 GMT-0700 (Pacific Daylight Time)



Critical Hit · Contact · Advertise · Terms · Privacy Policy · Disclaimer

Information from your device can be used to personalize your ad experience.

Do not sell or share my personal information.

a Partner network site.

**File Name**
https://www.criticalhit.net/technology-esports/explosition-dexer-royce-in-May-21-23-14-13-23-GMT-0700-(PDT)_7.jpg

**Hash (SHA256)**
c43f86e45e588362e24ee57b7430f7c97b36a582f6f489d72f2f43a8d79a180

**Signature (PKCS#1v1.5)**
6a3a172ac1ef62c2d2d293a8b83784ef55b1fae7f294ed5713833e380fde3a6baccadbc0f017f0f34f92aca45a21d
a1dab735f92a3f41f563e9f6c4567db3 c9e5dd7e56bb1ad7599fb45a9ba88f48ad6ca96a5b1c7fa9a2ba2afd2e18f
0061466442a2b07f6ac0f3dbcf8b8e5d5a3dedbd6a944e23e4f00757e0558a7b7a5e4940f63c3bcdf7a3fda884944
91a1165a68d3e48455af60dacae8e0ac18407c20c0a2b03e04dd2aac6b35e99042c1ac0ca1cb3a05c3d4eaf98360f
95f4caeb60a5

**URL**
https://www.criticalhit.net/technology-esports/explosition-dexer-royce-meteu-offer-to-west-69000-of-it-
whiten-levels-69000/

**Timestamp**
Wed May 31 2023 14:13:23 GMT-0700 (Pacific Daylight Time)

Exhibit H





issues.

Date of experience: May 31, 2023

ᗏ Useful   ⌁ Share

Advertisement

**About Epik.com**
Information written by the company

Epik is a full-service registrar offering Domain Names, Shared Web Hosting, WordPress Hosting, Escrow Services, Domain Marketplace & more with Legendary 24x7 Customer Support. With a focus on free speech and privacy, we are the leading providers of integrated domain management and development solutions that scale from startups to enterprises. #BeEpik

**Contact**
✉ support@epik.com
☏ +1 (206) 826-2345
⌖ 98004
   Bellevue
   United States

**Categories** ⓘ
Cloud Computing Service
DNS Provider
Escrow Service
Internet Service Provider
Web Hosting Company

**Eric Lake**
2 reviews   ⌖ US

★★★★★                              16 hours ago

**Best hosting platform... (IMO)**

I transferred my domains from goDollarDaddy around two years ago and I have always been impressed with their customer support. NEVER have I had a single issue that was not resolved with 1 call. I'm confused by some of the negative reviews lately and I can only chalk it up to trolling. While I understand everyone's experiences are different, nothing in my experience with this company have shown me they would ever be in the running for a 1 or 2 star review. Craziness. I currently hold around a dozen domains here and host about half of them. The best experience I've personally had with a hosting company in my last 14 years in the web world. Keep up the good work Epik!

Date of experience: May 30, 2023

ᗏ Useful   ⌁ Share

**Adam**
1 review   ⌖ CO

★☆☆☆☆                              A day ago

**It's a total scam**

It's a total scam. They take money and they don't renew domains. I tried to renew my 2 domains and after week still no answer. My money was taken .

Date of experience: May 30, 2023

**The Trustpilot Experience** ★

We're open to all                    ⌄

We champion verified reviews          ⌄

We fight fake reviews                 ⌄

We encourage constructive feedback    ⌄

File Name
https://www.trustpilot.com/review-epik.com-sort-recency-May-31-23-16-28-[1-GMT-0700-(PDT)_1.jpg

Hash (SHA256)
5ed532dca6bc42e426a57fae1feae4887e5efa6da58db5fc87e4d4f8d4542

Signature (PKCS#1v1.5)
577b535ba0a1b3e1b212f4979da1266b26dd8c6cb702067884a0c0ab5f8777bf25a27ce5a5fe7cc25e4ca46a42f5e446b7b6a2
2e89be20d877f8749e1e632080bec64d3a8f80a77237f25a721d6d9ea049e70cbe3f4ce94f2bfa704cff2cf1b2e67b5a22
4611c223bc1a87f004222dee41f072f52dab0f58cfdec10a76aee25e69758b0ccacb42a55e0e28040d3d525fde4c5
73e5c2e08f576c0f0285ecccab9bd3bea10afec0261054f876245c9b9e3e5ec7643aa58c9fb3dfde3f5a46c4c1ec1edf508da
76fcbc22dff97f

URL
https://www.trustpilot.com/review-epik.com?sort-recency

Timestamp
Wed May 31 2023 16:08:31 GMT-0700 (Pacific Daylight Time)



Advertisement

File Name
https://www.trustpilot.com/review-epik.com-sort-recency-May-31-23-9c-D8-31-097-0703-(PST)_2.jpg

Hash (SHA256)
f1c4ecb56fdeb7e7fd6eaccefab44487038edceb30bce56920bbe8447bc7720

Signature (PKCS#1v1.5)
9dd6e2e91a45a3ac10fe9342a2ca3fae909b2 be9e496cc933 1ecb2542bb50fa8f36edba1fec3d1a7fc600f15d042572
032cbd234431c53000125ee4796f4e82c2e42fe4fe4cebbbf04b692718e98f498daebe5d4c8bd56bba1849bc6f5e7f
24dc32b34e29631a6a9b4d6be341cfeabb3be7a56a795fea9f868ea4478 afba6bb4a9993e29b4c50541a4bbc232dr
1fa2eb26b98944ca82 bb64d0bd2bb9bc0469fd9a4f31d87740d6018337 bee1a82e094fcdd388b583cee954b8ad1e993
147fdf277 9e

URL
https://www.trustpilot.com/review/epik.com?sort=recency

Timestamp
Wed May 31 2023 16:08:31 GMT-0700 (Pacific Daylight Time)



**Rob Boyd**
30 reviews    US

★☆☆☆☆                                          Updated 6 days ago

**I am starting to think the business is permanently closed**

***Update***

I have tried reaching out thru email with no response, phone that does not go to
representatives, just an IVR Loop, and searched over all over their website for a chat
feature that does not appear to be there.

Contacting my credit card company for assistance.

Extremely disappointed with the response from this company, I started off using them
for everything including hosting but moved the hosting to another company due to
ongoing issues with service. Now the last few times I have attempted to register
domains with them it turns into day long or more waits for them to complete the order
or say they have been hacked and are having a big issue and to be patient. This will
be the last domain I registered with them, and I will begin moving them as they expire.
Invoice #***85348

**Date of experience:** May 22, 2023

👍 Useful 1        ⌯ Share                                          ⚑

**Zoticus**
7 reviews    GB

★☆☆☆☆                                          Updated May 16, 2023

**Unable to reach this business via email, chat-box or 'phone…**

Unable to reach this business via email as they don't reply. Call the number and the
message says to contact our world-class support via email or chatbot.

Calling the number for just a few minutes cost greater than £10 just to be told to send
an email to their worldclass support.

No replies yet from emails sent to support.

No one answers the chat-bot.
It's gone offline.

File Name
https://www.trustpilot.com/review-epik.com-sort-recency-May-31-23-15-06-31-GMT-0700-(PST)_3.jpg

Hash (SHA256)
ca1e50e22bd54c9ac66c5da4c91b6d1e49d4e5bac7cd10538502b2951294

Signature (PKCS#1v1.5)
17e7d77ca150e6bc27e6506cf44eb45e62c2e312a0edd124ceeca5e8e3707bbd41ee1a57ea1a6cc1675ae4097bd8ee0e5b37f12d5b22c2
14e6d75538e7b577d6f24bb56f8cd5ea85c4e6e5d5b8eba4c3f7d5d5ba5b5e9d9ec75a81ea2e2c5e5f5bd55b5f55a2eba5cda5bad
5c4b30256ed900ba994e90b81b87e40a8b900b5fe47e4a5a4b95100276c97a9ecce76a49cd0175253702654d3e88eb9
5c4b2024ef6ef

URL
https://www.trustpilot.com/review/epik.com?sort=recency

Timestamp
Wed May 31 2023 16:06:31 GMT-0700 (Pacific Daylight Time)



It's gone online.

If you have not already realised that this shady company may not be a sound business any more, please pay attention to the other reviews.

I've been with this company for many years and in the past it's been excellent.

But no more...

I strongly recommend that if you are able to, then transfer your domains to a safer business.
As soon as you can.

**Date of experience:** May 16, 2023

⬆ Useful 1        ⬠ Share

---

**JO** **Jack of Spades**
1 review · 📍 US

★☆☆☆☆                                            May 9, 2023

**Epik.com's a cash grabbing scheme**

Tried to register a few domains. It didn't go through. Another person registered one of them using NameCheap.

Sent them a few emails asking what was up; no reply, for days on end. I had to contact their abuse team a few times so the support would take notice of my emails. They later said they were "flagged as spam".

Still, they took an awful long time to reply to them, much more so to fix the problems caused by their platform, which, as a matter of fact, haven't even been solved at the time of this review.

I've since changed registrars. Won't be doing business with them again and I recommend you not to do so either.

**Date of experience:** April 27, 2023

⬆ Useful 1        ⬠ Share

---

**Fazihuzzamaan Rasheed**
6 reviews · 📍 LK

**File Name**
https://www.epik/pos.com-review-epik.com-sort-recency-May.31-23-16.09.01-GMT-0700-(PCT)_4.jpg

**Hash (SHA256)**
21277a8bc0e4c066638 bfe41ce544faeac25cd fa95269f6e5c20aec6945272d9c

**Signature (PKCS#1v1.5)**
9e25b661bca4f6e7e37145b6b06f2cdaae40c7492c54ae267bca99ca9a2c0a5c46dc5781ee90acea9bfec1b78fed3a580c15012a93ac52639e55b2ba5fef5dce2a5de9f26234f2f003fb02faca07b42be3ccdb46890a4cc655f7062c77b9b02cefdba05dba9ea
475f670444a6a2b12cec960bf6dda8a4e9d6ae0f2693dcbb70adff0c6eb96387fbcc917bbc9b2a0f50c2d13e1
c1e6b62d5ecf2c70bc4820f19c4522b6b1710d77e3236aba6dca0cd1ec6b23e3dcb25a509ca3b4f7ac0030dfcb342dbeef24f86b32bc70

**URL**
https://www.trustpilot.com/review/epik.com?sort=recency

**Timestamp**
Wed May 31 2023 16:08:31 GMT-0700 (Pacific Daylight Time)



May 8, 2023

**Good to worst**

After 3 or 4 years with them, Now i can see this company seems bankrupt after it's founder Rob Monster miss handling of it's funds as per namepros.com information.

Now they Not renewing domains no given refunds paid for renewals. Customers are in a hostage situation. Many customers have already filed cases against them. Never deal again. Get out all of your services asap.

**Date of experience:** May 08, 2023

Useful 1    Share

Advertisement



AN    **Anonymous**
1 review    US

May 6, 2023

**Epik.com is committing Fraud, Here's How to Stop Them**

Currently Epik.com is accepting payments to register and renew domain names but not rendering service. This mean your domain name will not be registered, and your domain will not be renewed until after it expires and enters the Grace period. For those who are having issues with Epik.com there are a few things you should do.

1. File a complaint with ICANN

2. Even more effective is filing a complaint against Epik.com credit card processor, letting them know services is not being rendered when you make payment. With enough complaints they will possibly shut down Epiks ability to accept credit and debit cards.

3. The most effective method is to report Epik.com to the FTC (Federal Trade Commission) via reportfraud.ftc.gov and inform them of Epik.com fraud

*Writing your complaints on NamePros isn't effective. Although trustpilot allow users to see feedback about a company it doesn't effect Epik.com from continuing accepting money. Complaining to Epik.com credit card processor can stop their

**File Name**
https://www.trustpilot.com/review-epik.com-sort-recency-May-31-23-16-06-31-GMT-0700-(PT)_5.jpg

**Hash (SHA256)**
c521c0673c4cdd93a6ef32f234ber9aeca3870feecc277635ec58ff0c40d9938e3a

**Signature (PKCS#1v1.5)**
0344094f6fdf507cc2a5afaba10d369a8eb30c1cc4bfe4b8ae957aa7e00b81edac3b69cd3940fd86a22b61b57fa21e54d973ba8b22
c0fdec46a97b61c3fc4b34ff91e9e1dad9ed9f8c25533aa02139a4f8786d4e3f61e97bd33a0a3
37f7f952e0b7c28e08f2ab40ca924e44bba1cb1c6bce4ac78f6d6f42e00e253a4e26aa5aca3d7ba56bd69a3f8e6bdeda1beee46de67c70c0a2bf31
c44b2a768e21706d43f80eff4c2ab43737c641c246bf60aafa4fabba62dacamerica9c0c52ce9bf6478
4491c5eed7

**URL**
https://www.trustpilot.com/review-epik.com?sort=recency

**Timestamp**
Wed May 31 2023 16:06:31 GMT-0700 (Pacific Daylight Time)



accepting money. Complaining to zphb.com credit card processor can stop their ability of accepting payments and getting the government involved are the best action you can take besides a lawsuit. good Luck!

**Date of experience:** May 05, 2023

👍 Useful 1     ↗ Share     🚩

---

See Trustpilot reviews directly in your Google searches

★ Trustpilot     **Get Chrome Extension**

---

**TP** TP-User
35 reviews     📍 DE

★☆☆☆☆                                    May 2, 2023

**Unfortunately not trustworthy anymore.**

**Date of experience:** May 02, 2023

👍 Useful 1     ↗ Share     🚩

---

**VI** Viljo
1 review     📍 GB

★☆☆☆☆                                    May 2, 2023

**before it worked well**

before it worked well. now feels like scamming. Took money, but no register domain. meanwhile someone else registered my name faster..

**Date of experience:** May 02, 2023

👍 Useful 1     ↗ Share     🚩

---

**CH** Chad

**File Name**
https://www.trustpilot.com/review-epik.com-sort=recency-May-31-23-16-06-31-GMT-0700-(PST)_3.jpg

**Hash (SHA256)**
1db516bcc20ef8c50816f775ef8aea90e60539c6cef3efe3f06360e43b1d9e734

**Signature (PKCS#1v1.5)**
323bc67b3240946c4a346b044b4a874669d29a2e1ad40ee5e5d5a93154f8fb2fff74d20c5f38a14c
284c8b26d634f892867123a65cee35f5679a7625073c53a5a40699c5a27a38ebac8030805e59787b07247e1fe
a3abf782c1ac6c669c2adc5449a23c5754d100473fbce9bc6d31b2e6a8adbccba16a577cbb4fddd41f20c8bb0f7cd4a
1c369f5a4f07d6bda431d435b21ea431c1f2b4524619eec8beefb6ce009c25ca422399c1d7a0590c74730ecfec6bced3
3cf657a6b09c

**URL**
https://www.trustpilot.com/?sort=recency

**Timestamp**
Wed May 31 2023 16:06:31 GMT-0700 (Pacific Daylight Time)



1 review   US

Updated May 2, 2023

**Weeks to register. In-Store Credit for Unfulfilled Orders.**

Paid for new domain registrations 2+ and 3+ weeks ago. Gave up waiting and used another registrar because I didn't want to risk losing the domains. I believe they issue In-Store Credit (still waiting) for unfulfilled orders. Not sure if they'll refund the money via original payment method, so I may be out a few hundred $$$.

Date of experience: April 29, 2023

Useful 1    Share

Advertisement

**G N**
1 review   UA

Apr 29, 2023

**Scammer Brian Royce**

Mr. Rob Monster,
please release the scammer, criminal Brian Royce and restore Epik's reputation. Rebuild affiliate cryptocurrency exchange amplify.io

Date of experience: April 29, 2022

Useful 1    Share

**Waseem**
3 reviews   JO

Apr 29, 2023

**Do not recommend**

Date of experience: April 29, 2023

File Name
https://www.trustpilot.com/review-epik.com-sort-recency-May-31-23-8x38-31-GMT-0700-(PDT)_7.jpg

Hash (SHA256)
ccfa33b502cdfa1bdc34cbc73cdeccba8f8be780b4ea9483b424d9258109805

Signature (PKCS#1v15)
0eb01be7038024f73e7ac2921fd17a66aaa9b9b2017907ee4361dcedfb4009346d336c137825b0ba2e0a608b157a15e1
c59ef2c2c2f5cdc7ebbf58eec5ecd4e947e22f13dd4bc0d7c53734b8cac22f2e7a946bee645f5d1f977baaea43c3c8f2a8a2feeb3
29a7accdd5fda1e1a7562d59e71e9e6bf045b0d57b471f94f632c4c7e7772c4e2f4b7ca25b7b65a2733fb32fc528b5b4bb27e7b458
e2ba062bcca4d4fae40a9bbc561e13d4ef85af3a0f068c5ec7254fa783352312abbaeeb2a1b5f6cc749a47ee5a52b548bcd8bcbe74f8
b3a2637 be541f09

URL
https://www.trustpilot.com/review-epik.com?sort=recency

Timestamp
Wed May 31 2023 16:08:31 GMT-0700 (Pacific Time)



👍 Useful 1    ⬢ Share                                    ⚑

---

**j**   **jakiya sultana**
        1 review   ⊙ BD

★☆☆☆☆                                              Apr 29, 2023

**Horrible experience with EPIK**

Horrible experience with EPIK and customer support.

They are taking me more than 3 weeks to renew domains and customer service is
very poooooor. If you have any domains in Epik I suggest you transfer to another
register.

Date of experience: April 29, 2023

👍 Useful 2    ⬢ Share                                    ⚑

---

**D.**   **D. Smp**
         1 review   ⊙ SE

★☆☆☆☆                                              Apr 28, 2023

**Terrible Experience at Epik - Beware!**

I had an awful experience with this store. They charged me without successfully
registering the domain I requested. When I reached out to them, they told me they
needed to "investigate" the issue. After waiting a week with no resolution, I decided
to register my desired domain through a different provider.

It took another week for the store to respond to my refund request. When they finally
processed the "refund," they only provided me with in-store credit instead of returning
the money to my original payment method.

This store has clearly deteriorated from its former quality. I am extremely disappointed
with their service.

