# Exhibit A

| | |
|---|---|
| **From:** | Matt Adkisson |
| **To:** | Perez, David A. (SEA) |
| **Subject:** | Fwd: nourish.com domain |
| **Date:** | Wednesday, December 14, 2022 11:01:00 PM |
| **Attachments:** | 26D8EF08-3EB8-499C-BAD0-3AA185D0EA43.png<br>b0a1cff5f51176a5_0.1.1<br>b0a1cff5f51176a5_0.1.3<br>b0a1cff5f51176a5_0.1.2 |

---------- Forwarded message ---------
From: **Matt Adkisson** <madkisso@gmail.com>
Date: Wed, May 11, 2022 at 3:51 PM
Subject: Re: nourish.com domain
To: Rob Monster <rob@epik.com>
Cc: Tony Blessed <tony@epik.com>

Funding will be USD wire, if that works

On Wednesday, May 11, 2022, Rob Monster <rob@epik.com> wrote:

> Hi Matt,
>
> Your guys can fund anytime, but yes we are requesting the domain transfer from the registrant.
>
> What is the funding method?
>
> Regards,
> Rob
>
> 
>
> **Rob Monster | Founder and CEO**
>
> **Epik Holdings Inc.**
> Telegram: robmonster | Website:http://www.epik.com/
> Mobile: 1.425-765-0077 | WeChat: robmonster
> Skype: robertmonster | Twitter: robmonster
>
> On May 11, 2022 at 11:46:02 AM, Matt Adkisson (madkisso@gmail.com) wrote:
>
>> Ok, I created an account on the system. It looks like the next step is for the seller to transfer the domain to Epik. Let me know if there's anything I need to do in the meantime.
>>
>> Matt
>>
>> On Wed, May 11, 2022 at 10:25 AM Rob Monster <rob@epik.com> wrote:
>>
>>> Matt,
>>>
>>> Confirmed- transaction is initiated now.
>>>
>>> Regards,
>>> Rob



**Rob Monster | Founder and CEO**

**Epik Holdings Inc.**
Telegram: robmonster | Website:http://www.epik.com/
Mobile: 1.425-765-0077 | WeChat: robmonster
Skype: robertmonster | Twitter: robmonster

On May 11, 2022 at 10:07:00 AM, Matt Adkisson (madkisso@gmail.com) wrote:

> Just checked and they want me to handle the transaction since they are less familiar with the process and somewhat slower/old school, so you can use my email and I'll function as the buyer so I can review and sign any docs. The wire will come from my account and I'll true it up with them on the back end.
>
> Matt
>
> On Wed, May 11, 2022 at 9:49 AM Rob Monster <rob@epik.com> wrote:
>
>> Matt,
>>
>> What is the buyer's email address? We will initiate the escrow transaction and route it accordingly.
>>
>> Our escrow service is #1 in the industry - 4.9 stars on TrustPilot. We are also an accredited registrar which is the other way we protect buyer and seller as we take actual delivery of the domain, unlike Sedo or Escrow.com.
>>
>> Regards,
>> Rob
>>
>> 
>>
>> **Rob Monster | Founder and CEO**
>>
>> **Epik Holdings Inc.**
>> Telegram: robmonster | Website:http://www.epik.com/
>> Mobile: 1.425-765-0077 | WeChat: robmonster
>> Skype: robertmonster | Twitter: robmonster
>>
>> On May 11, 2022 at 9:10:37 AM, Matt Adkisson (madkisso@gmail.com) wrote:
>>
>>> Hi Rob -
>>>
>>> Ok, we can make $327K gross work. Go ahead and set up escrow. What info do you need from our side - signature block for the purchasing entity? Do you have a standard escrow agreement we could get a jump on reviewing? I assume Epik offers the same type of escrow services as Sedo and others where you'd take custody of the domain prior to release of funds.
>>>
>>> Matt
>>>
>>> On Wed, May 11, 2022 at 7:55 AM Rob Monster <rob@epik.com> wrote:

Hi Matt,

Yes, we are authorized to sell it for $300K net to seller, which means $327K gross at our 9% commission. If that is approved, we can get it done for you today.

