THE HONORABLE LAUREN KING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| MATTHEW ADKISSON, an individual,<br><br>             Plaintiff,<br><br>   v.<br><br>EPIK HOLDINGS, INC., a Washington Corporation; EPIK INC., a Washington Corporation; MASTERBUCKS LLC, a Wyoming company; ROBERT W. MONSTER, an individual; and BRIAN ROYCE, an individual,<br><br>             Defendants. | No. 2:23-cv-00495 LK<br><br>STIPULATION FOR DISMISSAL OF ACTION<br><br>NOTE ON MOTION CALENDAR:<br>2nd day, June, 2023 |

TO:     The Clerk of the Court

Plaintiff Matthew Adkisson and defendants Epik Holdings, Inc., Epik, Inc. Masterbucks LLC, and Brian Royce, being the only parties who have appeared in this action, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-entitled action shall be dismissed with prejudice and without costs to any party.

The Clerk of the Court is hereby requested to enter this dismissal in the records of the Court.

STIPULATION FOR DISMISSAL OF
ACTION (NO. 2:23-CV-495 LK)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

162373686.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

DATED this 2nd day of June, 2023

s/ *Andrew R. Escobar*
Andrew R. Escobar, WSBA No. 42793
Meryl A. Hulteng, WSBA No. 58806
**Seyfarth Shaw LLP**
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
Phone: (206) 946-4910
Email: aescobar@seyfarth.com
Email: mhulteng@seyfarth.com
*Attorneys for Defendants Epik Holdings, Inc.,*
*Epik Inc., Masterbucks LLC and Brian Royce*

s/ *David A. Perez*
David A. Perez, WSBA No. 43959
Christian W. Marcelo, WSBA No. 51193
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: DPerez@perkinscoie.com
E-mail: CMarcelo@perkinscoie.com

*Attorneys for Plaintiff Matthew Adkisson*

STIPULATION FOR DISMISSAL OF
ACTION  (NO. 2:23-CV-495 LK) – 1

162373686.1

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on June 2, 2023, I electronically filed the foregoing

STIPULATION FOR DISMISSAL OF ACTION with the Clerk of the Court using the CM/ECF

system, which will send notification of such filing to the following attorney(s) of record:

| | |
|---|---|
| Andrew Ramiro Escobar<br>SEYFARTH SHAW LLP (SEA)<br>999 THIRD AVE STE 4700<br>SEATTLE, WA 98104<br>206-946-4910<br>aescobar@seyfarth.com | Meryl Hulteng<br>SEYFARTH SHAW LLP (SEA)<br>999 THIRD AVE STE 4700<br>SEATTLE, WA 98104<br>206-946-4910<br>mhulteng@seyfarth.com |

I further certify that I caused service to be made on the following non-CM/ECF

participants by the method(s) indicated:

| | |
|---|---|
| Robert Monster<br>*Pro Se*<br><rob@epik.holdings> | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>___ Other: _____ |

DATED this 2nd day of June, 2023.

_s/ David A. Perez_____
David A. Perez

CERTIFICATE OF SERVICE
(NO. 2:23-CV-495 LK) – 1

162373686.1