THE HONORABLE ROBERT J. BRYAN

MAGISTRATE JUDGE DAVID W. CHRISTEL

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| EASTWEST GOLD CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INNOVATIVE REPAIRS, LLC,<br><br>Defendant. | No. 3:19-cv-05442-RJB-DWC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT (DKT. 17) AND MOTION TO APPROVE CONSENT JUDGMENT (DKT. 18) |

## ORDER AND JUDGMENT

THIS MATTER comes before the Court on Plaintiff EastWest Gold Corporation's ("EastWest") Motion for Judgment (Dkt. 17) and Motion to Approve Consent Judgment (Dkt. 18). The Court has reviewed the motions (Dkts. 17, and 18), Confession of Judgment (Dkt. 17), attached Settlement Agreement (Dkt. 17, at 10, *et seq.*), Declarations of EastWest or its counsel (Dkts. 19, 20, and 21), EastWest's Reply brief and attached declarations (Dkts. 23, 24, and 25), and the records and files herein, including without limitation the consent herein. Although the Court renoted the instant motions to afford Defendant an opportunity to respond (Dkt. 22), Defendant did not file any response.

For good cause shown, the Court finds that the above confession is sufficient pursuant to RCW 4.60, *et seq.* to establish judgment against Defendant Innovative Repairs, LLC ("Innovative"). Innovative confesses judgment in favor of EastWest for money due and owing to

EastWest. Innovative has voluntarily and knowingly waived any and all rights to appeal the entry and/or enforcement of the Judgment and has also agreed that this Judgment may be entered without notice of presentation, provided that EastWest has fulfilled the notice of default requirements under the Settlement Agreement. Based on Innovative's admissions, the Court adopts as findings of fact that the Judgment entered herein is based upon Innovative having failed to tender full and prompt payment to EastWest as required by the Settlement Agreement entered into between Innovative and EastWest on October 18, 2019.

Now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that EastWest's Motion for Judgment (Dkt. 17) and Motion to Approve Consent Judgment (Dkt. 18) are GRANTED;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that EastWest is granted Judgment against Innovative in the principal amount of $290,938.00 and prejudgment interest in the amount of $105,045.00;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that EastWest is authorized to obtain Writs of Garnishment and/or Writs of Attachment, directing the County Sheriff to execute on any of Innovative's non-exempt real or personal property and to execute against any real or personal property of Innovative not exempt from execution, as so permitted by Washington law regarding supplemental proceedings. All other rights are expressly reserved by EastWest.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Judgment shall accrue interest at the rate of twelve percent (12%) per annum at all times until paid in full; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that EastWest may submit fee applications to this Court for an award of attorney fees and costs incurred as part of enforcement of the underlying action and EastWest's entry of this Judgment and for its efforts to collect on this Judgment in the future.

ORDER AND JUDGMENT BY CONFESSION
(No. 3:19-cv-05442-RJB-DWC) - 2

147956047

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 20th day of May, 2020.

*[signature]*

ROBERT J. BRYAN
United States District Judg

Presented by:

PERKINS COIE, LLP


By: s/ Mallory Gitt Webster
Eric J. Weiss, WSBA No. 44807
Mallory Gitt Webster, WSBA No. 50025
Attorneys for Plaintiff EastWest Gold Corporation

Previously approved as to form and signed by Stephen A. Burnham, attorney for Defendant Innovative Repairs, LLC, as part of the October 18, 2019, Settlement Agreement filed as Ex. A to Confession of Judgment, ECF No. 17 (Apr. 24, 2020).