THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW ADKISSON, an individual,<br><br>         Plaintiff,<br><br>    v.<br><br>EPIK HOLDINGS, INC., a Washington Corporation; EPIK INC., a Washington Corporation; MASTERBUCKS LLC, a Wyoming company; ROBERT W. MONSTER, an individual; and BRIAN ROYCE, an individual,<br><br>         Defendants | No. 2:23-cv-00495 LK<br><br>**JUDGMENT BY CONFESSION**<br><br>**[PROPOSED]**<br><br>NOTE ON MOTION CALENDAR:<br>**JUNE 4, 2024** |

    This matter came before the Court on Plaintiff Matthew Adkisson's Motion for Entry of Judgment by Confession, through which Adkisson requests entry of judgment pursuant to a Confession of Judgment executed by defendant Robert Monster ("Monster"). The Confession of Judgment was filed together with Adkisson's motion and a copy is attached as Exhibit A to this Judgment.

    Based on Monster's Confession of Judgment and the order appended thereto, the Court enters judgment as follows:

    1.    Plaintiff Matthew Adkisson is awarded judgment against defendant Robert Monster on Adkisson's claims for breach of contract, fraudulent misrepresentation, breach of

JUDGMENT BY CONFESSION
(NO. 2:23-CV-495 LK) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

fiduciary duty, violations of Washington's Consumer Protection Act (RCW 19.86.020, et. seq), violations of the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(a), (c) and (d); unjust enrichment, and conversion **in the total amount of $437,505.00**, consisting of the principal amount of $300,000.00, prejudgment interest in the amount of $8,000.00 and attorneys' fees and costs in the amount of $129,505.00.

      2.     This Judgment shall accrue interest at the rate of twelve percent (12%) per annum at all times until paid in full.

      3.     Except to the extent included within the sum reflected in paragraph 1 above, Adkisson may submit fee applications to this Court for an award of attorney fees and costs incurred as part of entry of this Judgment and for its efforts to collect on this Judgment in the future.

DATED this _____ day of _____, 20__.

 

_____
United States District Judge

Presented by:

s/ David A. Perez_____
David A. Perez, WSBA No. 43959
Christian W. Perez, WSBA No. 51193
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: DPerez@perkinscoie.com
E-mail: CMarcelo@perkinscoie.com

Attorneys for Plaintiff Matthew Adkisson

JUDGMENT BY CONFESSION
(NO. 2:23-CV-495 LK) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on June 4, 2024, I electronically filed the foregoing JUDGMENT BY CONFESSION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record:

> Andrew Ramiro Escobar
> Meryl Hulteng
> SEYFARTH SHAW LLP (SEA)
> 999 THIRD AVE STE 4700
> SEATTLE, WA 98104
> 206-946-4910
> aescobar@seyfarth.com
> mhulteng@seyfarth.com

I further certify that I caused service to be made on the following non-CM/ECF participants by the method(s) indicated:

| Robert Monster<br>*Pro Se*<br>&lt;rob@monsterventurepartners.com&gt; | ___ Via hand delivery<br>_X_ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>___ Other: _____ |
|---|---|

DATED this 4th day of June, 2024.

*/s/ June Starr*
June Starr

---

CERTIFICATE OF SERVICE
(NO. 2:23-CV-495 LK) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# EXHIBIT A

THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW ADKISSON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EPIK HOLDINGS, INC., a Washington Corporation; EPIK INC., a Washington Corporation; MASTERBUCKS LLC, a Wyoming company; ROBERT W. MONSTER, an individual; and BRIAN ROYCE, an individual,<br><br>　　　　　Defendant. | No. 2:23-cv-00495-LK<br><br>CONFESSION OF JUDGMENT BY ROBERT W. MONSTER |

## **VERIFIED CONFESSION OF JUDGMENT**

Defendant Robert W. Monster confesses judgment in favor of Plaintiff Matthew Adkisson and authorizes the Court to enter judgment against Monster and in favor of Adkisson and grant monetary relief on the following terms

| | |
|---|---|
| Judgment Creditor: | Matthew Adkisson |
| Judgment Debtor: | Robert W. Monster |
| Principal Judgment Amount: | $100,000.00 less amounts paid by Monster pursuant to the parties' Settlement Agreement and Consent to Entry of Judgment ("Settlement Agreement") |

CONFESSION OF JUDGMENT BY DEFENDANT
MONSTER AND ORDER DIRECTING ENTRY OF
JUDGMENT (NO. 2:23-CV-00495-LK) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| Trebled Damages: | Trebled damages amounting to trebled Principal Judgment Amount |
| Interest: | Interest on Principal Judgment Amount at a rate of 8% per annum accruing from June 1, 2023 |
| Attorneys' Fees: | Full attorneys' fees in connection with case No. 2:23-cv-00495-LK and enforcement of this Confession of Judgment. |
| Costs: | All costs in connection with case No. 2:23-cv-00495-LK and enforcement of this Confession of Judgment. |
| **TOTAL JUDGMENT AMOUNT:** | $300,000 plus Interest, Attorneys' Fees and Costs |
| This Judgment shall bear interest from the date of entry at the rate of twelve percent (12%) per annum, or the highest rate allowed by law, until satisfied. | |

This Confession of Judgment is for a sum that is justly due or that shall become due, as shown by the following facts:

1. In May 2022, plaintiff Matthew Adkisson wired $327,000.00 to be held in escrow (the "Escrow Funds") by defendant Robert Monster, the founder and majority owner of Epik Holdings, Epik Inc., and Masterbucks LLC (collectively, "Epik"), for the purchase of a domain name. Adkisson requested the return of his Escrow Funds on December 2, 2022. The Escrow Funds were not used for the purchase of the domain name, and $307,000 of the Escrow Funds were not returned to Adkisson.

