THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW ADKISSON, an individual, | No. 2:23-cv-00495 LK |
| Plaintiff, | DECLARATION OF MATTHEW ADKISSON |
| v. | |
| EPIK HOLDINGS, INC., a Washington Corporation; EPIK INC., a Washington Corporation; MASTERBUCKS LLC, a Wyoming company; ROBERT W. MONSTER, an individual; and BRIAN ROYCE, an individual, | |
| Defendants. | |

I, Matthew Adkisson, declare as follows:

1. I am the plaintiff in this lawsuit and make this declaration based on personal knowledge.

2. On June 1, 2023, the parties to this lawsuit executed a Settlement Agreement and Consent to Entry of Judgment (the "Settlement Agreement"). Per the terms of the Settlement Agreement, the parties stipulated to the dismissal of this lawsuit, and the lawsuit was dismissed on June 2, 2023.

ADKISSON DECLARATION (NO. 2:23-CV-00495 LK) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

3. Under paragraph 2 of the Settlement Agreement, one of the defendants, Robert Monster, agreed to make payment to me in the amount of $100,000 plus interest by May 31, 2024. Mr. Monster has not fulfilled this obligation and has not made any payments to me.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED this 4th day of June 2024

*Matt Adkisson* (DocuSigned)
Matthew Adkisson

ADKISSON DECLARATION (NO. 2:23-CV-00495 LK) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on June 4, 2024, I electronically filed the foregoing PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT BY CONFESSION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record:

| |
|---|
| Andrew Ramiro Escobar<br>Meryl Hulteng<br>SEYFARTH SHAW LLP (SEA)<br>999 THIRD AVE STE 4700<br>SEATTLE, WA 98104<br>206-946-4910<br>aescobar@seyfarth.com<br>mhulteng@seyfarth.com |

I further certify that I caused service to be made on the following non-CM/ECF participants by the method(s) indicated:

| | |
|---|---|
| Robert Monster<br>*Pro Se*<br>&lt;rob@monsterventurepartners.com&gt; | ___ Via hand delivery<br>_X_ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>___ Other: _____ |

DATED this 4th day of June 2024

                                               */s/ June Starr*
                                               June Starr

CERTIFICATE OF SERVICE
(NO. 23-CV-495 MJP) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000