THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW ADKISSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EPIK HOLDINGS, INC., a Washington Corporation; EPIK INC., a Washington Corporation; MASTERBUCKS LLC, a Wyoming company; ROBERT W. MONSTER, an individual; and BRIAN ROYCE, an individual,<br><br>Defendants. | No. 2:23-cv-495 LK<br><br>DECLARATION OF CHRISTIAN MARCELO IN SUPPORT OF MOTION FOR ENTRY OF JUDGMENT |

I, Christian W. Marcelo, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am an attorney at Perkins Coie LLP, and counsel in this action for Plaintiff Matthew Adkisson. I submit this declaration in support of Plaintiff Matthew Adkisson's Reply ISO Motion for Entry of Judgment. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. At my direction, on June 4, 2024, a legal practice assistant at Perkins Coie served Plaintiff's Motion for Entry of Judgment by Confession and the documents filed therewith on Robert Monster by email to <rob@monsterventurepartners.com> and by U.S. mail to his

MARCELO DECLARATION ISO MOTION FOR
ENTRY OF JUDGMENT
(NO. 23-CV-495 LK) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

167830353.1

residential address at 3832 234th Ave. SE Sammamish, WA 98075. That same day, I also emailed copies of the same documents to Robert Cummings, who is counsel for Mr. Monster in a separate matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of June, 2024.

*/s/ Christian W. Marcelo*
Christian W. Marcelo

MARCELO DECLARATION ISO MOTION FOR
ENTRY OF JUDGMENT
(NO. 23-CV-495 LK) – 2

167830353.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on June 21, 2024, I electronically filed the foregoing DECLARATION OF CHRISTIAN MARCELO with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record:

Andrew Ramiro Escobar
Meryl Hulteng
SEYFARTH SHAW LLP (SEA)
999 THIRD AVE STE 4700
SEATTLE, WA 98104
206-946-4910
aescobar@seyfarth.com
mhulteng@seyfarth.com

I further certify that I caused service to be made on the following non-CM/ECF participants by the method(s) indicated:

| Robert Monster<br>*Pro Se*<br>3832 234th Ave. SE<br>Sammamish, WA 98075<br><rob@monsterventurepartners.com> | ___ Via hand delivery<br>_X_ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>___ Other: _____ |
|---|---|

DATED this 21st day of June, 2024.

*/s/ Christian W. Marcelo*
Christian W. Marcelo

CERTIFICATE OF SERVICE
(NO. 23-CV-495 LK) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

167830353.1