THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW ADKISSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EPIK HOLDINGS, INC., a Washington Corporation; EPIK INC., a Washington Corporation; MASTERBUCKS LLC, a Wyoming company; ROBERT W. MONSTER, an individual; and BRIAN ROYCE, an individual,<br><br>Defendants | No. 2:23-cv-00495 LK<br><br>NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT BY CONFESSION |

On June 4, 2024, Plaintiff Matthew Adkisson filed his Motion for Entry of Judgment by Confession. Dkt. 27 (the "Motion"). Defendant Robert Monster did not file a response. On July 23, 2024, the Court issued an Order to Show Cause why the Motion should not be denied, and why the Court has authority to enter the judgment by confession in a closed case. Dkt. 32. In light of that Order, Plaintiff intends to proceed with enforcement of the Confession of Judgment before Washington State Superior Court, and pursuant to LCR 7(l), Plaintiff withdraws his Motion and respectfully requests the case remain closed.

NOTICE OF WITHDRAWAL OF MOTION (NO. 2:23-CV-495 LK) –

168349226.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

RESPECTFULLY SUBMITTED this July 25, 2024.

s/ David A. Perez
David A. Perez, WSBA No. 43959
Christian W. Marcelo, WSBA No. 51193
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: DPerez@perkinscoie.com
E-mail: CMarcelo@perkinscoie.com

Attorneys for Plaintiff Matthew Adkisson

NOTICE OF WITHDRAWAL OF MOTION (NO. 2:23-CV-495 LK) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

168349226.1

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on July 25, 2024, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT BY CONFESSION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record:

> Andrew Ramiro Escobar
> Meryl Hulteng
> SEYFARTH SHAW LLP (SEA)
> 999 THIRD AVE STE 4700
> SEATTLE, WA 98104
> 206-946-4910
> aescobar@seyfarth.com
> mhulteng@seyfarth.com

I further certify that I caused service to be made on the following non-CM/ECF participants by the method(s) indicated:

| Robert Monster<br>*Pro Se*<br>3832 234th Ave. SE<br>Sammamish, WA 98075<br><rob@monsterventurepartners.com> | ___ Via hand delivery<br>_X_ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email<br>___ Other: _____ |
|---|---|

DATED this 25th day of July 2024

*/s/ Christian W. Marcelo*
Christian W. Marcelo

CERTIFICATE OF SERVICE
(NO. 23-CV-495 LK) – 1

168349226.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000