Date of experience: April 28, 2023

👍 Useful 3    ⬢ Share                                    ⚑

Advertisement

File Name
https://www.trustpilot.com/review-epik.com-sort-recency-May-31-23-16-08-31-GMT-0700-(PCT)_8.jpg

Hash (SHA256)
ba7cfd7bf755dcc22cd9a8ad2ba9bbaf4bcfa1073b42b48e2c8c960e3bb

Signature (PKCS#v1.5)
039b570c3f9ba2c6ca1754f0c62ad6cc7a1e0cfeff7598b58322c42e20738c19c235dedaa336c59e35894ec82c7b
f285cc72eca59fae51aeb6e23d4e57a7cd523e25c45accdce2ba78ba84224f9e3f8bed6bead26b6f9ad268ec53b7c56a5fd48dc
cdd2dd4e1206b83330f4472dc08cdb0cb4d6ce2f85cce895ce562ddaa05c9dec37306256ad7b46b50e590c098ad0b964
a14c0521823fa4f99a4f5812c264f0d03ba623cc725dc0c2fac60a2b75dc14be4a72b8f67149366196be9bce12011252c294
cd4a6003e6fa

URL
https://www.trustpilot.com/review-epik.com?sort=recency

Timestamp
Wed May 31 2023 16:08:31 GMT-0700 (Pacific Daylight Time)



**File Name**
https://www.trustpilot.com-review-epik.com-servicemcy-May-31-23-15-06-31-GMT-0700-(PCT)_5.jpg

**Hash (SHA256)**
b3d564bd1b505a011c7bee72dee5eac4442cb451a3d9ca6775691ac77c1ea9

**Signature (PKCS#v1.5)**
325b06ed4ebfe32be0c3d57ddad565c5c3b2adda50863765b2d453258c6a19faa7f556a63fc4c722d1826799944835
6427abd4d672f449b586c55ce52b68ce499c6b50872dc708b25c6a22ec46c262125cbbaccc284e049560d5
f5c14f5215baee44ec37a762001ec541a21c756eb222c5313be4a49dff277d64b645d43cc6d5cda95a3e0e1a7a59f50c1d
8ce4c1baa5eea99a7f9f9ac56e6a34d01f9d44a4e75e10db7275d5287a05e7a9ce3f7321d3fcd38a2e54c1f8c7a86fa2
1cb486d9b2b30ea7f960590f3ae2f548bb1e03fd63ea75b7e1f4d631525af9e7d1f3105b23083be38cc241239
24e783b4826c

**URL**
https://www.trustpilot.com/review/epik.com?lest=recency

**Timestamp**
Wed May 31 2023 16:08:31 GMT-0700 (Pacific Daylight Time)





© 2023 Trustpilot, Inc. All rights reserved.

**File Name**
https://www.trustpilot.com-review-epik.com-and-reviewy-May-31-23-15-06-31-GMT-0700-(PCT)_9.jpg

**Hash (SHA256)**
e17e2385cee9a6be5e5295d3aee7f2128b0a86861f26c5099cad50b3cf0f56

**Signature (PKCS#1v15)**
5d410412bc7d5b198eccbe0341280c240f38ce44248000a1c1e7cab3378253c2214dee3e469125f0d0e2e79b6486008999
c038cf5248ec79a9ce3d0d68236a74dc54ec4b7ff95324b1b547a3b0a123a1c7c0345a814447edcea04a22eb98fa527
63146a91ad347948c6526f40acf66e86e5f437840ef8079b7180ba31f36c8df50fac9b28e7f4c4ed44fe7d09574067288200
54c69209 cefa9a0df8b5632bcfbc7b097e23355d1a6f622f49e0acc7f8b6a2eeca7057b45e52bf91c16cfa150c2f08d644235
f4639e764foc

**URL**
https://www.trustpilot.com/review/epik.com?sort=recency

**Timestamp**
Wed May 31 2023 16:06:31 GMT-0700 (Pacific Daylight Time)

Exhibit I



File Name
https://www.trustpilot.com/review-epik.com-page-2-sort=recency-May-31-23-16-09-29-GMT-0700-(PST)_0.jpg

Hash (SHA256):
a5106ec2ef7bff30cef92feef7358f6ea1b27457e652a75c723e6d84f262a

Signature (PKCS#1v1.5):
577b4d22e4460a0eecca954426babfdd427b423604f0d52b8b2a9d58d93d7aa726f0658194b2c653a7e747816e2e6327f2bf92
840256490ee7bc3e55b4e5b0e2aef71c50860a4da5500f0eebb66aa3501953eafe19af9b5e5d1cda4e69ae98c550c51c2
41bebca0598a51e36fe3d35ec3a8072825bc52b6dd447e752ce7a3d24cda9f0bca53a8ee1e8b13ad19491f0dcea5
8fba7af5fec746bca4487064eea28d4ad8ed862d3177bda04006beb93759fce519523f5f8f58b01c5aa17f6c5494bb7a
cbbec6b0b57b77a6be9e7be47648eb755895fb76da2ec3d803427e4f0e07ff6005f06896b5f395da4c06b9ed7a4d2a2e
23dd03fb20



register again from them.

this people are complete scammer. They took money for renewal and refused to honor it for more than 3 weeks. I regreted not transferring this out. Now the domain is in grace period , i know they want me to loose it. Never do anything with them, please.

Date of experience: April 18, 2023

Useful 3    Share

Advertisement

**JD**  Jeremy D.
2 reviews   CA

★★☆☆☆                                                    Apr 17, 2023

**Their prices are now mediocre and…**

Their prices are now mediocre and goodwill gestures (e.g. waiving restoring fees) are now a thing of the past under new management, even if you've registered hundreds of domains with them.

Date of experience: April 16, 2023

Useful 2    Share

**A.**  A.N
1 review   SA

★☆☆☆☆                                                    Apr 12, 2023

**Becareful They are scammers**

Becareful They are scammers. They have stolen many customers last 6 months via Masterbucks
Unfortunately, I was not aware of this until after they have not send me my money to my Paypal account for a week
read this thread at namepros forum ( The fund can't be withdrawal from Epik. com via Masterbucks wallet
)To see the opinions of people who have been robbed of these scammers

### About Epik.com
Information written by the company

Epik is a full-service registrar offering Domain Names, Shared Web Hosting, WordPress Hosting, Escrow Services, Domain Marketplace & more with Legendary 24x7 Customer Support. With a focus on free speech and privacy, we are the leading providers of integrated domain management and development solutions that scale from startups to enterprises. #BeEpik

### Contact

support@epik.com

+1 (206) 826-2345

98004
Bellevue
United States

### Categories
Cloud Computing Service
DNS Provider
Escrow Service
Internet Service Provider
Web Hosting Company



The Trustpilot Experience

We're open to all

We champion verified reviews

We fight fake reviews

We encourage constructive feedback

File Name
https://www.trustpilot.com/review-epik.com-page-2-sort-recency-May-31-23-16-09-09-GMT-0700-(PDT)_1.jpg

Hash (SHA256)
f6d727e3a155464c48bc776f2fe655afbe9407feca95cf48a565cccaea65ea57

Signature (PKCS#1v1.5)

URL
https://www.trustpilot.com/review-epik.com?page=2&sort=recency

Timestamp
Wed May 31 2023 16:09:09 GMT-0700 (Pacific Daylight Time)



Date of experience: April 01, 2023

👍 Useful 2     ⤴ Share

**Luigi M Vigna**
1 review   📍 IT

⭐☆☆☆☆                                     Apr 7, 2023

**Brian Royce - The new Epik.com cancer**

Here's Luigi from DomainEmpire, the group who lost about $1.5M when Rob Monster stole our funds last September and refused to refund us with multiple fancy excuses. We had most of our funds converted in BTC and hosted at Masterbucks but last October 2022 they've fraudolently converted them to USD and moved the balance to the corresponding Epik accounts (we've funds under 4 diff. accounts there) w/out asking for our previous authorization.

Recently we started using such funds to register/transfer few useless domains to Epik just to spend a bit of such liquidity but wow ! Yesterday evening another surprise. They've moved again all our funds from Epik to Masterbucks again w/out asking for our authorization nor with a single word of explanation from their side

Another important news to report is the promose Brian ROyce did last December to cover in full their debt towards us in January and asked us to wait patiently ... We did so but today (after 4 months) still no refund and no news from these scammers.

Just one word: Stay away forever from Epik or you'll loose all your funds and probably your domains will be at risk as well.

I've added a screenshot of one of our account balances at Masterbucks (we've other 3 accounts with a lower balance).

Date of experience: April 06, 2023

👍 Useful 4     ⤴ Share

**Patricia T. Myers**
1 review   📍 US

⭐☆☆☆☆                                     Apr 2, 2023

**Stay Off Epik at all means .**

We verify companies and reviewers ⌄

We advocate against bias ⌄

**Take a closer look**

File Name
https://www.trustpilot.com/review-epik.com-page-2-sort=recency-May-31-23-16-05-29-GMT-0700-(PDT)_2.jpg

Hash (SHA256)
5dbcbeb2cce34dcbaeb955bc7adc7f6d5be76cc769467256837c6949af6e

Signature (PKCS#1v1.5)
21e1e1751eee3f0ef3e46e2f4076d4efc2566444dfd3fb94ff27a0e4a6cda0da4be45ec82fba4620b2595
4794eb4eb1d72b5d1dedb928864dbf282e2ee58c67389e44ec62af4550f60e67ec75b476fac7fd4ac176a8bbcbbd5953b
53450c3fef46e09b22360f129bf1436fdc6fde44b85d74b17867fbe5ee4136de8fa9d6c8e9e5a00d9e2
406b4de67d2042ee5854a60a33ac42b2553da65937fe4e47074c4ab13516a651c5e49a4c9f03615a09c29b8eae1
7920e43013fb5315c54351c5c2a30c2a5f80ec6542464e00044e4e21a25e9ec344628c26a14015c79c5fcb0c239c26a5d
47c14c44af40

URL
https://www.trustpilot.com/review-epik.com?page=2&sort=recency

Timestamp
Wed May 31 2023 16:05:29 GMT-0700 (Pacific Daylight Time)



Stay Off Epik at all means .

I never thought I would be the victim of an online scam, but it happened to me. I was devastated and didn't know where to turn. That's when i found Tesoyplus . com and they literally saved me from the scammers. They were professional, knowledgeable, and worked tirelessly to recover my stolen funds. I am forever grateful to them and highly recommend their services to anyone who has been the victim of online fraud. Don't hesitate, contact Tesoyplus .com today and let them help you get your life back on track.

**Date of experience:** March 31, 2023

👍 Useful 2      ⤴ Share                                    🚩

Advertisement

---

**JD**   **John Doe**
         1 review  📍 DE

⭐☆☆☆☆                                         Mar 27, 2023

**Epik is withholding funds**

Paid for a service via PayPal. Epik fails to provide the service for 3 days. I requested a refund. Epik refunds IN-STORE CREDITS. My request to send back the money via PayPal was accepted by Epik. However, I am waiting for them to actually send back the money for 3 days now.

**Date of experience:** March 22, 2023

👍 Useful 2      ⤴ Share                                    🚩

---

**AL**   **Alex**
         1 review  📍 RU

⭐☆☆☆☆                                         Mar 24, 2023

**They take the money and don't register the domain**

I've replenished my account to buy domains.
The first thing I did was buy a .com. The money was written off from my balance. But the domain did not appear in my account.

File Name
https:wwwtrustpilot.com-review-epik.com-page-2-sort-recency-May-21-23-16-09-25-GMT-0700-(PDT)_2.jpg

Hash (SHA256):
7afebb4efbce57c9526c7adf97be088f8b56dbe25efe76d477bece5e5efa9f66d

Signature (PKCS#1v1.5):
57a20bea77bf6ee15c725b38909e2d23abbfe9ebef6ee39d0f749dc5a3be8bd67a1c04c4b0c257ce6bdebd43a79efa2e8
600850105c7ec147a606e0f7cbcc3c3ceae3c749ee0abbe22592f29c80e4f03e0c342fa1c774bf682c0b0548807fff48ebeb
1799502cef46dce0f3730e53db1c47f6bda5457bac0761f52c63fc68c180c432ec51bc8dea5282be2e3f4c74a4fd8be6eadcd
acbc74b8eae12faa5bc7036cca47f728849ffac1ef4e69fdec49deac5a2db69fb0427ce8511c704073cfa5efe5fa359fbe8c0bfee
eb5f41a0c67a

URL
https://www.trustpilot.com/review/epik.com?page=2&sort=recency

Timestamp
Wed May 31 2023 16:09:05 GMT-0700 (Pacific Daylight Time)



the domain did not appear in my account.
I wrote to the support team. They told me that they have "temporary problems". And the domain will be registered very soon. But they could not say when exactly. Remember that the money they wrote off from my balance sheet!

The next day I registered a domain in the zone .org and the situation repeated.
I've already paid for two domains, but none of them are registered.
Nowhere on the site is information about what they have. This is a fraud of users!

Date of experience: March 21, 2023

👍 Useful 2      ⇄ Share                    🏳

---

**MA**   **Martha**
1 review   📍 US

★☆☆☆☆                                    Mar 16, 2023

**Epik.com Worst (zero) help ever--waste of time & money.**

Epik.com delivered the worst user and product experience I've ever had with a dot.com business of any type in over 25 years of buying from dot.com businesses. I purchased a domain name from them. I now cannot get access to it or transfer it to another registrar--and they are USELESS providing help to fix the problem.

Date of experience: March 16, 2023

👍 Useful 1      ⇄ Share                    🏳

---

**Denys Demchyna**
2 reviews   📍 UA

★☆☆☆☆                                    Mar 9, 2023

**Epik blocked my account with 10800$ on it**

Hi,

My account on Epik is blocked.

On my balance I have $10 800 which I have not been able to withdraw since October.

1. I have written dozens of letters to Epik Support, but the only answer - "please wait".
2. Tony several times guaranteed me that he will help to withdraw my funds! But for

File Name
https://www.trustpilot.com/review-epik.com-page-2-sort-recency-May-31-23-16-09-29-GMT-0700-(PDT)_4.jpg

Hash (SHA256)
cceb6d07519b27b423147065468bebe7e9d051b7fce50f02d44872fba4693586f

Signature (PKCS#1v15)
2e0522879bbd6530c23fe5278cde76bbef50360d7c0e0deac0e570ed658bbe1fce4 a6ee0ad56d7b206d49f5a522443e2a2a4fbc6b6502b570ead55a43e90c27b2c49745a444f8fb996d88040b2f04fe2acbf3c9e08a8a5 e55e7e3356065219a6ec1f581287274a66a5b8ed4a3faf85ba4dc402e4cd90aec05 f0e177e1b0b895f4e949524dce9dbbef4a6b0055a1a2b53c5fc3fcd2417b20d97c c5d753f9e6e3f39aa5647aeb2a0f1867eddec752f424623461ba3e8bbc9e0987a5 9ced7be2

URL
https://www.trustpilot.com/review-epik.com?page=2&sort=recency

Timestamp
Wed May 31 2023 16:09:29 GMT-0700 (Pacific Daylight Time)



now he does not work in Epik anymore.

3. I have called Epik Support but now there are only robots answering my calls.

In December, when it was still possible to reach them by call, the Support advised me to withdraw my money by selling domains on Marketplace with losing 9% commission, to another person, so that person will have the possibility to withdraw money by Masterbucks wallet. I tried to do this with a friend of mine, but after they blocked our accounts.

Epik is the worst and unprofessional company I have ever worked with. They received my money, did not give me any opportunity to withdraw it, gave advice and tips and then blocked my account.

**Date of experience:** February 28, 2023

👍 Useful 3        ⇗ Share                                    ⚑

Read 1 more review about Epik.com ⌄

Advertisement



JO   **John**
     3 reviews   📍 US

⭐☆☆☆☆                                              Mar 4, 2023

### 30 days after we sold a Domain Name via…

30 days after we sold a Domain Name via Epik.com they still have not sent us our money. Still giving us the run around game. The escrow money was not for Epik.com to hold and use. We will take legal actions to protect ourselves and others against this abuse of the escrow business model. They have not paid us and continue to screw others in the same way. Seems to be a Ponzi scheme our kicking the can down the road BS. We may seek a Class Action as well. Contact us if you are a victim of Epik.com as well. If your are an employee of Epik and are a part of this scam, you are part of a crime and will be held accountable.

**Date of experience:** March 04, 2023

👍 Useful 2        ⇗ Share                                    ⚑

Read 1 more review about Epik.com ⌄

File Name
https://www.trustpilot.com/review-epik.com-page-2-sort-recency-May-31-23-16-09-09-GMT-0700-(PST)_3.jpg

Hash (SHA256)
a7c4c2b456047252385a80c673d6d4d93eecef37e7059e224e94e2c6dca13e

Signature (PKCS#v1.5)
1cccf546347fc5c411fc2a662cbc9e940a4d566a71caac378006c82eee030319f27979c086d4dce4ce28b5151a3
939fa4a8ca0cbf8f650fca5e9cce77deeee4ee1b7a9a26b4a0a1aee520ee7fb64986d9b75f0a2277dde9a3f67dbfe
f92f14d47ed92655520d951a57fa2a552ccba1a5f4f5beea22c14bf02ffb3e49a6db74cce7f5bbcad82270e63e5e
e82e41b2d18e494d6576ebd47e1b1fdf
e52f143a646b

URL
https://www.trustpilot.com/review-epik.com?page=2&sort=recency

Timestamp
Wed May 31 2023 16:09:09 GMT-0700 (Pacific Daylight Time)



File Name
https://www.trustpilot.com/review-epik.com-page-2-sort-recency-May-21-23-9h39-09-GMT-0700-(PST)_6.jpg

Hash (SHA256):
674daccfbe4fdc57d3fdb40b7bd1fac9b855887bc47bb74aa44beeb3dd2f5272

Signature (PKCS#1v1.5):
4ae524a4bfe6b8ea7a32e66bee69a03aa6adcc27f4ed0177fe8c621ee642124f7825ce60bd2c7ace06bc7629b4bea435a423
fae913d1ddaecd341bec606fdb6026cbd3404edd9fbdfa3d84ae1783f65eec38bb402ea6d1760ae849adde48bcd1cfee4dd3e23
8ad27052ce89ccaee56bea99f7561a58fe99f4f47ee44da42b8bc2826c3eeec3e51457d8be745f6f2feb49e95aec71156fd81632677f
eee3ef6acded52f36f251a052812fice254fb453939e09ebe9a80a00fae9556c50f4ed3215852fce0887f42daf644a1235c74
e2c5042444ecc27f7cee714fc1fdcc254597b7833fedfe4f27fd48d74cef6d4ad562ce3384fba0fecd30fe355ecdd824dccb5
4b2dd904446

URL
https://www.trustpilot.com/review-epik.com?page=2&sort=recency

Timestamp
Wed May 31 2023 16:39:09 GMT-0700 (Pacific Daylight Time)

**Paid for domains. Never turned up.**

Custom support ignored me and I actually paid for one multiple times thinking my payment didn't go through. No refund or contact.

**Date of experience:** February 15, 2023

👍 Useful 2      ⌁ Share                                                  ⚑

Advertisement

KE    **Kelby**
      1 review   ◎ NL

★☆☆☆☆                                                          Feb 15, 2023



**Blatant fraud**

I cannot discourage you enough from using this registrar.

I bought three domains from Epik's marketplace. I didn't receive any of them because of a problem on their end. I then requested a refund. After a month of waiting, I began contacting customer service almost daily asking about where my refund is. Eventually I was refunded for the transfers failing, but not for the actual domain purchases. I then started asking to be refunded into my original payment method, and didn't hear anything for another month, even though I was promised that I would hear back within 24 hours. Also, I had to agree to a "convenience fee" if I wanted a refund in my original payment method - the inconvenience being all mine.