In case not aware, the seller has a unique situation which requires clearing through Epik. He changes his mind often so if you want to get this done, now is your chance. Please confirm and will set up escrow.

Also, due to the seller's extreme privacy concerns, Epik will be the seller in this case. The transaction will have buyer assurance throughout.

Check in anytime.

Regards,
Rob

**Rob Monster | Founder and CEO**

**Epik Holdings Inc.**
Telegram: robmonster | Website:http://www.epik.com/
Mobile: 1.425-765-0077 | WeChat: robmonster
Skype: robertmonster | Twitter: robmonster

On May 11, 2022 at 7:30:13 AM, Matt Adkisson (madkisso@gmail.com) wrote:

> Hi Rob,
>
> I was helping a friend/client of mine purchase Nourish.com earlier this year. We'd been working with Negar at Sedo but then Sedo banned Russian sellers from the platform which left us in a bit of a bind. It looks like the domain has been re-listed with Epik. If you have a way to handle the logistics of a transaction, we'd be interested in re-engaging to see if we can make it work. Let me know if you have a few minutes to discuss.
>
> Thanks,
> Matt
> 617-875-8641

# Exhibit B

| | |
|---|---|
| **From:** | Matt Adkisson |
| **To:** | Perez, David A. (SEA) |
| **Subject:** | Fwd: #48913 Escrow transaction started for Nourish.com |
| **Date:** | Wednesday, December 14, 2022 11:00:42 PM |
| **Attachments:** | Screenshot of Epik internal escrow site.png |

[redacted]

---------- Forwarded message ---------
From: **Epik Registrar** <support@epik.com>
Date: Wed, May 11, 2022 at 1:19 PM
Subject: #48913 Escrow transaction started for Nourish.com
To: <madkisso@gmail.com>

Epik.com

Legendary Customer Support: 206-826-2345

Epik.com

Building Domains. Building Markets.

Hello,

This confirms that a transaction has begun for the following domain asset:

| Domain | Purchase Price |
|---|---|
| Nourish.com | 327,000.00 USD |
| **Total:** | $327,000.00 |

- The buyer: madkisso@gmail.com payment currency: USD
- The seller: rob@epik.com payment currency: USD
- The broker: N/A

The escrow fee will be paid by: Seller.

The buyer should confirm their payment method and the timing of funding.

To accept the transaction click on the link below:

https://escrow.epik.com/tr-status/YToyOntzOjI6Im kIjtzOjU6IjQ4OTEzIjtzOjU6ImVtYWlsIjtzOjE4OiJtYWRraXNzb0BnbWFpbC5jb20iO30

Epik Holdings Inc
1100 Bellevue Way NE
Bellevue, WA 98004, USA

Email: support@epik.com
Website: www.epik.com
Tel: 206-826-2345

To ensure delivery to your inbox, please add newsletter@epik.com to your address book.

Exhibit C

**From:** Matt Adkisson
**To:** Perez, David A. (SEA); Marcelo, Christian W. (SEA)
**Subject:** Fwd: Nourish.com transaction
**Date:** Monday, March 6, 2023 10:09:26 AM

---------- Forwarded message ----------
From: **Matt Adkisson** <madkisso@gmail.com>
Date: Friday, December 2, 2022
Subject: Nourish.com transaction
To: Brian Royce <brian@epik.com>
Cc: Brian Royce <brianroyce@epik.com>, Chris Marston <cmarston@exemplarcompanies.com>, Eric Geppert <egeppert@exemplarlaw.com>, "Perez, David A. (Perkins Coie)" <DPerez@perkinscoie.com>

Hey Brian, hope all is well. I assume no luck with the seller, unfortunately.

We appreciate the multiple attempts that Epik has made on this. At this point the direction from my side is to call it a day and move on. Let me know what information you need from us to return the funds held in escrow.