2. Adkisson filed suit on March 31, 2023 in the United Stated District Court for Western District of Washington in Seattle, No. 2:23-cv-00495-LK regarding the misappropriation of the Escrow Funds asserting claims for breach of contract, fraudulent misrepresentation, breach of fiduciary duty, violations of Washington's Consumer Protection Act (RCW 19.86.020, *et. seq*), violations of the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(a), (c) and (d); unjust enrichment, and conversion. Adkisson sought trebled damages (per 18 U.S.C. § 1964), pre- and post-judgment interest, attorneys' fees, and costs.

CONFESSION OF JUDGMENT BY DEFENDANT MONSTER AND ORDER DIRECTING ENTRY OF JUDGMENT (NO. 2:23-CV-00495-LK) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. On June 1, 2023, Adkisson and Monster entered into a Settlement Agreement and Consent to Entry of Judgment to resolve their dispute which required that Monster pay Adkisson the total amount of $100,000.00 by May 31, 2024, with 8% interest accruing from June 1, 2023.

4. In the event of a default under the Settlement Agreement by Monster, and pursuant to the terms of the Settlement Agreement, Monster authorizes the Court to enter Judgment against him and in favor of Adkisson for the sum of $100,000.00, trebled, subject to offset for any amounts paid by Monster to Adkisson under the Settlement Agreement, for accrued interest from June 1, 2023, and for attorneys' fees and costs. The judgment amount shall itself bear interest from the date of the entry at the rate of twelve percent (12%) per annum, or the highest rate allowed by law, until satisfied.

5. Monster admits and acknowledges that the debt to Adkisson arises out of his failure to make the payments to Adkisson as required by the Settlement Agreement, and that the debt is justly and presently due. In entering this Confession of Judgment, Monster stipulates that the foregoing may be treated as a finding of fact by the Court upon entering this Confession of Judgment.

6. Monster agrees that this Confession of Judgment is consent to final judgment, that jurisdiction is not contested, that venue is proper, and that there are no defenses to entry of this Judgment, and that there shall be no just reason for delay of entry.

7. Monster also agrees that entry of this Confession of Judgment does not require personal service and requires only five (5) days' written notice (which may be by e-mail) to Monster or his counsel. Monster further agrees that the Confession of Judgment may be entered without the necessity of hearing or prejudgment presentment, as authorized by RCW 4.60 *et seq.*

CONFESSION OF JUDGMENT BY DEFENDANT
MONSTER AND ORDER DIRECTING ENTRY OF
JUDGMENT (NO. 2:23-CV-00495-LK) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

8. This Confession of Judgment arises out of a settlement and compromise of Plaintiff's claims in matter No. 2:23-cv-00495-LK. As a material inducement for plaintiff to settle and compromise those claims, Monster agreed to enter into this Confession of Judgment, which Plaintiff can file with the Court in the event Monster fails to perform under the terms of the Settlement Agreement.

I state under oath that the facts set forth above are true to the best of my knowledge and belief.

DATED this __1st__ day of __June__, 20__23__.

*Robert Willem Monster*
_____
*ROBERT MONSTER*

STATE OF ~~WASHINGTON~~ Virginia  ) *6CM*
COUNTY OF ~~KING~~ Prince William ) ss. *6CM*

On this __1st__ day of June 2023, personally appeared before me Robert Monster personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is signed above. Robert Monster signed this document in my presence and acknowledged to me that he *is a defendant in the above-captioned action, and* signed this document voluntarily for its stated purpose.

SUBSCRIBED AND SWORN to before me this __1st__ day of June, 2023, by __Robert Willem Monster__.

CONFESSION OF JUDGMENT BY DEFENDANT MONSTER AND ORDER DIRECTING ENTRY OF JUDGMENT (NO. 2:23-CV-00495-LK) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000


Notarized online using audio-video communication

_____
(Signature of Notary)

Emon Christian Moore
_____
(Print or stamp name of Notary)

NOTARY PUBLIC in and for the State of ~~Washington~~ Virginia

My Commission Expires: 09/30/2026

**ASSENT BY PLAINTIFF**

Plaintiff Matt Adkisson assents to the entry of the above Confession of Judgment authorized by defendant Robert Monster

DATED this ___1st___ day of ___June___, 20__23__.

_____
MATT ADKISSON

Commonwealth of Virginia
County of Prince William

The foregoing instrument was subscribed and sworn before me on 06/01/2023 by Matthew Adkisson.

My commission expires: 09/30/2026
Notarized online using audio-video communication

_____
Notary Public

CONFESSION OF JUDGMENT BY DEFENDANT MONSTER AND ORDER DIRECTING ENTRY OF JUDGMENT (NO. 2:23-CV-00495-LK) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## **ORDER**

The above Confession of Judgment having been presented to this Court for entry pursuant to motion and in accord with the procedures set forth in RCW 4.60.070, and the Court having found said Confession of Judgment to be sufficient and prepared in accord with the procedures required by Washington law, now, therefore, it is hereby

ORDERED that the Clerk of this Court shall forthwith enter Judgment against defendant _____ in accord with the terms of the Confession of Judgment, in the form attached hereto as Exhibit A.

DATED this \_\_\_\_\_ day of _____, 20\_\_.

_____
United States District Judge

Presented by:

s/ *David A. Perez* WSBA #43959
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206-359-8000
Fax:  206-359-9000
E-mail:  DPerez@perkinscoie.com

Attorneys for Plaintiff Matt Adkisson
CONFESSION OF JUDGMENT BY DEFENDANT MONSTER AND ORDER DIRECTING ENTRY OF JUDGMENT (NO. 2:23-CV-00495-LK) – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000