After contacting customer service again, I was finally refunded, in store-credit, for the domains I bought. Once again I requested a refund in my original payment method and after one week of waiting for any kind of reply, I decided to just use the store-credit to purchase a domain. On that same day I was "conveniently" contacted by customer service and told that since I spent my store-credit, no refund will be coming my way.

Have I received the new domain I spent my store-credit on? Nope. I also haven't heard anything back from customer service. Again.

Epik has moved from being a domain registrar to a company that systematically defrauds its own customers. If you have the misfortune of having to deal with them, at least use a credit card so you can file a dispute with your credit card company when you will inevitably be scammed for your money. Luckily, I'm only out $60, others have

File Name
https://www.trustpilot.com/review-epik.com-page-2-sort-recency-May-31-23-16-09-09-GMT-0700-(PDT)_7.png

Hash (SHA256)
bc5253186c2574f750e6e5dd2c6667763d0f0423490340f3301fb3bb8485a30

Signature (PKCS#1v1.5)
03bcb7a74d4c4b77dc346f6e9a8526d0457b04d0c3c1ecd6c2c86e35982c2d
33e00ea04ac8842a19585e595bab378baae737f8b37f7dc9aaca4386e28e2dd
93a061d9dafcba3ce99b2402ec62fc1238459543eeacd604bf0f9b0fc
eb0a4f3190e9f60

URL
https://www.trustpilot.com/review-epik.com?page=2&sort=recency

Timestamp
Wed May 31 2023 16:09:09 GMT-0700 (Pacific Daylight Time)



...lost much more.

Yes, Epik scams its own customers. They will not provide you with the domains you purchased, nor will they refund you when you ask for your money back. Consider yourself warned. I, for one, am moving my domains to another registrar. If you live in the U.S, I suggest that you contact the authorities when you get scammed. This is blatant fraud, and I urge you to stay away.

Date of experience: February 05, 2023

Useful 3    Share

**Ed**
1 review    US

★★★★★                                Feb 15, 2023

**Happy with Epik**

One of the agents, a gent named Bruno, has been the most helpful of all the folks I've interacted with at epik.com. I moved my businesses to epik.com from another service provider and find this platform to be significantly more stable overall. I'm glad I made the switch and it agents like Bruno, who are not only competent in his knowledge base but also very patient and highly professional in doing his job.

Date of experience: February 15, 2023

Useful 1    Share

**AJ**
8 reviews    CA

★★★★☆                         Updated Mar 23, 2023

**Sold a domain through here**

Sold a domain through here, they sent money to masterbucks, been about 3 weeks and payment to my bank is still pending, they don't reply to support at masterbucks.com and it looks to be a scam company, should be prosecuted both this epik which has their logo on it and masterbucks. Edit just got paid, took 3 months for some reason???

Date of experience: February 05, 2023

File Name
https://www.trustpilot.com/review-epik.com-page-2-sort-recency-May-31-23-16-09-29-GMT-0700-(PDT)_8.jpg

Hash (SHA256)
a7cead640b7af380200a8d70c5bdebfc6afbaafd7dcf65f9503f02

Signature (PKCS#1v1.5)
....

URL
https://www.trustpilot.com/review-epik.com?page=2&sort=recency

Timestamp
Wed May 31 2023 16:09:29 GMT-0700 (Pacific Daylight Time)



👍 Useful 2      ⌁ Share

**nir fartuk**
1 review    📍 IL

★ ☆ ☆ ☆ ☆                                    Feb 5, 2023

**Don't even think using Epik service!**

Save your money and time. DO NOT use any of Epik service!!!!

I sold my domain 5 month ago using Epik domain escrow. My domain was sent to the buyer but until this moment I didn't receive my money ($20K!!!). I had a call with new CEO Brian where he admit that thing are messed with the previous owner Rob. Some say he ran away with a few million dollars.

They not return to my emails and have this India guys to take care of support without giving any real answers. This Company is a complete joke

**Date of experience:** January 01, 2023

👍 Useful 4      ⌁ Share

Advertisement

**Dave**
20 reviews    📍 EC

★ ☆ ☆ ☆ ☆                              Updated Feb 3, 2023

**BEWARE - EPIK IS TERRIBLY UNETHICAL**

Epik has turned into a horrible, dodgy company. In my case, they quickly locked me out of my domains that passed the renewal date just some days and put them in their REDEEM section, where they go trying to charge stiff fees. They DO NOT CARE or HONOUR the LEGAL FACT that you are within the legal time frame to transfer your domains. They kidnap your domains by simply refusing to provide the AUTH CODES so that you can not transfer your Domains. Never mind what. This is highly unethical and goes against ICANN policies. BEWARE WITH EPIK - HUGE RED FLAG.

**Date of experience:** February 02, 2023

File Name
https://www.trustpilot.com/review-epik.com-page-2-sort-recency-May-31-23-16-09-29-GMT-0700-(PDT)_9.jpg

Hash (SHA256)
9a8e433bfe5b49a57ba76e8cc79f0afdfc37e359f1e424a2a46a23e5a3d4f0b2

Signature (PKCS#1v15)
0589dae57f4cad5c627f83b900e1ec5bc9a4e5e0f173adc51edaad5d8239b2e2f9aa5ef86e2de4ca72c3a0e9ce6bc20d713e5739f345bbc4dae98bd250fec72a737bab31ebd81f6084f9d33e4b18cbe1f4da5e13cd5ce7fb82ee88d6aadc3dba06d914d1e67da6e1bd012a5a8d2107bd52047865be52636e8bac5a310b53448eaffb8baea06e0b5d6d1f37afe2594ba68bb8d6886e1a21086d14bd980eac28432a2bd46fde627f

URL
https://www.trustpilot.com/review/epik.com?page=2&sort=recency

Timestamp
Wed May 31 2023 16:09:00 GMT-0700 (Pacific Daylight Time)



👍 Useful 3   ⌁ Share

**DH**   **Dave Hill**
3 reviews   ◷ US

⭐☆☆☆☆                                    Jan 31, 2023

**Epik lost 4 paid domain registrations**

I made four very important new domain name registrations over the course of a week. Epik took my money, sent me invoices marked "PAID", showed the domain names in my account, but never actually followed through with the public registration. The domain names were left publicly available.

A week later the domains were registered elsewhere. I contacted Epiks legendary support about where my domains were, Epik sent an email saying the domains were no longer available and that they would be keeping my registration fees and giving me store credit. Then they stonewall all questions about how my Epik registrations had priority by nearly week and if they could do anything to recover my domains.

I understand they are broke and unable to pay debts, but not following through with basic domain name registration is a new low even for them.

"Epik - the domain registrar that doesn't"

**Date of experience:** January 21, 2023

👍 Useful 2   ⌁ Share

Read 1 more review about Epik.com ⌄

**AS**   **Aman Saifi**
12 reviews   ◷ IN

⭐☆☆☆☆                                    Jan 15, 2023

**Scam scam scam**

Scam scam scam. They do not pay escrow money.

**Date of experience:** October 04, 2022

👍 Useful 2   ⌁ Share

File Name
https://www.epik.com/www-epik-com-page-2-sort-recency-May-31-23-18-09-29-GMT-0700-(PDT)_01.jpg

Hash (SHA256)
2994572faa576470cbe4e0b64e60ab0f6f64c6ceff5a2e532679c4e63a2eca1

Signature (PKCS#1v1.5)
1eeb9ebb2be53057f0fe6b4e5c5e9b8cebc5bec4e2368c7c052770d4b96247234d8eab5e22ecc298f9a30e6043e42c25eac46a773
beefae aeebeaceff8ee35eddde4e20f43acb555e96787e5edd3f557c0e466e1f769f03f0556970947b9de89ac6cd4
18acb75ace8c78e7987fce4eeccb327ce32a27b9629 f7bf8f4a237e7dbbac2ea66f51fb6dd74ad122d6b5c69e4a661c12e9f09eab9f07
ae99b3a52cae07e0842c6c6e37e9e8a9aac5e31f2e6a74743e9bac8a3e9a67d07 f4ce5a8c8f0cb88a26e63 f6a4be9b2f6e61eae
1c3ae285bfcb449c4b73d2cdf0f03ff2f202e909f6c77aaed6be5e85cefe60ceab798748ce77f3e41151593412ab4fbe7ffe9fa3
c24ee2404b46c4

URL
https://www.trustpilot.com/review/epik.com?page=2&sort=recency

Timestamp
Wed May 31 2023 18:09:00 GMT-0700 (Pacific Daylight Time)



File Name
https://www.trustpilot.com/review-epik.com-page-2-screenshot-May-21-23-9h-09-00-GMT-0700-(PDT)_II.jpg

Hash (SHA256)
1e4e4a5ce7a627f0c1cad95b0569be25e2aac22492244683c1303e0ad923c

Signature (PKCS#v1.5)

URL
https://www.trustpilot.com/review-epik.com?page=2&sort=recency

Timestamp
Wed May 31 2023 16:09:05 GMT-0700 (Pacific Daylight Time)

Exhibit J

# Marcelo, Christian W. (SEA)

| | |
|---|---|
| **From:** | Brian Royce <b.royce@epik.com> |
| **Sent:** | Tuesday, April 11, 2023 10:30 AM |
| **To:** | Marcelo, Christian W. (SEA); Andrew R. Escobar <aescobar@seyfarth.com>; rob@monsterventurepartners.com |
| **Cc:** | Perez, David A. (SEA); Harkness, Brooke (SEA) |
| **Subject:** | Re: Adkisson v. Epik, et al. 2:23-cv-00495-MJP |

We have engaged Andrew to represent the company. He is out on spring break until Monday. No asset sales are pending at this time.

---

**From:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
**Date:** Tuesday, April 11, 2023 at 11:44 AM
**To:** Brian Royce <b.royce@epik.com>, Andrew R. Escobar <aescobar@seyfarth.com>, rob@monsterventurepartners.com <rob@monsterventurepartners.com>
**Cc:** Perez, David A. (SEA) <DPerez@perkinscoie.com>, Harkness, Brooke (SEA) <BHarkness@perkinscoie.com>
**Subject:** Adkisson v. Epik, et al. 2:23-cv-00495-MJP

Mr. Royce, Mr. Monster,

As you know, we are counsel to Mr. Adkisson in his recent lawsuit naming yourselves, and the Epik entities you own and control ("Epik") as defendants. It has recently come to our attention that Epik may be planning to sell its assets in an apparent effort to avoid repayment to creditors, parties that entrusted Epik with "escrow" funds, and judgment in these proceedings. Such a transfer would be unlawful and a basis for Mr. Adkisson to seek immediate injunctive relief.

We would like to confer on this issue at your earliest convenience. Please provide a few times this week you, or your legal counsel, are available to confer.

Best,

Christian

**Christian Marcelo** | **Perkins Coie LLP**
COUNSEL
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3315
F. +1.206.359.4315
E. CMarcelo@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

1

# Exhibit K

**Marcelo, Christian W. (SEA)**

| | |
|---|---|
| **From:** | Escobar, Andrew R. <aescobar@seyfarth.com> |
| **Sent:** | Monday, May 15, 2023 11:22 AM |
| **To:** | Perez, David A. (SEA); Marcelo, Christian W. (SEA); Rob Monster - MVP |
| **Cc:** | Harkness, Brooke (SEA); Hulteng, Meryl A.; Kelley, Jason; Hyatt, Heath (SEA) |
| **Subject:** | RE: Epik/Adkisson - Notice of intent to seek TRO |

David,

Thank you for your email. Either Mr. Monster misspoke or there was a miscommunication between you two, but to reiterate what I conveyed to Christian on Friday, there is no deal at this time and thus there is nothing to enjoin. Epik is endeavoring to try to reach a transaction that would require its two secured creditors (JJE and TVT) to agree to less than what they are owed and that would include a pool of money to be set aside to pay unsecured creditors, including your client, with the goal if possible to have a payment made to your client directly from the sale proceeds of up to $330K in exchange for a release of all claims. If this can be achieved, this is more than the $307K in principal that your client is owed after the $20K payment that was made to Mr. Adkisson a few months ago. If a deal does appear to be achievable, Epik is willing to put you and/or your client in touch with the buyer.

Quite simply, there is no basis for your client to seek a TRO.

Best regards,

Andrew

Andrew



**Andrew R. Escobar** | Partner | Seyfarth Shaw LLP
999 Third Avenue | Suite 4700 | Seattle, Washington 98104-4041
Direct: +1-206-946-4968 | Mobile: +1-206-419-0239
aescobar@seyfarth.com | www.seyfarth.com

**From:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Sent:** Saturday, May 13, 2023 10:20 AM
**To:** Escobar, Andrew R. <aescobar@seyfarth.com>; Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>; Rob Monster - MVP <rob@monsterventurepartners.com>
**Cc:** Harkness, Brooke (SEA) <BHarkness@perkinscoie.com>; Hulteng, Meryl A. <mhulteng@seyfarth.com>; Kelley, Jason <JKelley@seyfarth.com>; Hyatt, Heath (SEA) <HHyatt@perkinscoie.com>
**Subject:** Epik/Adkisson - Notice of intent to seek TRO

Andrew, Rob,

Our client is very concerned, and with good reason, that this so-called asset sale will serve only to transfer the valuable assets of the company to a third party, leaving it unable to re-pay

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

consumers like Mr. Adkisson, causing irreparable harm. We are also concerned that, by definition, what the company is now selling includes assets that necessarily belong to consumers like Mr. Adkisson.

We previously warned you about these concerns several weeks ago via e-mail, and the response-- from you and from Mr. Rocye--was that no such asset sale was forthcoming. But Mr. Monster confirmed yesterday that the asset sale is going forward, but refused to disclose who this supposed buyer is, or what the buyer is purchasing.

Without assurances that our client will be made whole (including principal, interest, attorneys' fees), we have to assume that the asset sale will only make it impossible for our client to recover what he is owed.

You have suggested that certain investors or creditors must take a "haircut." That might be true of *investors*--who, by definition, run a risk each time they make *an investment*. But consumers like Mr. Adkisson made no such investment, and incurred no such risk. They placed their trust in defendants like Royce, Mr. Monster, and the corporate defendants. That trust was breached. Mr. Adkisson must be made whole.

So this is notice that we will be seeking a temporary restraining order with the Court to block the transaction / sale that defendants have referenced, unless we are provided binding and written assurances from the purchaser that our client will be made whole as part of the transaction.

Please let us know by Monday at 12 p.m. whether defendants can secure such a commitment. Otherwise, we will proceed with a motion seeking a temporary restraining order next week.

Your clients should, of course, disclose this notice to any party in this contemplated transaction so that they are aware of our intention to seek Court intervention. We will also be reaching out to JJE and TVT separately.

I am available this weekend to discuss.

David

**David A. Perez** | **Perkins Coie LLP**
**Partner**
**Firmwide Chair of Business Litigation**
**Co-Chair Real Estate Litigation**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/ [perkinscoie.com]

-----Original Message-----
From: Escobar, Andrew R. <aescobar@seyfarth.com>
Sent: Friday, May 12, 2023 5:23 PM
To: Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
Cc: Perez, David A. (SEA) <DPerez@perkinscoie.com>; Harkness, Brooke (SEA) <BHarkness@perkinscoie.com>; Hulteng, Meryl A. <mhulteng@seyfarth.com>; Kelley, Jason <JKelley@seyfarth.com>
Subject: Re: Epik/Adkisson

Andrew

Thank you, Christian. Please include Meryl Hulteng and Jason Kelley (cc'd) on our e-service list.

Andrew R. Escobar | Partner | Seyfarth Shaw LLP
999 Third Avenue | Suite 4700 | Seattle, Washington 98104-4041
Direct: +1-206-946-4968 | Mobile: +1-206-419-0239 aescobar@seyfarth.com | www.seyfarth.com

[https://urldefense.com/v3/__https://www.seyfarth.com/dir_docs/publications/Seyfarth_Logo_Signature.png__;!!K_R5ZAeJjLw!BixiDGF03dq-Ux-DK-tirtX3Mqvv63сJkzBjsFRSyOYeffTGPjp68hoF8W7owIGSiyBt4V6lUsJ2cEj-VAqou$]

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

_____

On May 12, 2023, at 4:08 PM, Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com> wrote:

Andrew,

Following up on our call this morning regarding our agreement to service by email. When serving Plaintiff, please send to the below addresses. Let us know what recipients we should include for Epik and Royce service list.

cmarcelo@perkinscoie.comdperez@perkinscoie.comHHyatt@perkinscoie.combharkness@perkinscoie.com

Andrew,

Following up on our call this morning regarding our agreement to service by email. When serving Plaintiff, please send to the below addresses. Let us know what recipients we should include for Epik and Royce service list.

* cmarcelo@perkinscoie.com<mailto:cmarcelo@perkinscoie.com>
* dperez@perkinscoie.com<mailto:dperez@perkinscoie.com>
* HHyatt@perkinscoie.com<mailto:HHyatt@perkinscoie.com>

*   bharkness@perkinscoie.com<mailto:bharkness@perkinscoie.com>

Christian Marcelo | Perkins Coie LLP

D. +1.206.359.3315

From: Escobar, Andrew R. <aescobar@seyfarth.com>
Sent: Tuesday, May 9, 2023 10:42 AM
To: Perez, David A. (SEA) <DPerez@perkinscoie.com>; Marcelo, Christian W. (SEA)
<CMarcelo@perkinscoie.com>
Subject: RE: Epik/Adkisson

Thanks for following up – I arrived very late last night and am catching up on emails this morning. 10am on Friday works for me.

We can also discuss your other email then as well. In short, there is no deal at this time. I will send you a separate email before Friday identifying the secured lenders (who are third-party hard money lenders) and provide you with the relevant documentation on an FRE 408 basis.

Andrew R. Escobar | Partner | Seyfarth Shaw LLP
999 Third Avenue | Suite 4700 | Seattle, Washington 98104-4041
Direct: +1-206-946-4968 | Mobile: +1-206-419-0239
aescobar@seyfarth.com<mailto:aescobar@seyfarth.com> |
www.seyfarth.com<https://urldefense.com/v3/__http://www.seyfarth.com__;!!K_R5ZАeljLw!BixiD
GF03dq-Ux-DK-
tirtX3Mqvv63lkzBjsFRSyOYeffTGPjp68hoF8W7owIGSivBt4V6IUs42cEnAJh2Oh$
[seyfarth.com%3chttps] >
[https://urldefense.com/v3/__https://www.seyfarth.com/dir_docs/publications/Seyfarth_Logo_Sign
ature.png__;!!K_R5ZАeljLw!BixiDGF03dq-Ux-DK-
tirtX3Mqvv63lkzBjsFRSyOYeffTGPjp68hoF8W7owIGSivBt4V6IUs42cEj-VAqou$ ]

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

From: Perez, David A. (SEA) <DPerez@perkinscoie.com<mailto:DPerez@perkinscoie.com>>
Sent: Tuesday, May 9, 2023 9:49 AM
To: Marcelo, Christian W. (SEA)
<CMarcelo@perkinscoie.com<mailto:CMarcelo@perkinscoie.com>>; Escobar, Andrew R.
<aescobar@seyfarth.com<mailto:aescobar@seyfarth.com>>
Subject: RE: Epik/Adkisson

Andrew. Following up here. We need to schedule this call. David ----Original Message---- From:
Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com> Sent: Monday, May 08, 2023 9:15
AM To: Escobar, Andrew R. <aescobar@seyfarth.com>

4

Andrew,

Following up here. We need to schedule this call.