Matt

On Tue, Nov 22, 2022 at 5:05 PM Brian Royce <brian@epik.com> wrote:

> Actually I am trying to get him to take 20btc but we will see at this time he has not responded. But I will continue to press. I am hoping I will have an answer before the end of the week.
>
> On Nov 21, 2022, at 2:43 PM, Matt Adkisson <madkisso@gmail.com> wrote:
>
> Hey Brian - thanks for the update. Any luck with the seller last week?
>
> Matt
>
> On Mon, Nov 14, 2022 at 1:51 PM Brian Royce <brian@epik.com> wrote:
>
> > Hello Matt,
> >
> > I can not deliver cash to Russia that is not possible so I will discuss another option with our client and hopefully that works if it does not work then we of course will return the funds. I will talk to you this week about that and get the timing dialed in.
> >
> > On Nov 14, 2022, at 9:09 AM, Matt Adkisson <madkisso@gmail.com> wrote:
> >
> > Hi Brian,
> >
> > Thanks for making the time to meet up with Negar for lunch on Friday. I just wanted to follow up and confirm that we want to withdraw the full

amount of funds in escrow ($327k) for Nourish.com. I appreciate Rob's efforts but given the latest geopolitical challenges in Russia it looks like it's best for us to pursue the closing via another payment channel.

The incoming wire to Epik was sent from our Chase account on 5/27/2022.

Please wire the funds back to this Bank of America account:

Name: Matt Adkisson
Address: [REDACTED]

<image.png>
I can be reached at [REDACTED] to voice verify the information as needed. Let us know if there are any other forms we need to fill out.

Thanks,
Matt

# Exhibit D

VZW Wi-Fi
2:04 AM
34%
1099
BR
RM
2 People
iMessage
Tue, Oct 18, 10:23 AM
Rob Monster
Connecting Brian Royce and Matt Adkisson via sms to coordinate nourish.com offshore purchase closing mechanics.
Tue, Oct 18, 12:48 PM
Brian Royce
Hello
Matt we need to talk
Hey Brian! Yes- when are you free?
Brian Royce
Not at this moment on a call
Ok ping me when free, I'm flexible most of the day
Wed, Oct 19, 12:16 PM
Hey Brian, let me know whenever you are free to sync for 5 mins...I'm
iMessage
Cash

VZW Wi-Fi
2:04 AM
34%
1099
BR
RM
2 People
Hey Brian, let me know whenever you are free to sync for 5 mins...I'm open most of today until late
Mon, Oct 24, 4:49 PM
Hey Brian, can we sync whenever you have 15 minutes free this week?
Tue, Oct 25, 2:52 PM
Brian Royce
Hello Matt - I am getting 40+ text messages per day
I am free later today if you want to talk
BR
Tue, Oct 25, 4:08 PM
Yikes - thanks for getting back to me. I'm on a plane until 4pm pst but could talk any time after that or any time tomorrow, just let me know what works. Should just take a few minutes
iMessage
Cash

VZW Wi-Fi
2:07 AM
32%
1099
BR
RM
2 People
Thu, Nov 3, 2:58 PM
Hey Brian, any chance we can carve out 5-10 mins to quickly sync tonight or tomorrow or this weekend? I know you're probably still swamped - let me know any time and I'll accommodate
We still have the $327k in escrow @ Epik and I'm starting to field more intense questions about status from my side
Tue, Dec 6, 1:43 PM
Hey Brian - just wanted to make sure you saw my email last Friday about return of escrow.
Tue, Dec 6, 3:20 PM
Brian Royce
Yes Matt we are getting things sorted out and your funds will be returned uim short order
BR
Thanks - much appreciated
iMessage
Cash

Exhibit E



January 11, 2023

David A. Perez
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Email: DPerez@perkinscoie.com.

Re: Matthew Adkisson

Dear Mr. Perez:

On behalf of Epik Holdings, Inc., Epik shall pay the debt owed to Mr. Adkisson in two installments, one on January 12, 2023, in the amount of $20,000, and the other no later than January 31, 2023, in the amount of $307,000. If this is acceptable to Mr. Adkisson, please let me know as soon as possible so the wire transfer of the first installment can be finalized and sent tomorrow.

Sincerely,

**Exemplar Law, LLC**

Eric J. Geppert
Managing Director
Corporate & Transactions

cc: Brian Royce
Rob Monster
Jonathan Stevens, Esq.