David

-----Original Message-----
From: Marcelo, Christian W. (SEA)
<CMarcelo@perkinscoie.com<mailto:CMarcelo@perkinscoie.com>>
Sent: Monday, May 08, 2023 9:15 AM
To: Escobar, Andrew R. <aescobar@seyfarth.com<mailto:aescobar@seyfarth.com>>
Cc: Perez, David A. (SEA) <DPerez@perkinscoie.com<mailto:DPerez@perkinscoie.com>>
Subject: RE: Epik/Adkisson

Friday is fine, can you do the morning? 10am?

Christian Marcelo | Perkins Coie LLP

D. +1.206.359.3315

-----Original Message-----
From: Escobar, Andrew R. <aescobar@seyfarth.com<mailto:aescobar@seyfarth.com>>
Sent: Monday, May 8, 2023 6:59 AM
To: Perez, David A. (SEA) <DPerez@perkinscoie.com<mailto:DPerez@perkinscoie.com>>

Cc: Marcelo, Christian W. (SEA)
<CMarcelo@perkinscoie.com<mailto:CMarcelo@perkinscoie.com>>

Subject: Re: Epik/Adkisson

I'm traveling the first part of this week. How does Friday look on your end?

Andrew R. Escobar | Partner | Seyfarth Shaw LLP

999 Third Avenue | Suite 4700 | Seattle, Washington 98104-4041

Direct: +1-206-946-4968 | Mobile: +1-206-419-0239

aescobar@seyfarth.com<mailto:aescobar@seyfarth.com> |
https://urldefense.com/v3/__http://www.seyfarth.com__;!!K_R5ZAeJjLw!Bx1DGF03dq-Ux-DK-tirtX3Mqvv63i3lkzBjsFRSvOYefTGPzp68hoF8W7owlGSivB4V6IUs-J2cEnAJh2Oh$
<https://urldefense.com/v3/__http://www.seyfarth.com__;!!K_R5ZAeJjLw!FcRYirLriA78RnLiOooR-AuZL12AqQFPdLvWnRW8oQC26mWwRqdpuCTbL50uR6LuP1qOiIEhvIwAQ0C_T7Vjtow$>

[https://urldefense.com/v3/__https://www.seyfarth.com/dir_docs/publications/Seyfarth_Logo_Sign-ature.png__;!!K_R5ZAeJjLw!CBbAnxKfrJoJXuG2yMW72-EB_d3mwnBG1FsDqmBLvTT4aQC1sjgWkhW11qPevJZPshzTwbbCci7RtL8RoKqLPg$ ]

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

On May 6, 2023, at 7:26 AM, Perez, David A. (SEA)
<DPerez@perkinscoie.com<mailto:DPerez@perkinscoie.com>> wrote:

Andrew. We'd like to schedule the our rule 26(f) conference. What times next week are you available? We suggest Monday, Tuesday, or Wednesday at or after 2 p.m. Let us know and we'll send an invite. David David A. Perez | Perkins

Andrew,

We'd like to schedule the our rule 26(f) conference. What times next week are you available? We suggest Monday, Tuesday, or Wednesday at or after 2 p.m. Let us know and we'll send an invite.

David

David A. Perez | Perkins Coie LLP

Partner

Firmwide Chair of Business Litigation

Co-Chair Real Estate Litigation

1201 Third Avenue, Suite 4900

Seattle, WA 98101-3099

p: 206.359.6767

c: 206.618.4293

e:

DPerez@perkinscoie.com<mailto:DPerez@perkinscoie.com<mailto:DPerez@perkinscoie.com%3cm ailto:DPerez@perkinscoie.com>>

https://urldefense.proofpoint.com/v2/url?u=http-3A__www.perkinscoie.com_dperez_&d=DwIGaQ&c=fMwtGtbwbi-K_84JbrNh2g&r=ibWW1gKiD99hoWhgMv-o-Zss2Lbq QDeo7xhZc5JkF5M&m=gcDYn49xBI3Wbi0TJa37C9cRJNv0xVTQ2TKoZJSvRbzqIQsIP6 IEXSA0OCHK3CqZ&s=NMlvFSqG5eLItbLYOYcpTIixJYXIsuFTRcA6gbtleHa8&e=

[https://urldefense.proofpoint.com/v2/url?u=http-3A__perkinscoie.com&d=DwIGaQ&c=fMwtGtbwbi-K_84JbrNh2g&r=ibWW1gKiD99hoWhgMv-o-

7

Zss2Lbq QDeo7xhZc5JkF5M&m=gcDYn49xBI3Wbi0TJa37C9cRJNv0xVTO2TKo/ZJSvRbzqIQsIP6
IEXSA0OCHK3CqZ&s=TQimwLiMvTO0h0 6wYjiy5XIXrRwkzJGZFkA9evoOJNbVU&e=]<https://ur
ldefense.proofpoint.com/v2/url?u=http-
3A__www.perkinscoie.com_dperez_&d=DwMFAg&c=fMwtGtbwhi-
K_84Jbr-Nh2g&r=ihWW1grKi D99hoWhgMv-o-
Zss2LbqQDeo7xhZc5JkF5M&m=HvaU0dNkf_BG8W1D6sQvOoszhdkWiGGDgOoAUsBVYkbXHA
PVsWi32Eb5c41Tn-
sff&s=YIK4grEapNWTNp9tEtmAAaWAvz8dVyLPr1s7MBq3V7Xs&e=%3e

Zss2LbqQDeo7xhZc5JkF5M&m=HvaU0dNkf_BG8W1D6sQvOoszhdkWiGGDgOoAUsBVYkbXHA
PVsWi32Eb5c41Tn-
sff&s=YIK4grEapNWTNp9tEtmAAaWAvz8dVyLPr1s7MBq3V7Xs&e=%3e
oint.com/v2/url?u=http-3A__www.perkinscoie.com_dperez_&d=DwMFAg&c=fMwtGtbwhi-
K_84Jbr-Nh2g&r=ihWW1grKi D99hoWhgMv-o-
Zss2LbqQDeo7xhZc5JkF5M&m=HvaU0dNkf_BG8W1D6sQvOoszhdkWiGGDgOoAUsBVYkbXHA
PVsWi32Eb5c41Tn-
sff&s=YIK4grEapNWTNp9tEtmAAaWAvz8dVyLPr1s7MBq3V7Xs&e=%3e

NOTICE:>

<https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.perkinscoie.com_dperez_&d=DwMFAg&c=fMwtGtbwhi-
K_84Jbr-Nh2g&r=ihWW1grKi D99hoWhgMv-o-
Zss2LbqQDeo7xhZc5JkF5M&m=HvaU0dNkf_BG8W1D6sQvOoszhdkWiGGDgOoAUsBVYkbXHA
PVsWi32Eb5c41Tn-
sff&s=YIK4grEapNWTNp9tEtmAAaWAvz8dVyLPr1s7MBq3V7Xs&e=%3e

NOTICE:<https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.perkinscoie.com_dperez_&d=DwMFAg&c=fMwtGtbwhi-
K_84Jbr-Nh2g&r=ihWW1grKi D99hoWhgMv-o-
Zss2LbqQDeo7xhZc5JkF5M&m=HvaU0dNkf_BG8W1D6sQvOoszhdkWiGGDgOoAUsBVYkbXHA
PVsWi32Eb5c41Tn-
sff&s=YIK4grEapNWTNp9tEtmAAaWAvz8dVyLPr1s7MBq3V7Xs&e=%3e

NOTICE:>This communication may contain privileged or other confidential
information. If you have received it in error, please advise the sender by reply email and
immediately delete the message and any attachments without copying or disclosing the contents.
Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you
have received it in error, please advise the sender by reply email and immediately delete the
message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you
have received it in error, please advise the sender by reply email and immediately delete the
message and any attachments without copying or disclosing the contents. Thank you.

6

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Exhibit L

**Marcelo, Christian W. (SEA)**

| | |
|---|---|
| **From:** | Rob Monster <rob@epik.holdings> |
| **Sent:** | Tuesday, May 30, 2023 4:10 PM |
| **To:** | Marcelo, Christian W. (SEA); Perez, David A. (SEA) |
| **Cc:** | Hyatt, Heath (SEA) |
| **Subject:** | RE: Checking in - Settlement vs Class Action topic |
| **Attachments:** | image001.png@01D99310.C1B22E20 |

David,

<mark>No, NWRA set up a NewCo apparently. You can see it in Wyoming.</mark>

Rob

1

# DETAIL

## Epik LLC

This detail reflects the current data for the filing

**Name**
Epik LLC

**Filing ID**
2023-001275644

**Type**
Limited Liability Company - Domestic

**Standing - Tax** 
Good

**Standing - RA**
Good

**Standing - Other**
Good

2



**Rob Monster | Founder and Chairman**

**Epik Holdings Inc.**
Telegram: robmonster | Website: http://www.epik.com/
Mobile: 1.425-765-0077 | WeChat: robmonster
Skype: robertmonster | Twitter: robmonster

On May 30, 2023 at 4:08:52 PM, Perez, David A. (SEA) (dperez@perkinscoie.com) wrote:

Rob,

The "buyer" named in the draft APA is "Epik LLC." Is that an error?

Thanks David.

I am reachable today. Latest APA attached. It has errors in it related to the asset list that is to remain in the HoldCo.

**From:** Rob Monster <rob@epik.holdings>
**Sent:** Tuesday, May 30, 2023 12:01 PM
**To:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>; Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Cc:** Hyatt, Heath (SEA) <HHyatt@perkinscoie.com>
**Subject:** RE: Checking in - Settlement vs Class Action topic

The parties are being elusive about these companies:

AmplifyX Holding Corporation (DE)

Substratum LLC (FL)

Kobalt LLC (FL)

These companies are supposed to be excluded from the deal. It appears they are being excluded because they have been given back to the respective founders without the corporate consent for such an action.

3

Amplify and Substratum were both founded by Justin Tabb, CTO of Centric 3 and previously CTO of JJE, who was also an executive at Epik Holdings Inc before the settlement with JJE.

Keith Brady is listed on the Kobalt LLC reinstatement.

Eric Geppert from Exemplar Companies was brought into Epik by John Barker, who is a co-founder of Centric 3. John Barker was heavily involved in securing the investment round from JJE and was present for the original meeting with Jamin McCallum.

Keith Brady just happens to be the attorney that was used by Mike Roth for the shakedown legal action that got him paid off $100K plus 100K of my Epik shares. Brian originally wanted to give Mike *2 million* of my Epik shares!

Rob

Thanks

epik

|

**Rob Monster** | **Founder and Chairman**
**Epik Holdings Inc.**
Telegram: robmonster | Website: http://www.epik.com/
Mobile: 1-425-765-0077 | WeChat: robmonster
Skype: robtmonster | Twitter: robmonster

On May 30, 2023 at 11:27:39 AM, Perez, David A. (SEA) (dperez@perkinscoie.com) wrote:

Thanks, Rob. We'll review and get back to you shortly. And understood re the e-mail address.

I strongly suggest you hold off on signing the APA until we have let the court weigh in on our temporary restraining order. When are you available for a call?

4

Can you please send us the latest version of the APA?

**David A. Perez | Perkins Coie LLP**

**Partner**

**Firmwide Chair of Business Litigation**

**Co-Chair Real Estate Litigation**

1201 Third Avenue, Suite 4900

Seattle, WA 98101-3099

p: 206.359.6767

c: 206.618.4293

e: DPerez@perkinscoie.com

http://www.perkinscoie.com/dperez/

**From:** Rob Monster <rob@epik.holdings>
**Sent:** Tuesday, May 30, 2023 11:01 AM
**To:** Perez, David A. (SEA) <DPerez@perkinscoie.com>; Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
**Subject:** Checking in - Settlement vs Class Action topic

Gents,

As you are likely aware, the deal as proposed from NWRA is skinny. I believe the time has come to have a conversation about where to from here and see if lemons can be turned into lemonade.

From the drafts that I have seen as of last night, my understanding is that NWRA has allocated $307K, which is the balance of the principal that was originally owed. Had Matt never engaged counsel, this amount is presumably what he would have gotten, as promised.

Alternatively, we can discuss a viable class action strategy. I am fairly certain that I too am a victim and would be prepared to join the class to go after the parties that destroyed a company that was previously worth $160 million and who defamed me in the process.

FYI, the buyer is telling me that "Matt Adkisson and Perkins really hate Rob". That seems odd. In my version of reality: (1) Epik has been hijacked by agents of JJE, (2) your client is a passenger on a hijacked vessel, and (3) I refuse to walk the plank.

You have already identified JJE as the 2021 investor that became a debt holder in Feb 2022 under duress. What you have not been briefed on is the team that worked for JJE, and then went to work for JJE, and now operate a consulting company called Centric 3.

What you are also not briefed on is that these same affiliated parties likely formed 2 companies in February 2022 in Wyoming and Delaware. The beneficial owners of these companies are not known. The the Florida agent aligns to Centric 3.

In December 2022, Brian gifted a bunch of Epik assets to members of Centric 3, including Kobalt LLC to John Litton, at least $100K to Michael Roth along with 100,000 of my shares, and unknown consideration to Justin Tabb. I believe this was done with JJE's blessing.

The current members of the Centric 3 executive team, plus a contractor named Michael Zimmermann, who works closely with Alex Jones in Austin, along with Brian Royce, were in Savannah, Georgia at an event called "Epic Shoot" from November 11-12, 2021.

There was really no logical business reason for 5 Epik executives to be at this multi-day event in Georgia and Epik derived no benefit from participating. The location in Georgia is a 2 hour drive from JJE HQ in Columbia, SC.

I have reason to believe that the next phase of the conspiracy to remove me from the helm of Epik Holdings Inc was advanced at this meeting and that all options were on the table for accomplishing that outcome, possibly including lethal options.

6

It just so happens that the owner and sponsor of Epic shoot is Big Daddy Unlimited, which is led by Tony McKnight. BDU was Brian Royce's other client at the time. BDU is now in bankruptcy. I contacted Tony on Friday evening but he was unwilling to talk to me.

In January 2023, I was formally asked by JJE's counsel to resign as Chairman. See attached. I knew that if I did that, they would bankrupt Epik and leave the Masterbucks holders, and your client, with zero. I refused to step down but made a good faith payment to your client.

Among the persons who has been advising Brian Royce, and with whom Brian speaks regularly, is Louis Bremer of Cerberus, who is also closely affiliated with the recently defunct DynCorp International, a large military contractor with a( lethal) history.

The Anonymous-ANTIFA hack job of September 2021, from which Epik largely recovered, was believed to be led by Chad Loder — a known federal contractor with the ability to conduct hack operations and social media brigading of ANTIFA operatives.

Along the way, Wikipedia has methodically chronicled a narrative that is completely one-sided in defaming Epik and myself. It just so happens that Jimmy Wales will be speaking at NamesCon in Austin, TX this week as the featured keynote.

The moderator of that NamesCon session is none other than Andrew Allemann, formerly of Austin, TX, who runs Domain Name Wire. Andrew constantly runs hit pieces on me and Epik and moderates commenting towards defamatory outcomes, as does NamePros.

Andrew Allemann is a close associate of Brent Oxley, former CEO of HostGator, told me that large portion of his staff had children perish in the Uvalde school shooting. Brian is in ongoing conversations with Brent and sold him valuable domains far below fair market value.

The owner of NamePros, cloaked in methodical secrecy, is believed to be either Godaddy or Dynadot — both competitors of Epik who would love to see Epik off of the playing field and me defamed. Dynadot is poised to make some kind of announcement on May 31.

The reason for mentioning these additional facts is that I believe it can be proven that there has been a multi-year effort to infiltrate, subvert and ultimately hijack Epik, and to destroy my reputation in the process.

The person who introduced me to Jamin McCallum of JJE and Palmetto State Armory is Pete Brownell, CEO of Brownells and former President of the NRA.

Also, for awareness, Epik had another buyer lined up last week, Olivier Janssens, a deep pocketed buyer offered enough to fully extinguish all Masterbucks debt. Within 48 hours of being introduced to Brian, Olivier, who knows me, ceased all communications.

I have not fired Brian Royce because (1) the company is collateralized to JJE who likely brought Brian in as their proxy, (2) Brian has explicitly told me that he has no intention of leaving, and (3) my private efforts to raise capital have been methodically sabotaged.

As currently contemplated, Epik Holdings Inc will divest the Epik.com registrar and Terrahost hosting business. These are the crown jewels. There is to be concurrent restoration of me as CEO of the HoldCo. I have seen zero paperwork for these concurrent events.

As for NWRA, his original approach to me was nothing short of bizarre. He has had an ongoing relationship with Brian from the time when Brian started. Brian changed to NWRA for corp registration services upon arrival.

Last night I reached out to Dan Keen, CEO of NWRA, to clarify the role which he supposedly envisions. He was evasive. Brian has also not cooperated to restore any access privileges to Epik systems. They are only focused on getting their APA signed.

The whole process seems extremely staged and orchestrated. At this time, I don't believe you or your client are part of this theater. The assigned judge for your client's case is presumably no friend of the firearms industry.

The people who I believe have been orchestrating Epik's destruction and my defamation do have very significant resources. I also believe they collectively have a vested interest in none of this coming to light. This is the main reason why I did not reply to your client's complaint.

For context, I attach an overview of the enterprise that JJE backed in 2021 — it is a summary of the portfolio that was once in tact but is now substantially divested, impaired or obliterated. They invested at a post-money valuation of $160 million for common stock.

I estimate that my direct economic loss from the destruction of Epik is in excess of $160 million. I believe the damage to my reputation orchestrated by these various parties is of even greater value as Epik was in the process of building a world-changing enterprise.

The scenario of me being set up for a fall where Epik is hijack and I get left holding a drippy Masterbucks bag does not sit well with me. This is not justice. This looks like a setup where bad guys get away, and a patsy is blamed for the crime!

For the record, I do have reason to believe that there have been attempts on my life including recently. This was the main reason why I stayed in Asia from January 20 through April 4 and maintained a heightened degree of privacy. I am in excellent health and not suicidal.

Process-wise, as I am not represented by counsel, and am not subject to your normal Bar association lawyering protocols, I would be inclined to include Mr Adkisson on this call in order to try to get on the same page as to desired outcome.

As a professional courtesy to you, I will let you decide whether or not to involve Mr Adkisson in this conversation. As there is very heavy pressure on me to sign an APA later today, we should connect asap to gauge the best path forward.

At the end of the day, I am willing to let Epik and Terrahost go. The Masterbucks people should all be made whole. I should also be compensated and not left with a bunch of debt that I am unable to service. Your legal fees should of course also be paid.

Finally, please use this email address going forward. It is a bit less likely to be surveilled though I assume others will soon be aware of this supplemental disclosure about the state of play and the possible path forward for recovering value for victims.

Rob

Thanks



**Rob Monster** | **Founder and Chairman**

**Epik Holdings Inc.**

Telegram: robmonster | Website:http://www.epik.com/
Mobile: 1.425-765-0077 | WeChat: robmonster
Skype: robertmonster | Twitter: robmonster

9

10

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Exhibit M

**From:** Rob Monster
**To:** Perez, David A. (SEA); Marcelo, Christian W. (SEA)
**Subject:** FW: Transaction Documents
**Date:** Tuesday, May 30, 2023 12:41:18 PM
**Attachments:** 2608EF03-3EB8-499C-8A00-3AA1B5D6EA43.png
2023.05.26-Epik-holdings-Asset-Purchase-Agreement.docx
2023.04.27_-_Epik_holdings_Client_Information.xlsx
2023.04.28_-_Physical_Assets_Terrahost.xls
2023.05.26-Debt-Settlement-Agreement-EPIK-NORTHSTAR-DRAFT-1M.docx
2023.05.26-Debt-Settlement-Agreement-V1-DRAFT-1M.docx
2023.05.26-Settlement-Agreement-ADKISSON-DRAFT.docx

Gents,

For awareness, here are the various release documents that are being floated, including the release for Matt.

The question is whether a class action can still be pursued if the NWRA asset sale actually happens.

The reason why this is a topic is because of the following:

1. The registrar needs funding asap before it loses its ICANN accreditation and thereby becomes even less valuable. This is ultimately what forced my hand even more than your client's RICO case.

2. The total purchase consideration has been whittled down to a level insufficient to pay off everyone. Adkisson gets settled and likely Kathy Kalaf but the rest are not covered, including Sean Stafford and others.

3. I still have no assurance that Epik Holdings Inc will be returned to my control in an orderly way post-closing, nor that the records of any self-dealing that has occurred since September 2022 will not be substantially obfuscated.

My general sense is that there has been an egregious pattern of side deals and self-dealing during the last 10 months, and that the objective is to wipe it all clean.

The key therefore would be then for the (forced) asset sale to NWRA to not preclude the option of going after the people who engineered this defamation, hijack and fire sale that has injured many people, including myself.

If indeed Brian was installed by JJE and was complicit with Centric 3 as JJE's agent / proxy, I am wondering if it is possible to recoup economic losses that led to the (orchestrated) distress situation here.

In my estimation, the easy path is for JJE to forego their $1 million, and this gets used to extinguish the Masterbucks debts. This puts almost everything to bed, once and for all. I believe you are already in contact with JJE's counsel, John Roberts at Burr.

However, if the objective is to secure a payoff for damages, that may be a longer path that may include dealing with people capable of using extra-judicial tactics to cover their sins.

Let's discuss the most logical path forward. I have no axe to grind, but I will not be left holding the drippy bag of a badly executed hijack operation.

Thanks
Rob

**Rob Monster | Founder and Chairman**

On May 29, 2023 at 2:06:08 PM, Eric Geppert ([egeppert@exemplarlaw.com](mailto:egeppert@exemplarlaw.com)) wrote:

Bryce

**Epik Holdings Inc.**
Telegram: robmonster | Website: [http://www.epik.com/](http://www.epik.com/)
Mobile: 1.425-765-0077 | WeChat: robmonster
Skype: robertmonster | Twitter: robmonster

Exhibit N

**From:** Escobar, Andrew R.
**To:** Perez, David A. (SEA)
**Cc:** Marcelo, Christian W. (SEA); Hyatt, Heath (SEA); "legal@registeredagentsinc.com"
**Subject:** RE: Epik/Adkisson - Notice of Intent to seek TRO
**Date:** Wednesday, May 31, 2023 3:25:44 PM
**Attachments:** image001.png
2023.05.31-Asset-Purchase-Agreement- (Fully Executed).pdf
2023.05.31-Dept-Settlement-Agreement-ADKISSON-Signed.pdf
**Importance:** High



Hi David,

Thank you for the detailed response below. Given the timing, I'll keep my response brief and have cc'd the buyer's counsel, Mr. Myrvang, to streamline any communications.

To address your concern below about the APA's terms, I am attaching the APA that was executed by the parties this afternoon. As you'll see in Section 4(b)(ii), it is an explicit condition for closing that the buyer receive a signed release from Mr. Adkisson by 6pm Pacific today. Without that signed release by your client, there is no deal, as I stated below. Again, this renders moot any professed need your client believes he has for a TRO. I am also attaching the form of release agreement the buyer has authorized for sending to Mr. Adkisson and you for your review and consideration.

I reiterate what I've been saying all along: this is your client's best chance to get any type of significant payment. He may not like having to accept a return of 100% of his principal without fees or interest, but that is the nature of litigation and resolving claims with a company that is on death's door. The alternative is for Mr. Adkisson to spend a lot more money in attorneys' fees over the coming year to try to chase (and collect) on what he hopes will be a better (and unrealistic) result.

I strongly encourage your client to consider accepting the $307K payment being offered by the buyer and return the signed release agreement before the buyer's 6pm deadline today. If your client doesn't like that amount, again, I'm cc'ing Mr. Myrvang so that you can take that up directly with him.

I am available on my mobile if you would like to discuss anything further on this.

Best regards,

Andrew

**Andrew R. Escobar** | Partner | Seyfarth Shaw LLP
999 Third Avenue | Suite 4700 | Seattle, Washington 98104-4041
Direct +1-206-946-4968 | Mobile: +1-206-419-0239
aescobar@seyfarth.com | www.seyfarth.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Sent:** Tuesday, May 30, 2023 10:19 PM
**To:** Escobar, Andrew R. <aescobar@seyfarth.com>
**Cc:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>; Hyatt, Heath (SEA) <HHyatt@perkinscoie.com>
**Subject:** RE: Epik/Adkisson - Notice of intent to seek TRO

Hi Andrew,

A few things. First, of course the veto issue you raise below is a red herring. The draft APA we have seen contains no such "veto" and besides we have already made clear that Adkisson will not agree to the deal. Full stop. That the negotiations have proceeded notwithstanding Adkisson's obvious exercise of this "veto" shows that it is fake. In fact, the parties could simply negotiate that provision out of the agreement. The TRO is not just about this asset sale but any other asset sale that seeks to transfer the company's value in a manner that will leave consumers like Adkisson without recourse.

Second, paying our client $307K is yet another flawed argument. Even in this e-mail chain (scroll down) you have toggled between $307K and $330K. But the draft APA, and the e-mail chain, both contemplate Mr. Adkisson only receiving that *partial* payment if he releases his claims. He won't, meaning the payment won't be made at all. Of course, the company can and should pay Mr. Adkisson right away the entire amount without preconditions. Our client need not and will not release his claims for a partial payment.

Third, this "now or never" strawman Epik continues to trot out is not a reason to deny the TRO. Monster and others have identified alternative buyers, and even this contemplated buyer has been around for some time. There's no reason to rush into a transaction without first ensuring that the company makes victims like Adkisson whole. Investors (who assumed risk) should not be taking precedent over victims like Adkisson, who assumed no risk whatsoever.

Fourth, of course no bond will be required. The company and Monster have already conceded that Adkisson is owed this money and that it was fraudulently handled. The notion that Mr. Adkisson—a victim of the company's fraudulent activities—would be required to post a bond, much less an exorbitant one, is silly to say the least. A company actively defrauding its customers is not entitled to a bond simply to preserve the status quo.

Fifth, given that Adkisson has exercised his "veto" we expect you to represent to the Court (in a binding manner) that all asset transactions are off the table altogether, so the only issue you should be focused on is whether we are entitled

to expedited discovery.

And finally, I've known you for well over a decade—though this is our first case adverse to one another—so I can safely say that threatening me with a bar complaint is beneath you. Don't do that again.

Happy to chat. But our client intends to proceed with the motion.

David

**From:** Escobar, Andrew R. <aescobar@seyfarth.com>
**Sent:** Tuesday, May 30, 2023 5:25 PM
**To:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Cc:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>; Hyatt, Heath (SEA) <HHyatt@perkinscoie.com>
**Subject:** RE: Epik/Adkisson - Notice of intent to seek TRO

**David A. Perez | Perkins Coie LLP**
Partner
**Firmwide Chair of Business Litigation**
**Co-Chair Real Estate Litigation**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/ /perkinscoie.com

David,

Thank you for the email below. I'm available to discuss by phone this evening if helpful, but given our good professional relationship I wanted to flag a few points for you and your client to consider:

- A TRO motion is unnecessary—setting aside that Mr. Adkisson can't meet the test for such relief—because your client already has a veto right on the deal. I believe this was explained to you by the buyer's counsel, but a condition for closing is that your client signs a release. If your client refuses to sign a release, there is no deal. Thus, there is no need for him to seek a TRO. Of course, this assumes that the APA is executed. My understanding is that the APA has not been executed at this time.

- The deal, if it closes (see above), would repay to your client all of his outstanding principal ($307K). With that result being offered to Mr. Adkisson, he is left arguing to the Court that the deal does does not pay him enough money because he is entitled to fees and interest on claims that he has not established. This is simply about money, and we both know that is a very weak—and usually unsuccessful—basis for a TRO motion.

- Rather than preserve the status quo, if Mr. Adkisson files and succeeds with his motion, he will be killing off Epik. Epik has significant payments due this Thursday for its ICANN and domain registries obligations, which are necessary to keep the company going. Thus, if this deal does not proceed, Epik unravels and its value (and any ability for your client to recover from it), becomes virtually zero.

- With this in mind, what bond is Mr. Adkisson proposing? It will need to be at least $4 million to compensate Epik's other creditors for Mr. Adkisson killing the deal with an improvidently filed TRO motion.

On a somewhat related note, the buyer's counsel (Bryce Myrvang) informed me that your firm sent a direct communication to the buyer's principal, who is not a lawyer, even though the Perkins team was aware that the buyer is a represented party. Mr. Myrvang asked me to tell you that if Perkins sends another ex parte communication to his internal client, he will be pursuing an ethics violation against Perkins and any lawyer who sends the communication. (I am only the messenger on this – if you disagree as to what happened, I recommend you take it up with Mr. Myrvang.)

With all this in mind, especially given the veto right your client already has, let me know if your client is going to reconsider his decision to pursue a TRO tomorrow. I understand that he wants more money than the $307K, but this is not the way for him to try to achieve his goal.

Andrew

Best regards,

Andrew



**Andrew R. Escobar** | Partner | Seyfarth Shaw LLP
999 Third Avenue | Suite 4700 | Seattle, Washington 98104-4041
Direct: +1-206-946-4968 | Mobile: +1-206-419-0239
aescobar@seyfarth.com | http://www.seyfarth.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Sent:** Tuesday, May 30, 2023 3:52 PM
**To:** Escobar, Andrew R. <aescobar@seyfarth.com>
**Cc:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>; Hyatt, Heath (SEA) <HHyatt@perkinscoie.com>
**Subject:** RE: Epik/Adkisson - Notice of intent to seek TRO

Andrew,

So we're all on the same page here, and as a courtesy to you, we want to clarify

for you that we will be filing a motion for a temporary restraining order tomorrow. We have urged your client and the proposed buyer to make our client whole. Instead, we have received communications confirming that Epik and RA have negotiated a deal (without us) locking in a number that would be a substantial loss to our client.

To be clear, $307K will not make our client whole, and we will not dismiss the lawsuit for that amount. Not after he had to hire legal counsel, file a lawsuit, and prosecute RICO claims. The number is much higher than that, and growing. The explanations given to us regarding the transaction—including documents that have been shown to us—confirm that the transaction will leave Epik *unable to pay Mr. Adkisson*, which is the very definition of irreparable harm.

In full disclosure, part of our request to the Court will be to expedite discovery so that we can have a fulsome responses to our requests in two weeks' time, and depositions of your clients (including Mr. Royce) in early July.

We will be filing tomorrow. If, in the meantime, your client agrees to make our client whole please let us know. Otherwise, we will proceed with the litigation and discovery.

Please remind your clients and their respective agents to preserve all evidence and communications, including communications with Registered Agents, and all the other various corporate entities, individuals, and the like reaching out about this transaction, and monies owed. If Mr. Royce and others are using platforms like Signal or Snap, which may auto-delete messages, they must turn that feature off immediately.

In the meantime, it is critical that your clients preserve the status quo.

David

**David A. Perez | Perkins Coie LLP**
**Partner**
**Firmwide Chair of Business Litigation**
**Co-Chair Real Estate Litigation**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
p: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/ [perkinscoie.com]

**From:** Perez, David A. (SEA)
**Sent:** Tuesday, May 30, 2023 11:29 AM

**To:** Escobar, Andrew R. <aescobar@seyfarth.com>
**Cc:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
**Subject:** RE: Epik/Adkisson - Notice of intent to seek TRO

Thanks, Andrew. We received a suggestion earlier this morning that the APA might be signed today. We urge you to preserve the status quo.

David

**David A. Perez | Perkins Coie LLP**
**Partner**
**Firmwide Chair of Business Litigation**
**Co-Chair Real Estate Litigation**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/ | perkinscoie.com]

**From:** Escobar, Andrew R. <aescobar@seyfarth.com>
**Sent:** Tuesday, May 30, 2023 11:25 AM
**To:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Cc:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
**Subject:** RE: Epik/Adkisson - Notice of intent to seek TRO

Hi David,

Thank you for the email below. I'm working on getting authorization on my end to share the documentation with you. Assuming I get that soon, I'm happy to connect live afterwards.

Best regards,

Andrew



**Andrew R. Escobar** | Partner | Seyfarth Shaw LLP
999 Third Avenue | Suite 4700 | Seattle, Washington 98104-4041
Direct: +1-206-946-4968 | Mobile: +1-206-419-0239
aescobar@seyfarth.com | www.seyfarth.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Sent:** Monday, May 29, 2023 1:07 PM
**To:** Escobar, Andrew R. <aescobar@seyfarth.com>
**Cc:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
**Subject:** RE: Epik/Adkisson - Notice of intent to seek TRO

Hi Andrew,

Checking in here. Do you want to chat live? I'm around today if so. Hoping to get on the same page here.

David

**David A. Perez | Perkins Coie LLP**
**Partner**
**Firmwide Chair of Business Litigation**
**Co-Chair Real Estate Litigation**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/ /perkinscoie.com

**From:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Sent:** Sunday, May 28, 2023 2:38 PM
**To:** Escobar, Andrew R. <aescobar@seyfarth.com>
**Cc:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
**Subject:** Re: Epik/Adkisson - Notice of intent to seek TRO

Andrew, thanks for reaching out. We have been in touch with the entity you directed us to. But we have questions about the proposed transaction and the representations being made. So we asked to see the APA. They haven't sent it. Will Epik? Of course all this is discoverable so there should be no reason to withhold it from us.

We will proceed with the TRO motion absent an assurance that our client will be made whole.

David Perez
Partner
Perkins Coie

On May 26, 2023, at 6:50 PM, Escobar, Andrew R. <aescobar@seyfarth.com> wrote:



**Andrew R. Escobar** | Partner | Seyfarth Shaw LLP
999 Third Avenue | Suite 4700 | Seattle, Washington 98104-4041
Direct: +1-206-946-4968 | Mobile: +1-206-419-0239
aescobar@seyfarth.com | www.seyfarth.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Escobar, Andrew R. <aescobar@seyfarth.com>
**Sent:** Friday, May 26, 2023 8:59 AM
**To:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Cc:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>; Harkness, Brooke (SEA) <BHarkness@perkinscoie.com>; Hufteng, Meryl A. <mhufteng@seyfarth.com>; Kelley, Jason <JKelley@seyfarth.com>; Hyatt, Heath (SEA) <HHyatt@perkinscoie.com>
**Subject:** RE: Epik/Adkisson - Notice of intent to seek TRO

David and Christian,

Following up on our exchange below, it does now look like a deal may come to fruition that would, as discussed below, result in a direct payout to your client of $330K from the buyer conditioned on Mr. Adkisson providing releases and dismissing the lawsuit upon receipt of his payment. As I stressed below, this is the maximum amount Mr. Adkisson will receive and Epik and Mr. Royce worked very hard to negotiate this result.

Nothing has been signed yet, but I spoke this morning with counsel for the buyer (Registered Agents, Inc.), and he is available and willing to speak with you directly. His name is Bryce Myvang, and his email address is legal@registeredagentsinc.com.

I understand that your client has not committed at this time to accept the $330K to resolve this matter, but I ask that after you have had a chance to connect with the buyer's counsel that you confirm whether this puts us on the path to resolution. Assuming it does, we can discuss next steps to avoid incurring potentially needless attorneys' fees on this litigation during the deal's pendency.

Thank you.

Andrew

**From:** Escobar, Andrew R.
**Sent:** Monday, May 22, 2023 3:48 PM
**To:** 'Perez, David A. (SEA)' <DPerez@perkinscoie.com>
**Cc:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>; Harkness, Brooke (SEA) <BHarkness@perkinscoie.com>; Hulteng, Meryl A. <mhulteng@seyfarth.com>; Kelley, Jason <jkelley@seyfarth.com>; Hyatt, Heath (SEA) <HHyatt@perkinscoie.com>
**Subject:** RE: Epik/Adkisson - Notice of intent to seek TRO

David,

An agreement has still not been reached on a transaction, and it is very unclear at this point whether one can ever be reached. If the potential transaction becomes viable, as previously discussed the intention is to have a direct payout to your client from the proceeds in exchange for a release of claims. Your client has already confirmed that he is owed is $330K, as previously discussed. The maximum possible payout to your client is $330K, as previously discussed. The maximum possible payout to your client is $307K in principal, so the $330K amount would provide him with an extra $23K to cover a portion of his fees or interest. While you may not view this as making your client "whole," this is the absolute best that can be accomplished. And it certainly does not provide a basis for your client to threaten a TRO.

With this in mind, we ask once again that your client confirm whether he will agree to resolve this matter if a transaction can be negotiated and closed in the next couple of weeks that will result in a direct payout of $330K by the buyer to your client.

Best regards,

Andrew

**From:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Sent:** Monday, May 22, 2023 1:38 PM
**To:** Escobar, Andrew R. <aescobar@seyfarth.com>
**Cc:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>; Harkness, Brooke (SEA) <BHarkness@perkinscoie.com>; Hulteng, Meryl A. <mhulteng@seyfarth.com>; Kelley, Jason <jkelley@seyfarth.com>; Hyatt, Heath (SEA) <HHyatt@perkinscoie.com>
**Subject:** RE: Epik/Adkisson - Notice of intent to seek TRO

Andrew,

Following up on this message. We have yet to hear back. What is the status of this transaction, and whether Epik will commit to making Mr. Adkisson whole?

We have yet to receive any information about the potential buyer, either. Short of receiving assurances that we've asked for, we will seek court intervention.

David

**David A. Perez | Perkins Coie LLP**
Partner
**Firmwide Chair of Business Litigation**
**Co-Chair Real Estate Litigation**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/ [perkinscoie.com]

**From:** Perez, David A. (SEA)
**Sent:** Monday, May 15, 2023 2:55 PM
**To:** Escobar, Andrew R. <aescobar@seyfarth.com>
**Cc:** Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>, Rob Monster - MVP
<rob@monsterventurepartners.com>; Harkness, Brooke (SEA) <BHarkness@perkinscoie.com>;
Hulteng, Meryl A. <mhulteng@seyfarth.com>; Kelley, Jason <JKelley@seyfarth.com>; Hyatt, Heath
(SEA) <HHyatt@perkinscoie.com>
**Subject:** Re: Epik/Adkisson - Notice of intent to seek TRO

Andrew, you (or your client) appear to be splitting hairs here: saying a transaction is on the table, and denying there
is one at the same time.

Mr. Monster made clear (in writing) that there is an "asset sale" that is "being finalized." You also reference a
"buyer." What is the buyer acquiring?

The notion that the company would sell assets and only pay our client "if possible" is unacceptable.

Our client has, at this point, spent more than $20K in attorneys' fees, and has accrued interest on the underlying
amount.

Without a more explicit assurance that our client will be made whole, we will seek an injunction to preserve the
status quo.

David

David Perez
Partner, Perkins Coie
206.359.6767

On May 15, 2023, at 2:22 PM, Escobar, Andrew R. <aescobar@seyfarth.com> wrote:

David,

Thank you for your email.  Either Mr. Monster misspoke or there was a miscommunication
between you two, but to reiterate what I conveyed to Christian on Friday, there is no deal at

this time and thus there is nothing to enjoin. Epik is endeavoring to try to reach a transaction that would require its two secured creditors (JJE and TVT) to agree to less than what they are owed and that would include a pool of money to be set aside to pay unsecured creditors, including your client, with the goal if possible to have a payment made to your client directly from the sale proceeds of up to $330K in exchange for a release of all claims. If this can be achieved, this is more than the $307K in principal that your client is owed after the $20K payment that was made to Mr. Adkisson a few months ago. If a deal does appear to be achievable, Epik is willing to put you and/or your client in touch with the buyer.

Quite simply, there is no basis for your client to seek a TRO.

Best regards,

Andrew

**Andrew R. Escobar** | Partner | Seyfarth Shaw LLP
999 Third Avenue | Suite 4700 | Seattle, Washington 98104-4041
Direct: +1-206-946-4968 | Mobile: +1-206-419-0239
aescobar@seyfarth.com | www.seyfarth.com

<image001.png>

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Perez, David A. (SEA) <DPerez@perkinscoie.com>
**Sent:** Saturday, May 13, 2023 10:20 AM
**To:** Escobar, Andrew R. <aescobar@seyfarth.com>; Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>; Rob Monster - MVP <rob@monsterventurepartners.com>
**Cc:** Harkness, Brooke (SEA) <BHarkness@perkinscoie.com>; Hulteng, Meryl A. <mhulteng@seyfarth.com>; Kelley, Jason <JKelley@seyfarth.com>; Hyatt, Heath (SEA) <HHyatt@perkinscoie.com>
**Subject:** Epik/Adkisson - Notice of intent to seek TRO

Andrew, Rob,

Our client is very concerned, and with good reason, that this so-called asset sale will serve only to transfer the valuable assets of the company to a third party, leaving it unable to re-pay consumers like Mr. Adkisson, causing irreparable harm. We are also concerned that, by definition, what the company is now selling includes assets that necessarily belong to consumers like Mr. Adkisson.

We previously warned you about these concerns several weeks ago via e-mail, and the response--from you and from Mr. Rocye--was that no such asset sale was forthcoming. But Mr. Monster confirmed yesterday that the asset sale is going forward, but refused to disclose who this supposed buyer is, or what the buyer is purchasing.

Without assurances that our client will be made whole (including principal, interest, attorneys' fees), we have to assume that the asset sale will only make it impossible for our client to recover what he is owed.

You have suggested that certain investors or creditors must take a "haircut." That might be true of *investors*–who, by definition, run a risk each time they make *an investment*. But consumers like Mr. Adkisson made no such investment, and incurred no such risk. They placed their trust in defendants like Royce, Mr. Monster, and the corporate defendants. That trust was breached. Mr. Adkisson must be made whole.

So this is notice that we will be seeking a temporary restraining order with the Court to block the transaction / sale that defendants have referenced, unless we are provided binding and written assurances from the purchaser that our client will be made whole as part of the transaction.

Please let us know by Monday at 12 p.m. whether defendants can secure such a commitment. Otherwise, we will proceed with a motion seeking a temporary restraining order next week.

Your clients should, of course, disclose this notice to any party in this contemplated transaction so that they are aware of our intention to seek Court intervention. We will also be reaching out to JJE and TVI separately.

I am available this weekend to discuss.

David

**David A. Perez | Perkins Coie LLP**
**Partner**
**Firmwide Chair of Business Litigation**
**Co-Chair Real Estate Litigation**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/ [perkinscoie.com]

-----Original Message-----
From: Escobar, Andrew R. <aescobar@seyfarth.com>
Sent: Friday, May 12, 2023 5:23 PM
To: Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
Cc: Perez, David A. (SEA) <DPerez@perkinscoie.com>; Harkness, Brooke (SEA)

<BHarkness@perkinscoie.com>; Hulteng, Meryl A. <mhulteng@seyfarth.com>;
Kelley, Jason <JKelley@seyfarth.com>
Subject: Re: Epik/Adkisson

Thank you, Christian.  Please include Meryl Hulteng and Jason Kelley (cc'd) on
our e-service list.

Andrew

Andrew R. Escobar | Partner | Seyfarth Shaw LLP
999 Third Avenue | Suite 4700 | Seattle, Washington 98104-4041
Direct: +1-206-946-4968 | Mobile: +1-206-419-0239 aescobar@seyfarth.com |
www.seyfarth.com

[https://urldefense.com/v3/__https://www.seyfarth.com/dir_docs/publications/Seyfa
rth_Logo_Signature.png__;!!K_R5ZAeljLw!BixiDGF03dq-Ux-DK-
tirtX3Mgvv6i3kzBjsFRSyOYefTGP3p68hoF8W7owIGSiyBt4V6IUsJ2cEj-VAqou$
]

CONFIDENTIALITY WARNING: This email may contain privileged or
confidential information and is for the sole use of the intended recipient(s). Any
unauthorized use or disclosure of this communication is prohibited. If you believe
that you have received this email in error, please notify the sender immediately
and delete it from your system.

_____

On May 12, 2023, at 4:08 PM, Marcelo, Christian W. (SEA)
<CMarcelo@perkinscoie.com> wrote:

Andrew,

Following up on our call this morning regarding our agreement to
service by email. When serving Plaintiff, please send to the below addresses. Let
us know what recipients we should include for Epik and Royce service list.
cmarcelo@perkinscoie.comdperez@perkinscoie.comHHyatt@perkinscoie.combhar
kness@perkinscoie.com

Andrew,

Following up on our call this morning regarding our agreement to service by
email. When serving Plaintiff, please send to the below addresses. Let us know
what recipients we should include for Epik and Royce service list.

*   cmarcelo@perkinscoie.com<mailto:cmarcelo@perkinscoie.com>
*   dperez@perkinscoie.com<mailto:dperez@perkinscoie.com>

*   HHyatt@perkinscoie.com<mailto:HHyatt@perkinscoie.com>
*   bharkness@perkinscoie.com<mailto:bharkness@perkinscoie.com>

Christian Marcelo | Perkins Coie LLP
D. +1.206.359.3315

From: Escobar, Andrew R. <aescobar@seyfarth.com>
Sent: Tuesday, May 9, 2023 10:42 AM
To: Perez, David A. (SEA) <DPerez@perkinscoie.com>; Marcelo, Christian W.
(SEA) <CMarcelo@perkinscoie.com>
Subject: RE: Epik/Adkisson

Thanks for following up – I arrived very late last night and am catching up on
emails this morning. 10am on Friday works for me.

We can also discuss your other email from us as well. In short, there is no deal at
this time. I will send you a separate email before Friday identifying the secured
lenders (who are third-party hard money lenders) and provide you with the
relevant documentation on an FRE 408 basis.

Andrew R. Escobar | Partner | Seyfarth Shaw LLP
999 Third Avenue | Suite 4700 | Seattle, Washington 98104-4041
Direct: +1-206-946-4968 | Mobile: +1-206-419-0239
aescobar@seyfarth.com<mailto:aescobar@seyfarth.com> |
www.seyfarth.com<https://urldefense.com/v3/__http://www.seyfarth.com__;!!K_R5
ZAeJjLw!BixiDGF03dq-Ux-DK-
tirtX3Mqvv63sJkzBjsFRSyOYefTTGPjp68hoF8W7owIGSiyBt4V6IUsJ2cEnAJh2Q
h$_lseyfarth.com%3chttps] >
[https://urldefense.com/v3/__https://www.seyfarth.com/dir_docs/publications/Seyfa
rth_Logo_Signature.png__;!!K_R5ZAeJjLw!BixiDGF03dq-Ux-DK-
tirtX3Mqvv63sJkzBjsFRSyOYefTTGPjp68hoF8W7owIGSiyBt4V6IUsJ2cEj-VAqou$
]

CONFIDENTIALITY WARNING: This email may contain privileged or
confidential information and is for the sole use of the intended recipient(s). Any
unauthorized use or disclosure of this communication is prohibited. If you believe
that you have received this email in error, please notify the sender immediately
and delete it from your system.

From: Perez, David A. (SEA)
<DPerez@perkinscoie.com<mailto:DPerez@perkinscoie.com>>
Sent: Tuesday, May 9, 2023 9:49 AM
To: Marcelo, Christian W. (SEA)
<CMarcelo@perkinscoie.com<mailto:CMarcelo@perkinscoie.com>>; Escobar,

Andrew R. <aescobar@seyfarth.com<mailto:aescobar@seyfarth.com>>
Subject: RE: Epik/Adkisson

Andrew, Following up here. We need to schedule this call. David -----Original
Message----- From: Marcelo, Christian W. (SEA) <CMarcelo@perkinscoie.com>
Sent: Monday, May 08, 2023 9:15 AM To: Escobar, Andrew R.
<aescobar@seyfarth.com>

David

Following up here. We need to schedule this call.

Andrew,

-----Original Message-----

From: Marcelo, Christian W. (SEA)
<CMarcelo@perkinscoie.com<mailto:CMarcelo@perkinscoie.com>>

Sent: Monday, May 08, 2023 9:15 AM

To: Escobar, Andrew R.
<aescobar@seyfarth.com<mailto:aescobar@seyfarth.com>>

Cc: Perez, David A. (SEA)
<DPerez@perkinscoie.com<mailto:DPerez@perkinscoie.com>>

Subject: RE: Epik/Adkisson

Friday is fine, can you do the morning? 10am?

Christian Marcelo | Perkins Coie LLP

D. +1.206.359.3315

-----Original Message-----

From: Escobar, Andrew R.
<aescobar@seyfarth.com<mailto:aescobar@seyfarth.com>>

Sent: Monday, May 8, 2023 6:59 AM

To: Perez, David A. (SEA)
<DPerez@perkinscoie.com<mailto:DPerez@perkinscoie.com>>

Cc: Marcelo, Christian W. (SEA)
<CMarcelo@perkinscoie.com<mailto:CMarcelo@perkinscoie.com>>

Subject: Re: Epik/Adkisson

I'm traveling the first part of this week.  How does Friday look on your end?

Andrew R. Escobar | Partner | Seyfarth Shaw LLP

999 Third Avenue | Suite 4700 | Seattle, Washington 98104-4041

Direct: +1-206-946-4968 | Mobile: +1-206-419-0239
aescobar@seyfarth.com<mailto:aescobar@seyfarth.com> |
https://urldefense.com/v3/__http://www.seyfarth.com__;!!K_R5ZAeJ1Lw!BixiIDGF0
3dq-Ux-DK-
tirtX3Mqyv63sJkzBjsFfRSvOYefTGPjp68hoF8W7owIGSiyBt4V6IUsJ2cEnAJh2O
h$
<https://urldefense.com/v3/__http://www.seyfarth.com__;!!K_R5ZAeJ1Lw!FcRYjrLzi
A78RnLjOooRAuZ1L2AqQFFdLyWnRW8oQC26mWwRqdpuCTbL50uR6LuP1qOi
IEhyIwAQ0C_T7Vjtow$>

[https://urldefense.com/v3/__https://www.seyfarth.com/dir_docs/publications/Seyfa
rth_Logo_Signature.png__;!!K_R5ZAeJ1Lw!CBbAnxKFrJoJXuG2yMW72-
EB_d3mwnBG1FsDqmBLvTT4aQC1sjgWkhW11qPevJZPsh2TwbbCci7RiL8RoKq
LPg$ ]

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

On May 6, 2023, at 7:26 AM, Perez, David A. (SEA) <DPerez@perkinscoie.com<mailto:DPerez@perkinscoie.com>> wrote:

Andrew, We'd like to schedule the our rule 26(f) conference. What times next week are you available? We suggest Monday, Tuesday, or Wednesday at or after 2 p.m. Let us know and we'll send an invite. David David A. Perez | Perkins

Andrew,

We'd like to schedule the our rule 26(f) conference. What times next week are you available? We suggest Monday, Tuesday, or Wednesday at or after 2 p.m. Let us know and we'll send an invite.

David

David A. Perez | Perkins Coie LLP

Partner

Firmwide Chair of Business Litigation

Co-Chair Real Estate Litigation

1201 Third Avenue, Suite 4900

Seattle, WA 98101-3099

p: 206.359.6767

c: 206.618.4293

e:

DPerez@perkinscoie.com<mailto:DPerez@perkinscoie.com<mailto:DPerez@perkin scoie.com%3cmailto:DPerez@perkinscoie.com>>

https://urldefense.proofpoint.com/v2/url?u=http-3A__www.perkinscoie.com_dperez_&d=DwIGaQ&c=fMwtGtbwbi-K_84JbrNh2g&r=ibWWI1gKiD99hoWhgeMy-o-Zss2LbqQDeo7xhZc5JkF5M&m=gcDYn49xBI3Wbi0TJa37C9cRJNv0xVTO2TIoZJSyRbzqIQsIPβlEXSAOOCHK3CqZ&s=TQimwI,iMyT0h06wXjjv5XIXrRwkJGZFkA9eyoOJNbVU&e= |<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.perkinscoie.com_dperez_&d=DwMFAg&c=fMwtGtbwbi-K_84JbrNh2g&r=ibWWI1gKiD99hoWhgeMy-o-Zss2LbqQDeo7xhZc5JkF5M&m=HyaU0dNkf_BG8WiD6sQyOszhdkWfGGDgOoAUsBVYkbXHAPVsaWi32Eb5c4ITn-sff&s=YIK4gEapNWTNp9tEtmAAaWAvz8dVyLPrIs7MBq3Y7X&e=>

NOTICE.>

<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.perkinscoie.com_dperez_&d=DwMFAg&c=fMwtGtbwbi-K_84JbrNh2g&r=ibWWI1gKiD99hoWhgeMy-o-Zss2LbqQDeo7xhZc5JkF5M&m=HyaU0dNkf_BG8WiD6sQyOszhdkWfGGDgOoAUsBVYkbXHAPVsaWi32Eb5c4ITn-sff&s=YIK4gEapNWTNp9tEtmAAaWAvz8dVyLPrIs7MBq3Y7X&e=%3e

NOTICE.>

<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.perkinscoie.com_dperez_&d=DwMFAg&c=fMwtGtbwbi-K_84JbrNh2g&r=ibWWI1gKiD99hoWhgeMy-o-Zss2LbqQDeo7xhZc5JkF5M&m=HyaU0dNkf_BG8WiD6sQyOszhdkWfGGDgOoAUsBVYkbXHAPVsaWi32Eb5c4ITn-sff&s=YIK4gEapNWTNp9tEtmAAaWAvz8dVyLPrIs7MBq3Y7X&e=%3e

NOTICE.<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.perkinscoie.com_dperez_&d=DwMFAg&c=fMwtGtbwbi-K_84JbrNh2g&r=ibWWI1gKiD99hoWhgeMy-o-

Zss2LbqQDeo7xxhZc5JkF5M&m=HyaU0dNkf_BG8WD6sQyOszhdkWjGDgOoA UsBYYkbXHAPYsaWi32Pb5zcITTn-sfI&s=YlK4gPapNWTNp9tEbtmAAaWAvz8dVyLPrIs7MBq3V7Xs&e=%3e

NOTICE:>This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Exhibit O

# ASSET PURCHASE AGREEMENT

This Asset Purchase Agreement ("Agreement"), dated May 30, 2023 ("Effective Date") is between Epik Holdings, Inc., a corporation organized under the laws of the state of Washington ("Epik Holdings"), Epik, Inc., a corporation organized severally referred to as "Seller," on organized under the laws of the state of Washington ("Epik Opco"), Terra Host AS, a limited liability company organized under the laws of Norway ("Terra Host"), and Robert W. Monster, the majority and controlling stockholder of Epik Holdings ("Majority Stockholder"), and Epik LLC A Wyoming limited liability company ("Buyer"), Epik Holdings, Epik Opco, and Terra Host are sometimes individually, collectively, interchangeably, jointly, and severally referred to as "Seller," "Party" or "Parties" shall mean the parties to this Agreement.

## BACKGROUND

A.  WHEREAS, Seller's core business is providing domain name reservation, registration, web hosting, and email hosting services (the "Business"); and

B.  WHEREAS, ==Seller wants to sell to Buyer, and Buyer wants to purchase from Seller substantially all the assets==, and certain specified liabilities of the Business; and

C.  WHEREAS, the Parties have determined that it is in their mutual best interests to effectuate the transfer of the Business upon satisfaction of specific outstanding debt owed by the Seller; and

D.  WHEREAS, upon satisfaction of outstanding debt and release of all third-party interest in and to the assets necessary to perform the Business, the Seller will assign the Business to the Buyer subject to the terms and conditions set forth herein.

Now, in consideration of the mutual promises set forth below, and for the agreed upon purchase price, the parties agree as follows:

## AGREEMENT

1.  **Purchase and Sale.**

    a.  **Assets.** Subject to the terms and conditions of this Agreement, Seller agrees to sell, assign, transfer, and convey to Buyer, and Buyer agrees to purchase from Seller, free and clear of any liens, security interests, encumbrances and rights of others ("Encumbrances"), all of Seller's right, title, and interest in, to and under all of the assets, properties, and rights of every kind and nature, whether real, personal or mixed, tangible or intangible (including goodwill), wherever located and whether now existing or hereafter acquired (other than the Excluded Assets), which relate to, or are used or held for use in connection with, the Business ("Assets"), including but not limited to all assets listed on Exhibit A.

    b.  **Excluded Assets.** Notwithstanding the foregoing, Assets do not include the following (collectively, the "Excluded Assets"):

ASSET PURCHASE AGREEMENT

1

i.     any assets, properties, or rights of Seller not used or useful in the operation of the Business including but not limited to those specifically identified on Exhibit B;

ii.    the corporate seals, organizational documents, minute books, stock books, Tax returns, books of account or other records having to do with the corporate organization of Seller;

iii.   all retirement plans, employee incentive program, paid time-off, medical, dental, vision, or similar agreement, plan, policy, or program, whether or not reduced to writing, including each "employee benefit plan" within the meaning of Section 3(3) of ERISA (each, a "Benefit Plan") of Seller; and

iv.    the rights that accrue to Seller under this Agreement.

2.     **Purchase Price.**

a.     The total purchase price for the Assets is $4,905,700 USD ("Purchase Price"). The Purchase Price shall be allocated as follows:

i.     At the Closing, Buyer shall directly repay, or cause to be repaid, on behalf of Seller, all amounts necessary to discharge up to $1,618,038 USD of Seller valid indebtedness, verified to the satisfaction of Buyer, that exists at the time of Closing, including but not limited to payroll obligations and payments due to the Internet Corporation for Assigned Names and Numbers (ICANN) and Domain Registries attached as Exhibit C; and

ii.    Within 3 business days of Closing, Buyer shall repay, or cause to be repaid, on behalf of the Seller, all amounts necessary to discharge fully the then outstanding balance of the indebtedness of the Seller to TVT 2.0 LLC in the amount not to exceed $1,000,000 USD upon receipt of a fully executed Debt Settlement Agreement attached hereto as Exhibit D; and

iii.   Within 3 business days of Closing, Buyer shall repay, or cause to be repaid, on behalf of the Seller, all amounts necessary to discharge fully the then outstanding balance of the indebtedness of the Seller to Epik Northstar LLC in the amount not to exceed $1,000,000 USD upon receipt of a fully executed Debt Settlement Agreement attached hereto as Exhibit D; and

iv.    Within 3 business days of Closing, Buyer shall pay, or cause to be paid, on behalf of Seller, the amount of $307,000 USD to Matthew Adkisson (hereafter "Adkisson") in satisfaction of the current pending litigation: Matthew Adkisson v. Epik Holdings Inc et al (Case No.2:23-ca-495), upon receipt of a fully executed Debt Settlement Agreement attached hereto as Exhibit D; and

ASSET PURCHASE AGREEMENT

2

ASSET PURCHASE AGREEMENT

v.      At Closing, the Buyer will cause that $380,662 USD will be transferred to a designated escrow account ("Escrow Account"). Subject to Section 10 herein, the Escrow Account shall be used for the express purpose of Seller's satisfaction of operating debts and liabilities not assumed by Buyer, which shall include but are not limited to: creditors associated with Excluded Assets in Exhibit B attached hereto, advisors, lawyers, undisclosed and or unknown liabilities, and claims that require settlement post-Closing; and

vi.     The Purchase Price will be reduced by the amount of no more than $600,000 USD for Buyer's assumption of the Assumed Liabilities (defined below) subject to Section 3(a) of this Agreement and be deemed to be a reduction of the Purchase Price and be treated accordingly from accounting and tax purposes.

3.   **Liabilities.**

a.      Buyer DOES NOT AND WILL NOT assume, and expressly disclaims any assumption of indebtedness, liabilities, or obligations of any kind, whether known or unknown, contingent, matured, or otherwise, whether currently existing or hereafter arising, of the Business, the Assets, or Seller.

b.      Assumed Liabilities. Buyer shall assume debts owed to in-store creditors that have provided all documentation and other information required by any Governmental Authority under applicable "know-your-customer" and anti-money laundering rules and regulations, including the Patriot Act (the "Assumed Liabilities").

c.      Excluded Liabilities. The Excluded Liabilities shall include, without limitation, any and all Liabilities of Seller for (i) Taxes that were or are imposed on Seller in its capacity as owner of the Acquired Assets for any taxable period ending on or prior to the Closing Date; (ii) any Taxes that will arise as a result of the sale of the Acquired Assets pursuant to this Agreement, (iii) any employment Taxes paid or to be paid by Seller for any reason whatsoever, or (iv) any deferred Taxes of any nature.

4.   **Closing.**

The closing of the transactions contemplated by this Agreement will be completed in multiple stages (each stage collectively the "Closing") as follows: a) on the Effective Date the full execution and delivery of this Agreement and remotely by exchange of documents and signatures (or their electronic counterparts), including the full execution of Seller's Closing Deliverables in Part (b)(i) and Buyer's Closing Deliverables as more fully described below, and b) no later than 6:00 p.m. PST on May 31, 2023 Seller shall deliver the Debt Settlement Agreements fully executed by all parties as described in Part (b)(ii) of Seller's Closing Deliverables (hereinafter "Conditions Precedent").

a.  **Obligations Precedent.** The obligations of Parties under this Agreement to proceed with the Closing shall be subject to the satisfaction by each Party and as the case may be, on or prior to the Closing Date of each of the following obligations precedent:

   i.  Accuracy of Representations and Warranties. The representations and warranties set forth herein for each Party shall be true and correct on and as of the Closing with the same force and effect as though made on and as of that date.

   ii.  Performance and Compliance. Each Party shall have performed or complied in all material respects with each covenant and agreement to be performed or complied with by such Party under this Agreement on or prior to the Closing.

   iii.  Consents and Approvals. Each Party shall have obtained or made each consent, authorization, approval, exemption, filing, registration, or qualification, required to be obtained or made by it in connection with the execution, delivery, and performance of this Agreement and the consummation of the transactions contemplated by this Agreement.

b.  **Seller's Closing Deliverables.** At the Closing, Seller shall deliver to Buyer all of the following:

   i.  A counterpart to this Agreement, duly executed by signatories of Seller, Brian Royce on behalf of Epik Holdings, Inc, its subsidiaries and affiliates and Majority Shareholder, Rob Monster; and

   ii.  Fully executed Debt Settlement Agreements between Seller, Buyer and TVT 2.0, LLC and Seller, Buyer and Epik Northstar, LLC and Seller, Buyer and Matthew Adkisson attached collectively as <u>Exhibit D</u>; and

c.  **Buyer's Closing Deliverables.** At the Closing, Buyer shall deliver to Seller all of the following:

   i.  A counterpart to this Agreement, duly executed by Buyer; and

   ii.  Such other customary instruments of transfer, filings or documents, in form and substance reasonably satisfactory to Seller, as may be required to give effect to this Agreement.

c.  **Post Closing Deliverables.**

   i.  Within 7 days of the Closing, Buyer and Seller will work in good faith to submit the Assignment and Assumption Agreement to ICANN to effectuate the transfer of ICANN accreditation from Seller to Buyer subject to 5(b) below.

ASSET PURCHASE AGREEMENT

4

ii.     Such other customary instruments of transfer, filings or documents (including but not limited to ICANN approval of accreditation transfer and assignment of all registry agreements) in form and substance reasonably satisfactory to Buyer, as may be required to give effect to this Agreement.

iii.    Delivery of third party consents for the assignment and assumption of material contracts that Epik LLC agrees to assume.

iv.     Epik Holdings LLC and Epik, Inc. will change their names within 10 days after the Closing to remove any reference to the word 'Epik" or variation thereof.

v.      Following the Closing, the Seller shall provide, or cause to be provided, to the Buyer, all required and necessary software access that is currently necessary and required to perform the Business. Such access shall be granted to Buyer for two weeks after Closing and such access may be extended in two week increments as determined by Buyer.

vi.     Following the Closing, Seller shall permit Buyer to interview for hire all employees of Seller ("Seller's Employees"). Buyer shall be entitled at any time to hire Seller's Employees without liability or payment to Seller.

vii.    Following the Closing, Buyer shall provide to Seller all necessary software required to service non-Acquired Assets and Excluded Assets.

**5.    Completion of Transfer.**

a.      The entire beneficial interest in and to the Assets, regardless of when legal title thereto is transferred, passes to Buyer as of the Closing. All operations of the Business will be for the account of Seller up to the Closing and will be for the account of Buyer thereafter. If legal title to any of the Assets is not transferred at Closing, Seller shall hold such Assets as nominee only for the benefit of Buyer until such transfers are completed. If at any time after the Closing, Seller receives any payments included in the Assets and such payment should have been properly directed to Buyer under this Agreement, Seller shall promptly after receiving such payments remit same to the Purchaser on at least a daily basis.

b.      Leaseback. Upon Closing and subject to the terms of this Agreement, Buyer hereby grants to Seller for the amount of $1.00 USD per month, a limited lease, with no right to sub-lease, the Assets necessary to service current clients of Seller subject to 5(a), up to and until the ICANN accreditation has been transferred from Seller to Buyer. Such Leaseback shall terminate upon:

i.      successful transfer of ICANN accreditation from Seller to Buyer; or

ii.     unsuccessful transfer of ICANN accreditation from Seller to Buyer at which Seller will effectuate the transfer of all then current clients of Seller to Buyer in the mode and manner as determined by Buyer.

ASSET PURCHASE AGREEMENT

5

c.     The Buyer shall, until three (3) years after the Closing Date under this Agreement, have access to and the right to examine any of the Seller's directly pertinent books, documents, papers, or other records involving transactions related to this Agreement for the purpose of making audit, examination, excerpts, and/or transcriptions.

6.     **Seller's Representations and Warranties.**

Seller represents and warrants to Buyer that the statements contained in this Section 6 are true and correct as of the Closing Date. "Knowledge" and any similar phrases mean the actual or constructive knowledge of Seller, after due inquiry.

a.     **Authority.** Seller has the full right and authority to sell the Assets. Seller has full power and authority to enter into this Agreement and the documents to be delivered hereunder, to carry out its obligations hereunder and to consummate the transactions contemplated hereby. The execution, delivery, and performance by Seller of this Agreement and the documents to be delivered hereunder and the consummation of the transactions contemplated hereby have been duly authorized by all requisite corporate action on the part of Seller.

b.     **Assets.** All Assets will be transferred free and clear of any Encumbrance. The Assets are sufficient for the continued conduct of the Business after the Closing in substantially the same manner as conducted before the Closing and constitute all of the rights, property, and tangible and intangible assets necessary to conduct the Business as currently conducted.

c.     **No Conflict.** Seller is a corporation or limited liability company duly organized, validly existing, and in good standing under the Laws of the jurisdiction of its incorporation or formation. The signing of this Agreement will not violate (i) Seller's operating agreement, by-laws or articles of incorporation, (ii) violate or conflict with any Law; (iii) conflict with, or result in (with or without notice or lapse of time or both) any violation of, or default under, or give rise to a right of termination, acceleration, or modification under any contract that is part of the Assets and Assumed Liabilities ("Purchased Contracts"); or (iv) result in any Encumbrance on the Assets.

d.     **Disclosure.** Seller, to its knowledge, has disclosed to Buyer all material information that could reasonably be expected to have an adverse effect on Buyer's assumption, ownership, or use of the Assets. This includes: litigation, arbitration, default, court or government order, and violation of environmental safety or health law.

e.     **Intellectual Property.** "Intellectual Property" means and includes (i) patents, applications for patents (including divisions, provisionals, continuations, continuations in-part and renewal applications), and any renewals, extensions or reissues thereof, in any jurisdiction; (ii) inventions, discoveries and ideas, whether patentable or not in any jurisdiction; (iii) trademarks, service marks, brand names, certification marks, trade dress, assumed names, domain names, trade names and

ASSET PURCHASE AGREEMENT

6

other indications of origin, the goodwill associated with the foregoing and registrations in any jurisdiction of, and applications in any jurisdiction to register, the foregoing, including any extension, modification or renewal of any such registration or application; (iv) non-public information, trade secrets, know-how, formulae, processes, procedures, research records, records of invention, test information, market surveys, and confidential information, whether patentable or not in any jurisdiction and rights in any jurisdiction to limit the use or disclosure thereof by any Person; (v) writings and other works, whether copyrightable or not in any jurisdiction, and any renewals or extensions thereof, whether or not registered or registrable, and any similar intellectual property or proprietary rights; (vi) software, including all types of computer software programs, operating systems, application programs, software tools, firmware (including all types of firmware, firmware specifications, mask works, circuit layouts and hardware descriptions) and software imbedded in equipment, including both object code and source code, and all written or electronic data, documentation and materials that explain the structure or use of software or that were used in the development of software, including software specifications, or are used in the operation of the software (including logic diagrams, flow charts, procedural diagrams, error reports, manuals and training materials, look-up tables and databases), whether patentable or not in any jurisdiction and rights in any jurisdiction to limit the use or disclosure thereof and registrations thereof in any jurisdiction, and applications in any jurisdiction to register, the foregoing, including any extension, modification or renewal of any such registration or application; and (vii) any claims or causes of action (pending, threatened or which could be filed) arising out of any infringement or misappropriation of any of the foregoing.

i.     Seller owns or has the right to exercise all rights in the Intellectual Property Assets required to carry out the Business's anticipated activities. Seller's use of the Intellectual Property Assets does not infringe, violate, dilute, or misappropriate the rights of any individual, corporation, partnership, limited liability company, association, trust or other entity (each, a "Person"), and there are no claims pending or, to Seller's knowledge, threatened with respect to Seller's use of the Intellectual Property. No Person is infringing, misappropriating, diluting, or otherwise violating any of the Intellectual Property Assets.

ii.    Seller has secured, from all Persons (including present and former employees and contractors) who created any portion of or have any rights in any Intellectual Property Assets, enforceable written agreements providing for the assignment of such rights to Seller. Seller has taken commercially reasonable actions to protect its Intellectual Property Assets and to maintain the confidentiality of its trade secrets and proprietary information.

iii.   Seller has complied with all Laws and all internal and publicly posted policies concerning the collection, use, processing, storage, transfer, and security of personal identifiable information ("PII") in the conduct of the Business. Except as disclosed through due diligence, the past 24 months,

f.   **Contracts.** All Purchased Contracts are in full force and effect, subject to obtaining third party consents as may be required.

g.   **Taxes.** There are no reasonable grounds for the assertion or assessment of any additional Taxes against the Seller, the Business, or the Assets. "Taxes" includes all federal, state, local, and other taxes, fees, assessments or charges of any kind whatsoever, together with any interest, additions or penalties with respect thereto and any interest in respect of such additions or penalties.

h.   **Legal Proceeding.** There are no Actions of any nature pending or threatened against or by Seller other than the Assumed Liabilities (i) relating to or affecting Seller, the Business, or the Assets; or (ii) that challenges or seeks to prevent, enjoin or otherwise delay the transactions contemplated by this Agreement except for those Actions listed in Exhibit F and attached hereto.

i.   **Customers.** Seller has not received any notice, and has no reason to believe, that any of the current customers who have ordered services from Seller intends to cease after the Closing, to use the services of the Business or to otherwise terminate or materially reduce its relationship with the Business.

j.   **Compliance with Law.** To Seller's Knowledge, and subject to all violations and potential violations disclosed to Buyer during due diligence preceding the date of this Agreement, Seller has complied with, and maintained the Assets in compliance with, all applicable international, federal, state and local laws, rules, regulations, orders, rulings or similar requirements applicable to ownership and use of the Assets (collectively, "Laws").

k.   No Other Representations and Warranties. NEITHER SELLER NOR MAJORITY STOCKHOLDER HAS MADE, NOR SHALL SELLER OR MAJORITY STOCKHOLDER BE DEEMED TO HAVE MADE, AND NONE OF SELLER OR ITS DIRECTORS, MANAGERS, OFFICERS, EMPLOYEES, AGENTS, OR REPRESENTATIVES, OR MAJORITY STOCKHOLDER, SHALL BE LIABLE FOR OR BOUND IN ANY MANNER BY, ANY EXPRESS OR IMPLIED REPRESENTATIONS, WARRANTIES, GUARANTEES, PROMISES, OR STATEMENTS PERTAINING TO SELLER, MAJORITY STOCKHOLDER, THE ACQUIRED ASSETS, OR THE ASSUMED LIABILITIES, EXCEPT AS SPECIFICALLY SET FORTH IN THIS AGREEMENT.

7.   **Majority Stockholder.**

Majority Stockholder hereby represents, warrants, and covenants to Buyer Parties as follows:

i. He has the capacity to execute, deliver, and perform this Agreement and the other agreements to which he is a party as contemplated hereby, and each is enforceable against him in accordance with its terms and is in full force and effect.

ii. His execution, delivery, and performance of this Agreement and the other agreements to which he is a party as contemplated hereby will not violate any requirement of Law or contractual obligation binding on him.

iii. He has not declared, nor does he intend to, declare bankruptcy or the like.

iv. He fully understands the terms of this Agreement and the other agreements to which he is a party as contemplated hereby and the consequences of the execution and delivery hereof and thereof, has been afforded an opportunity to confidentially discuss it with his attorney, and has entered into this Agreement and the other agreements to which he is a party as contemplated hereby of his own free will and accord and without threat, duress, or other coercion of any kind by any Person.

8. **Buyer's Representations and Warranties.**

Buyer hereby represents and warrants that:

a. Buyer is a limited liability company, validly existing under the laws of Wyoming.

b. The signing of this Agreement will not violate any provisions of Buyer's articles of incorporation or bylaws.

c. Buyer has the requisite power, authority, approval and consents to execute and deliver this Agreement and to consummate the transactions contemplated hereby and to perform its obligations hereunder.

d. Non-Contravention. The execution, delivery, and performance of this Agreement by Buyer and the consummation of the transactions contemplated by this Agreement do not and will not (with or without notice or lapse of time or both) conflict with or violate the articles of organization or operating agreement of Buyer or any Law applicable to Buyer.

9. **Buyer's Closing Conditions.**

a. Buyer's obligation to close the transaction contemplated by this Agreement is, at Buyer's option, subject to the following conditions: (a) Seller's representations and warranties are true as of the Closing. (b) Seller has complied with the terms of this Agreement, including delivering each item set forth in Section 5(b) and

5(c), and (c) Buyer is satisfied, in its sole discretion, with the results of its due diligence review of the Assets.

b.  If the Conditions Precedent are not timely met, Buyer may immediately terminate this Agreement without any further liability or obligation, including payment of any sums due to Seller.

10.  **Liability of Non-Acquired Assets.**

Allocation of the Purchase Price under 2(a)(v) will be held for 12 months in an escrow account at an independent financial institution to be agreed by the Parties to be used solely for satisfaction of any claims against Seller. The Escrow Account will be administered by and in the sole discretion of a committee appointed by Epik Holdings and approved by Buyer, which cannot include anyone who is not wholly independent from the influence of Majority Stockholder or any of his affiliates or family members. The committee will be required to obtain advice from reputable legal counsel to determine how to administer and pay the claims, with $20,000 of the fund set aside for the cost of such counsel. The Escrow Account will terminate upon the earlier of settlement of all claims or one year. Any unclaimed funds will be distributed to Epik Holdings' secured creditors who were such as of Closing, pro rata. As further condition precedent to Seller's obligation to consummate the Closing, the committee shall be insured under a policy or policies owned by Epik Holdings.

11.  **Restrictive Covenants.**

a.  **Purpose.** Seller and Majority shareholder each acknowledge that Buyer is purchasing the Assets with the expectation of continuing the Business and continuing the services to the Business's existing and expected future customers and clients. Seller and Majority Stockholder each further acknowledges that Buyer has a legitimate business interests in preserving and protecting Buyer's (i) Confidential Information; (ii) goodwill, intellectual property, business plans, proprietary business processes, and proprietary methods of operation, vendors and vendor contacts, financial and marketing information, and Trade Secrets (as defined in the Uniform Trade Secrets Act); (iii) customers, customer lists, customer contacts, and referral sources; and (iv) relationships with its customers, client, and employees (collectively, the "Legitimate Business Interests"). Seller and Majority Stockholder each agrees that Buyer is entitled to a period of time to benefit from the purchase and that Seller should be restricted from competing with the Business or benefiting from the Confidential Information and goodwill obtained when Buyer purchased the Business.

b.  **Confidentiality.** Buyer and Seller party to that certain Confidentiality Agreement, dated December 21, 2022 ("NDA") under which the parties are required to keep confidential any information they receive in connection with the transactions contemplated by this Agreement. Seller and Majority Stockholder each acknowledges that from and after the Closing, they will keep all information

ASSET PURCHASE AGREEMENT

10

concerning the Business and the Assets confidential in accordance with the terms of the NDA.

c. Non-Compete. For the purpose of protecting Buyer's Legitimate Business Interests, for a period of 24 months after the Closing Date (the "Restricted Period") neither Seller, Officers of Seller and or Majority Stockholder shall Compete with the Business in the Restricted Area. Except in regards to only the Majority Stockholder and All Internet Inc and All.ca, the "Restricted Area" means domain name reservation, registration, web hosting, and email hosting services, "Compete" means to directly or indirectly solicit, sell, perform, or render any services or products in a Competitive Business, including as a proprietor, member, partner, investor, shareholder, director, officer, manager, employee, consultant, or independent contractor. "Competitive Business" means any business or service that a reasonable person would understand to be competitive with the Business in any way.

d. Non-Solicitation. During the Restricted Period, Seller and Majority Stockholder shall not (i) contact or solicit any of Buyer's or the Business's customers or clients for the purpose of establishing relationships for any Competitive Business; (ii) intentionally cause any customer to terminate any relationship with Buyer or the Business; or (iii) with respect to any vendor, supplier, or other business relation of the Business with whom Seller had contact, intentionally induce or attempt to induce any such party to cease doing business with Buyer or the Business. During the Restricted Period, Seller shall not (i) contact or solicit any of Buyer's or the Business's employees for the purpose of establishing relationships for any Competitive Business; or (ii) intentionally cause any employee to terminate any relationship with Buyer or the Business.

e. No Public Announcement. Unless required by Law, neither party will make any unilateral public announcement prior to the Closing regarding this Agreement or the transactions contemplated by it. The parties will cooperate in good faith to jointly announce the consummation of the transaction to the Company's employees, customers at a time and manner agreed upon by both Seller and Buyer.

## 12. Indemnification.

Notwithstanding Buyer's due diligence of the Assets, Seller shall defend, indemnify and hold Buyer harmless from and against any losses, claims, damages, liabilities, costs, and expenses (including reasonable attorneys' fees) (collectively, "Losses") arising from or relating to or from: (i) the ownership or operation of the Assets prior to the Closing Date; (ii) any misrepresentation by Seller or any breach of warranty by Seller; (iii) any non-fulfillment by Seller of any obligation in this Agreement; or (iv) any Taxes, Excluded Asset or Excluded Liability. For purposes of calculating the amount of any Losses resulting from a breach of any representation or warranty of this Agreement, all limitations and qualifications relating to "material" or "materiality" shall be disregarded.

13. **Termination.**

a. This Agreement may be terminated at any time prior to the Closing:

i. by mutual written agreement of the Parties;

ii. by Buyer (A) if there has been a material misrepresentation by Seller or Majority Stockholder under this Agreement or a material breach by Seller or Majority Stockholder of any of its warranties or covenants set forth in this Agreement or (B) if any of the conditions specified in Section 4 shall not have been fulfilled within the time required and shall not have been waived by Buyer or (C) at any time, for any reason or no reason by Buyer;

iii. by Seller (A) if there has been a misrepresentation by Buyer under this Agreement or a material breach by Buyer of any of its warranties or covenants set forth in this Agreement or (B) if any of the conditions specified in Section 4 shall not have been fulfilled within the time required and shall not have been waived by Seller; or

iv. by Buyer or Seller if the Closing shall not have occurred prior to June 2, 2023.

b. If this Agreement is terminated by either Party as provided in Section 13(a) or 13a(ii)(C) then no Party shall have any further obligations or liabilities under this Agreement except for obligations or liabilities arising from a breach of this Agreement prior to the termination or that survive the termination by their own terms, including the provisions under this Section 13.

14. **Miscellaneous.**

a. Non-waiver of Remedies. A party's failure or neglect to enforce any remedy available by reason of the other party's failure to observe or perform a term or condition set forth in this Agreement will not constitute a waiver of the term or condition. A waiver by a party (i) will not affect any term or condition other than the one specified in the waiver, and (ii) will waive a specified term or condition only for the time and in a manner specifically stated in the waiver. Except as expressly provided in this Agreement, and to the extent permitted by law, any remedies described in this Agreement are cumulative and not alternative to any other remedies available at law or in equity.

b. Expenses. Each party will pay its own expenses.

c. Specific Performance. The parties agree that harm would occur if the terms of this Agreement are breached. If this Agreement is breached, the non-breaching party may seek equitable relief, which includes injunctive relief. All other remedies will still be available to the non-breaching party under applicable law.

d.      Reliance: Either party is entitled to rely upon the promises and representations of the other party in this Agreement, which shall survive and extend beyond the Closing until the applicable statute of limitation. Notwithstanding the foregoing, as to matters as to which a party has given a notice of claim on or prior to the applicable survival date, such matters will survive the expiration of such period until such claim is finally resolved and any obligations with respect thereto are fully satisfied.

e.      Entire Agreement, Amendment, Modification. This Agreement and all attachments constitute the entire Agreement between the parties. Each party agrees that this Agreement supersedes and rescinds all prior agreements between them. This Agreement may not be amended, modified or discharged unless in writing and signed by both parties.

f.      Counterparts. This Agreement may be signed and delivered in counterparts, each of which shall be deemed an original, and all together deemed to be the same agreement. A signed copy of this Agreement delivered by facsimile, e-mail, or other means of electronic transmission has the same legal effect as delivery of an original signed copy of this Agreement.

g.      Governing Law. This Agreement, all transactions and all executed documents will be governed and enforced in the courts of Kootenai County, State of Idaho. EACH PARTY IRREVOCABLY WAIVES ANY AND ALL RIGHT TO TRIAL BY JURY IN ANY LEGAL PROCEEDING RELATED TO THIS AGREEMENT.

h.      Seller's Employees.  Buyer is not obligated to employ, or continue to employ, any past or current employee or independent contractor of Seller.

i.      No Third-Party Beneficiaries. This Agreement is for the sole benefit of the parties and will be binding upon each party's respective successors and assigns and not to any third-party.

j.      Severability. No other term or provision of this Agreement will be affected if a court determines that any term or provision of this Agreement is invalid, illegal, unenforceable.

k.      Notice. Any notices required under this Agreement shall be in writing.

l.      Rights and Remedies. Each Party shall have all rights and remedies allowable under Idaho law. The prevailing party in any legal proceeding involving this Agreement, is entitled to all reasonable attorneys' fees, court costs, and expenses to be paid by the non-prevailing Party.

m.      Expediency. Time is of the essence in this Agreement.

n.      Allocation of Purchase Price. At Closing, a final allocation schedule, substantially in the same form as Exhibit E ("Allocation Schedule"), shall be prepared in accordance with Section 1060 of the Internal Revenue Code and the regulations

ASSET PURCHASE AGREEMENT

13

thereunder. The Buyer and Seller agree to file Internal Revenue Service Form 8594, and all federal, state, local tax returns, in accordance with the Allocation Schedule. The Buyer and Seller each agrees to provide the other promptly with any other information required to complete Form 8594.

o.   Interpretation. For purposes of this Agreement, (a) the words "include," "includes," and "including" are deemed to be followed by the words "without limitation," (b) the word "or" is not exclusive; and (c) the words "herein," "hereof," "hereby," "hereto," and "hereunder" refer to this Agreement as a whole. This Agreement must be construed without regard to any presumption or rule requiring construction or interpretation against the party drafting an instrument or causing any instrument to be drafted.

[signature page follows]

The Parties agree that this Agreement has been executed as of the Effective Date.

**BUYER:**

Epik LLC

a Wyoming limited liability company



JM Spear, COO

Address: 784 S. CLEARWATER LOOP 287 FALLS, ID 83854

Email: JS@REGISTERED AGENTSINC.com

State of ID

County of Kootenai

On this 31 day of May , in the year of 2023, before me,

Richard Myers   a notary public, personally appeared JM Spear

(individual's name), personally known to me to be the person(s) whose name(s) is (are) subscribed to the within instrument, and acknowledged to me that he (she) (they) executed the same.

Richard Myers

Notary Public

My Commission Expires on   10-25-27

ASSET PURCHASE AGREEMENT

10

**SELLER:**

**Epik Holdings, Inc.,**

a Washington corporation

_Brian Royce_

Brian Royce, CEO

Address: 3100 Timmons Ln Suite 315 Houston TX

Email: b.royce@epik.com 77027

State of _TX_

County of _USA_

On this _30th_ day of _May_, in the year of 2023, before me, _Liza Bazargan_
_____ a notary public, personally appeared _Brian Royce_ (individual's name), personally
known to me to be the person(s) whose name(s) is (are) subscribed to the within instrument, and acknowledged to
me that he (she) (they) executed the same.



_Notary signature_

Notary Public

My Commission Expires on _June 21, 2025_

LIZA MARIE BAZARGAN
Notary ID #131675516
My Commission Expires
June 21, 2025

**SELLER:**

**Epik Holdings Inc**

a Washington corporation



Rob Monster, Majority Shareholder

Address: 3932 234TH AVE SE Sammamish WA

Email: ROB@MONSTERVENTURES.COM

State of WA

County of KING

On this 31st day of May , in the year of 2023, before me,

A. Andrew Tsai a notary public, personally appeared Rob Monster (individual's name), personally known to me to be the person(s) whose name(s) is (are) subscribed to the within instrument, and acknowledged to me that he (she) (they) executed the same.

A. TSAI
NOTARY PUBLIC
MY COMM. EXP. 08-22-2024
COMM. NO. 188734
STATE OF WASHINGTON

Notary Public

My Commission Expires on 08/22/2024

**SELLER:**

**Epik Inc**

a Washington corporation

_____
Brian Royce, CEO

Address: 5100 Trinquno Ln 315  Houston TX  77027

Email: b.royce@epik.com

State of TX

County of USA

On this 30th day of May, in the year of 2023, before me, Liza Bazargan, a notary public, personally appeared Brian Royce (individual's name), personally known to me to be the person(s) whose name(s) is (are) subscribed to the within instrument, and acknowledged to me that he (she) (they) executed the same.

LIZA MARIE BAZARGAN
Notary ID 133167516
My Commission Expires
June 21, 2025

**SELLER:**

**Terra Host AS**

a Norwegian limited liability company

_____
Andreas Haakonsen, CEO/President

**Address:** Bueråsen 19, 3241 Sandefjord, Norway
**Email:** andreas@terrahost.com
_____

State of  N/A  )

County of  NO  )

**EXHIBIT A**

**Assets**

The Assets to be transferred from Seller to Buyer under this Agreement that are necessary and required to conduct the Business includes but is not limited to the following: :

1. Epik Holdings Inc with all associated software, hardware and other assets.

2. Terrahost AS with all associated software, hardware and other assets including but limited: <u>Attachment "A".</u>

3. Epik Core Domains:
   a. epik.com
   b. epik.co
   c. epik.care
   d. epik.club
   e. epik.domains
   f. epik.email
   g. epik.gr
   h. epik.in
   i. epik.market
   j. epik.support
   k. epik.to
   l. epik.tv
   m. epik.uk
   n. epik.xyz

4. Epik Holdings Inc Domains:
   a. anonymize.com
   b. epikescrow.com
   c. epikapps.com
   d. epikdirectory.com
   e. epikdomains.com
   f. epikescrow.com
   g. epikinc.com
   h. epikmerch.com
   i. epikstores.com
   j. epiksucks.com
   k. epikwebhosting.com
   l. epikwiki.com
   m. nameliquidate.com
   n. terrahost.com
   o. terrahost.no
   p. dedicatedserverwebhosting.com
   q. domains-service.com

r. nameliquidate.com

s. reg617.com

t. trustratings.com

u. trustratings.org

5. Epik Redirect – Domain forwarding service for domains.

6. Epik RDAP – RDAP API to access Epik domains WHOIS information in accordance with ICANN requirements.

7. Epik Parking – Domain parking services for customers who have a domain but decide to park it instead of associating it with a website or email hosting.

8. Epik KYC – KYC (Know Your Client) microservice for identification and verification of customer's identity using veriff.com.

9. Epik ID Keycloak SSO – Keycloak is an open-source software product to allow sign sign-on with identity and access management throughout all application and services.

10. Epik EPP – API bridge between Epik Registrar and all supported registries.

11. Epik DNS – sever based on PowerDNS, Anycast IPs, and DNSDist Load Balancing.

12. Epik CMS – content management system (CMS) based on PHP programming language and Laravel web application framework. Used for marketing pages associated with Epik Core Domains, WHOIS, marketplaces entry pages, etc.

13. Login credentials for all: Domain Account Names, Web Hosting Accounts and Full Server Access (if applicable).

14. All databases, including customer or client lists that utilize the above named domains and website.

15. Login credentials (ie. Usernames and Passwords) for all Vendors, SaaS, CRM, Accounting, and Reporting accounts used for the Business:

    a. Jira: https://www.atlassian.com/software/jira

    b. Confluence: https://www.atlassian.com/software/confluence

    c. Bitbucket: https://bitbucket.org/product

    d. Gitlab: https://about.gitlab.com/

    e. Mailchimp: https://mailchimp.com/

    f. Zendesk: https://www.zendesk.com/

    g. 1Password: https://1password.com/

    h. Microsoft 365 https://office365.com/

    i. Hetzner: https://hetzner.com/

    j. Cloudflare: https://www.cloudflare.com/

    k. AWS: aws.amazon.com

l. Artifact HUB: https://artifacthub.io

m. Lightedge: Lightedge.com

16. Any and all accounts receivable and customer lists.

17. Any and all website content and all related electronics and hard copy tiles in use to maintain website content.

18. Any and all accounts that are currently in use with all email accounts/addresses and login credentials.

19. Any and all marketing accounts, social media accounts and any associated profiles and associated login credentials.

20. Any and all Intellectual Property owned by Epik Holdings Inc or subsidiary (not including Excluded Assets), including: Trademark "Epik" Serial #: 77221978.

21. All relevant phone numbers, relevant emails used by Seller, e.g. support@, info@, etc, in use to perform the Business.

22. All contracts with clients of Seller and any additional contracts Seller uses in order to perform the Business.

23. All hardware, software, data collection techniques, systems and processes used to maintain perform the Business and maintain domain customer registration and renewals.

24. All web hosting and data center agreements, software and equipment located at all physical location as identified by Seller and approved by Buyer.

25. All current customer/client domains under management (DUMs) of Seller.

26. All ICANN and Registry agreements, including all login credentials necessary to assign and or maintain these accounts

27. All Lease Agreements, service contracts and equipment contracts necessary to perform the business.

**EXHIBIT B**
**Excluded Assets**

1. Masterbucks LLC, Masterbucks.com (http://Masterbucks.com).

2. Amplifyx Holdings, Inc and its subsidiaries which includes Amplify Exchange LLC and amplify.io (http://amplify.io).

3. Toki Inc. and Toki.com (http://toki.com).

4. Fraktion and Fraktion.com (http://fraktion.com).

5. Orphans.com (http://orphans.com/) and associated software.

6. Kingdom Ventures Software and associated domains.

7. Lifeverse and all associated domains.

8. erise.org

9. federatedidentity.com

10. federatedidentity.com

11. dnencrypt.com

12. domaingraduate.com

13. armored.net

14. domainequity.com

15. bitmitigate.com

16. abusetek.com

17. customersupport.cohttps://identity.digital/our-story/

18. fullvenue.com

19. All Internet Inc and All.ca

20. Substratium LLC and subsidiaries

21. Kobalt Media LLC and subsidiaries

**EXHIBIT C**
**Accrued Operating Costs**

| Total Trade Debt | |
|---|---|
| Afilias(ID) | $79,831.14 |
| Afilias (Pir.org) | $2,041.12 |
| BKPR | $6,000.00 |
| Cira.ca | $1,000.00 |
| CentralNic | $89,801.27 |
| ChannelIsles | $310.00 |
| Credit Cards (Chase) | $196,462.03 |
| Datasales | $250,000.00 |
| ICANN | $47,064.10 |
| Identity Digital Inc | $382,730.40 |
| AHT Insurance | $38,537.63 |
| Global Domain International (.WS) | $680.00 |
| Global Registry Services LTD | $457.86 |
| GoDaddy | $49,297.50 |
| GoDaddy (.CO) | $21,742.00 |
| Godady (AUD) | $50.00 |
| Google | $575.80 |
| Formuefabrikken AS (ip4) | $150,000.00 |
| Light Edge | $98,320.00 |
| Nic Chile | $179.00 |
| One Registry | $1,345.00 |
| rrpProxy | $6,444.58 |
| Sedo | $53,061.63 |
| ST Registry | $2,319.90 |
| Tucows | $32,611.00 |
| VeriSign | $70,063.00 |
| Veriff | $20,763.40 |
| Zendesk | $16,349.85 |
| **Total** | **$ 1,618,037.35** |

**Balances as of 5.26.2023**

**EXHIBIT D**
**Debt Settlement Agreements**

**EXHIBIT E**

**Allocation Schedule**

**Form 8594:**

Class V – Furniture & Equipment: $2,000,000 or 40.75%

Class V – Software / Application: $2,452,850 or 50%

Class VI – Other Intangible Property: $453,350 or 9.25%

Class VII – Goodwill: 0%

ATTACHMENT "A"

Terrahost AS - Physical Equipment Asset List